UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MIKE FOX, et al.,

    *Plaintiffs*,

v.                                   Case No.  4:18cv529-MW/CAS

KEN DETZNER, in his official
capacity as Florida Secretary
of State, et al.,

    *Defendant.*
_____/

## SUPPLEMENT TO ORDER DENYING PLAINTIFFS' MOTION DIRECTING PLAINTIFFS TO FILE NOTICE ON HOW TO PROCEED

Last Friday, this Court denied Plaintiffs' request for writ of mandamus for lack of jurisdiction and their motion for temporary restraining order for not complying with Fed. R. Civ. Pro. 65. *See* ECF No. 6. Plaintiffs are directed to file a notice in this Court indicating how Plaintiffs intend to proceed and what they specifically request of this Court. As of today, their temporary restraining order has been denied and they have not filed a motion for preliminary injunction. Plaintiffs shall file a notice of how they intend to proceed by **12:00**

p.m. on November 20, 2018.

SO ORDERED on November 19, 2018.

<u>s/Mark E. Walker</u>         ____
**Chief United States District Judge**