```
                                                    1

 1
 2
 3
 4
 5
 6
 7        FLORIDA RECOUNT - BROWARD COUNTY CANVASSING BOARD
 8                       November 17, 2018
 9
10
11
12
13                         OFFICE OF ELECTIONS
                           1501 NW 40th Avenue
14                       Lauderhill, Florida 33315
                          1:00P.M. - 8:00P.M.
15
16
17
18
19
20     .
21
22
23
24
25
                                                    2


  1                        * * * * * * * *
```

Plaintiffs' Exhibit #1, page 1

```
 2              MR. SAMUELS:  Yes, thank you.  Leonard
 3       Samuels for the Democratic party.  I agree with
 4       what Mr. Davis said, and in particular, 102.112,
 5       I refer to that statute, because there is no
 6       authority in the statute that requires a
 7       Canvassing Board of submitting complete or
 8       inaccurate returns.
 9              We now know that the accurate returns are
10       actually the ones from election night and the
11       machine count is minus 2,040 votes.  And again,
12       it's been our position all along that we want all
13       lawful votes to count and that would
14       disenfranchise voters if, in fact, that's what
15       was sent up.
16              JUDGE BENSON:  My concern, Mr. Samuels, is
17       if for some reason we are unable to certify, have
18       we just disenfranchised 714,859 voters at the
19       expense of 2000 voters.  So we have many
20       questions to ask.
21              And we are happy to take your input, but we
22       are concerned about the ramifications of failing
23       to complete this task.  We have all been here
24       night and day for a month trying to make sure
25       every valid vote counts.  And if it comes to it,
```

                                                          3

```
 1       we want to make sure as many valid votes as
 2       possible count, as opposed to none of them
 3       counting.
 4              So we are cognizant of these missing votes
```

```
 5      but we also are very aware of our duty and we
 6      want to carry it out as best as we can.  And so
 7      I'm happy to hear your comments, but I need to
 8      defer to counsel and also to the technicians in
 9      the back to find out how best we can accomplish
10      this task.
11          And we're not in a hurry.  We are only in a
12      hurry because the State of Florida wants us to be
13      in a hurry, you know, we would stay here all
14      night and -- you know and continue to our
15      commitment to making sure this election has been
16      thoroughly vetted and reported and as long as we
17      need to, but we do have a deadline.  Is that
18      correct, Counsel?
19          MR. MEYERS:  We do have a deadline and we
20      also need to figure out what to do with --
21      potentially if those ballots are located, they
22      haven't gone through a machine recount and they
23      are not presently separated for potential hand
24      recount.  So we just have a lot of questions.
25          And so we are happy to have additional
```

4

```
 1      information because it does shed some light on
 2      it.  Now we need to figure out what makes sense
 3      given the deadlines and the unwillingness of this
 4      Canvassing Board to risk disenfranchising all
 5      714,000 voters.
 6          MR. SAMUELS:  And to be clear, that is the
 7      last thing we want as well.  I think it would be
```

```
 8          important to preserve the ballot images at this
 9          point in time, because they are in the machines,
10          and that is a record of precisely what happened.
11          So we would like to move that the Canvassing
12          Board instruct the Supervisor of Elections'
13          office to preserve all ballot images at this
14          time.
15               MR. MEYERS:  Your Honor, may we -- because
16          we're -- we received some -- thank you, sir.
17               We have received some potentially different
18          information than that, and perhaps Dr. Snipes or
19          someone on her team could confirm, are these
20          images -- are there ballot images that are saved
21          on the machines.
22               DR. SNIPES:  All the machines are capable of
23          holding ballot images.  Sometimes they are
24          written over, but I would ask -- Craig is coming
25          back to help us with clarification.
```

                                                                5

```
 1               MR. MEYERS:  Are there -- there would be an
 2          image -- if they were being saved and they were
 3          not written over, there would be about
 4          3.5 million.
 5               MR. MENDENHALL:  All the images were not
 6          saved, even though we have the option to do that.
 7          We only save the write-in images, the ballots
 8          that included write-ins.
 9               MR. MEYERS:  Okay.
10               MR. MENDENHALL:  There's a clear ballot
```

```
11        system that --
12              JUDGE BENSON:  You mean any ballot where a
13        candidate -- somebody wrote in, like we've seen
14        Mickey Mouse written in.
15              MR. MENDENHALL:  Only if they bubbled in
16        next to the write-in.
17              JUDGE BENSON:  That's what you mean by
18        write-in?
19              MR. MENDENHALL:  Correct.
20              MR. MEYERS:  Okay.  Thank you.
21              JUDGE CARPENTER-TOYE:  Okay.
22              MR. SAMUELS:  Can I ask that the hard drives
23        be preserved then, because I think that would be
24        important under these circumstances.
25              JUDGE BENSON:  I don't know if we have -- do
                                                           6
 1        we have jurisdiction to direct the Supervisor of
 2        Elections to save the hard drives?
 3              MR. MYERS:  I'm not frankly sure what is
 4        within or outside the jurisdiction of the
 5        Canvassing Board, but certainly it would be
 6        appropriate for the Canvassing Board to request
 7        that all available --
 8              JUDGE CARPENTER-TOYE:  I make a motion that
 9        any and all records of any kind, whether they are
10        hard drives, paper drives, jump drives, any kind
11        of drives, be preserved by the Supervisor of
12        Elections, that no document, no drives, no disk,
13        no anything electronic that involves this
```

https://share.uslegalsupport.com/Docs/ShowFile/5062868?tk=0825df41-f4c3-4fe0-b031-...    12/22/2018

Plaintiffs' Exhibit #1, page 5

```
11        system that --
12              JUDGE BENSON:  You mean any ballot where a
13        candidate -- somebody wrote in, like we've seen
14        Mickey Mouse written in.
15              MR. MENDENHALL:  Only if they bubbled in
16        next to the write-in.
17              JUDGE BENSON:  That's what you mean by
18        write-in?
19              MR. MENDENHALL:  Correct.
20              MR. MEYERS:  Okay.  Thank you.
21              JUDGE CARPENTER-TOYE:  Okay.
22              MR. SAMUELS:  Can I ask that the hard drives
23        be preserved then, because I think that would be
24        important under these circumstances.
25              JUDGE BENSON:  I don't know if we have -- do
                                                           6
 1        we have jurisdiction to direct the Supervisor of
 2        Elections to save the hard drives?
 3              MR. MYERS:  I'm not frankly sure what is
 4        within or outside the jurisdiction of the
 5        Canvassing Board, but certainly it would be
 6        appropriate for the Canvassing Board to request
 7        that all available --
 8              JUDGE CARPENTER-TOYE:  I make a motion that
 9        any and all records of any kind, whether they are
10        hard drives, paper drives, jump drives, any kind
11        of drives, be preserved by the Supervisor of
12        Elections, that no document, no drives, no disk,
13        no anything electronic that involves this
```

```
14        election whatsoever be removed from this building
15        or from any of the machines as they are currently
16        remain intact.  That's my motion before --
17             MR. SAMUELS:  Or written over or anything.
18             JUDGE CARPENTER-TOYE:  Yes.
19             MR. LABRADOR:  I'll second that.
20             JUDGE BENSON:  All in favor?
21             THE BOARD:  Aye.
22             JUDGE BENSON:  So moved.  We would direct
23        the Supervisor of Elections to save any and all
24        of the data that we have outlined pending -- save
25        it.
```

7

```
1              JUDGE CARPENTER-TOYE:  Thank you.
2                     * * * * * * *.
3
4
5
6
7
8     .
9
10
11
12
13
14
15
.16
```

https://share.uslegalsupport.com/Docs/ShowFile/5062868?tk=0825df41-f4c3-4fe0-b031-...    12/22/2018

Plaintiffs' Exhibit #1, page 6

17
18
19
20
21
22
23
24
25

8

1        CERTIFICATE OF COURT REPORTER
2
3   STATE OF FLORIDA      :
4                         :
5   COUNTY OF BROWARD     :
6
7
8        I, STACIE APPEL-CLAIR, a Court Reporter in and
9   for the State of Florida at Large, do hereby certify
10  that I was authorized to and did report the proceedings
11  in the above-styled cause before the CANVASSING BOARD,
12  at the time and place set forth; that the foregoing
13  constitute a true and complete record of my notes.
14       I further certify that I am not an attorney or
15  counsel of any of the parties, not related to any of the
16  parties, nor financially interested in the actions.
17
18       Dated this 17th day of November, 2018.
19

https://share.uslegalsupport.com/Docs/ShowFile/5062868?tk=0825df41-f4c3-4fe0-b031-...    12/22/2018

Plaintiffs' Exhibit #1, page 7

```
20    _____
21    STACIE APPEL-CLAIR
      COURT REPORTER
22
23
24
25
```

9

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
```