# State of Florida

# *GENERAL RECORDS SCHEDULE GS3 FOR ELECTION RECORDS*



**EFFECTIVE: FEBRUARY 19, 2015**
R. 1B-24.003(1)(c), *Florida Administrative Code*

Florida Department of State
Division of Library and Information Services

Tallahassee, Florida

850.245.6750

http://dos.myflorida.com/library-archives/records-management/

Plaintiffs' Exhibit #2, page 1

# GENERAL RECORDS SCHEDULE
# GENERAL INFORMATION AND INSTRUCTIONS

## FOREWORD

The **general records schedules** established by the Department of State are intended for use by state, county, city, and special district public records custodians. If you are unsure of your organization's status as a public agency, consult your legal counsel and/or the Florida Attorney General's Office for a legal opinion. The Department of State publishes the following general records schedules:

| | |
|---|---|
| **GS1-SL** | **State and Local Government Agencies** |
| **GS2** | **Law Enforcement, Correctional Facilities, and District Medical Examiners** |
| **GS3** | **Election Records** |
| **GS4** | **Public Hospitals, Health Care Facilities and Medical Providers** |
| **GS5** | **Public Universities and Colleges** |
| **GS7** | **Public Schools Pre-K-12 and Adult and Career Education** |
| **GS8** | **Fire Departments** |
| **GS9** | **State Attorneys** |
| **GS10** | **Public Defenders** |
| **GS11** | **Clerks of Court** |
| **GS12** | **Property Appraisers** |
| **GS13** | **Tax Collectors** |
| **GS14** | **Public Utilities** |
| **GS15** | **Public Libraries** |

All Florida public agencies are eligible to use the GS1-SL, which provides retention periods for the most common administrative records such as routine correspondence as well as personnel, payroll, financial and legal records. General records schedules GS2 through GS15 are applicable to program records of specific functional areas, such as elections administration, tax collecting, or law enforcement, each of which has unique program responsibilities and thus unique records retention requirements. The GS2 through GS15 should be used in conjunction with the GS1-SL to cover as many administrative and program records as possible. **The GS3** General Records Schedule for **Election Records** covers records that document activities related to **voter registration and/or election of public officials in Florida,** including records created and/or maintained by **County Supervisors of Elections, municipal elections officers, and voter registration agencies.**

The retention periods set forth in the general records schedules are based on federal and state laws and regulations, general administrative practices, and fiscal management principles. Please note that these are *minimum* retention periods; public agencies may retain their records longer at their discretion. In fact, certain accreditation committees may have standards that require longer retention periods. Contact your accrediting organization for more information on their requirements. In addition, federal, state or local laws and regulations regarding recordkeeping and records retention for specific agencies or specific types of records might require a longer retention than indicated in this general schedule. Agencies should be aware of all laws and regulations relating to their records and recordkeeping requirements. However, remember that a public agency is *not* permitted to *reduce* the retention periods stated in a general records schedule.

Plaintiffs' Exhibit #2, page 2

For additional information on records retention and disposition, please refer to *The Basics of Records Management* handbook, which, along with all Florida general records schedules, is available on the Department of State's *Services for Records Managers* website at:

http://dos.myflorida.com/library-archives/records-management/.

To obtain an individual printed copy or electronic copy, fax your request to 850.245.6795, Attention: Receptionist; contact the Records Management Program at 850.245.6750; or email recmgt@dos.state.fl.us.

Plaintiffs' Exhibit #2, page 3

# TABLE OF CONTENTS

**FOREWORD** .................................................................................................................... **i**
**TABLE OF CONTENTS** ................................................................................................... **iii**
**I.      STATUTORY AUTHORITY** ..................................................................................... **iv**
**II.     DETERMINING RETENTION REQUIREMENTS** ..................................................... **iv**
**III.    SCHEDULING AND DISPOSITION OF PUBLIC RECORDS** .................................... **v**
**IV.    ARCHIVAL VALUE** ................................................................................................. **vi**
**V.     ELECTRONIC RECORDS** ..................................................................................... **vii**
**VI.    FACTORS THAT MAY INFLUENCE THE DISPOSITION OF RECORDS** .................... **vii**
**VII.   RECORDS MANAGEMENT STANDARDS AND REQUIREMENTS** ........................... **viii**
**VIII.  RECORDS VOLUME CONVERSION TO CUBIC FOOT MEASUREMENTS** ................ **viii**
RECORDS RETENTION SCHEDULES ............................................................................... 1
CROSS-REFERENCE......................................................................................................... 18
ALPHABETICAL LISTING ................................................................................................... 21
NUMERICAL LISTING......................................................................................................... 23

Plaintiffs' Exhibit #2, page 4

## I.    STATUTORY AUTHORITY

This general records schedule is issued by the Department of State, Division of Library and Information Services, in accordance with the statutory provisions of Chapters 119 and 257, *Florida Statutes*.

Chapter 119, *Florida Statutes*, defines the terms "public records," "custodian of public records," and "agency," as well as the fundamental process by which disposition of said records is authorized under law.

Chapter 257, *Florida Statutes*, establishes the Florida State Archives and Records Management Program under the direction of the Division of Library and Information Services, Department of State, and specifically provides for a system for the scheduling and disposition of public records. Chapter 257 also authorizes the Division to establish and coordinate standards, procedures and techniques for efficient and economical record making and keeping, and requires all agencies to appoint a Records Management Liaison Officer (RMLO).

## II.    DETERMINING RETENTION REQUIREMENTS

In determining public records retention requirements, four values must be considered to ensure that the records will fulfill their reason for creation and maintenance: administrative, legal, fiscal and historical. These four values have been evaluated in depth to determine the retention requirements of the records listed in this general records schedule.

There are two particular financial factors that may impact the retention period of an agency's records:

A.    Audits - Audits are the means by which independent auditors examine and express an opinion on financial statements and, as applicable, report on public agencies' compliance with laws, regulations and internal controls. Audit requirements for state financial assistance provided by State of Florida agencies to nonstate entities are established by the Florida Single Audit Act, Section 215.97, *Florida Statutes.*

There are various types of audits. Performance audits examine the economy and efficiency and/or effectiveness of applicable programs, activities or functions. Financial audits include (1) an examination of financial statements in order to express an opinion on the fairness with which they present financial position, results of operations, and changes in financial position in conformity with generally accepted accounting principles; (2) an examination to determine whether operations are properly conducted in accordance with legal and regulatory requirements; and (3) an examination of any additional financial information necessary to comply with generally accepted accounting principles. As applicable, the scope of the financial audit shall include any additional auditing activities necessary to comply with the term "financial audit" as defined and used in *Government Auditing Standards*, as amended. Also as applicable, the scope of a financial audit shall encompass the additional activities necessary to establish compliance with the Single Audit Act Amendments of 1996, Public Law 104-156 (31 USCA ss. 7501 to 7507); United States Office of Management and Budget (OMB) Circular A-133; and other applicable federal law.

The Records Management Program does not track or maintain information on which audits apply to which records in which agencies. Retention schedules are written to alert agencies that certain records ***might*** be required for audit purposes. Different agencies are subject to different types of audits at different times, and each agency is responsible for knowing what audits might be conducted and retaining needed records for that purpose. For instance, some agencies might be subject to the Federal Single Audit, while

Plaintiffs' Exhibit #2, page 5

others are not.  In general, any records relating to finances or financial transactions might be subject to audit.

Audits may be conducted by the Florida Auditor General, independent public accountants, or other state or federal auditors, as well as grant funding agencies and national or statewide professional accreditation or certification groups.  Your finance office, your legal office, and the Auditor General's Office are good sources of information as to which specific records of your agency should be retained for audit purposes.

B. Grants - Any public agency receiving local, state or federal grant money will need to be familiar with grantor-agency requirements.

## III.    SCHEDULING AND DISPOSITION OF PUBLIC RECORDS

The procedures for scheduling and disposition of public records, applicable to all public agencies, consist of two separate but related actions:

A. Establishing a Records Retention Schedule - A retention schedule describing the records and setting the minimum retention period is required for each record series.  A record series, as defined in Rule 1B-24, *Florida Administrative Code*, is "a group of related public records arranged under a single filing arrangement or kept together as a unit (physically or intellectually) because they consist of the same form, relate to the same subject or function, result from the same activity, document a specific type of transaction, or have some other relationship arising from their creation, receipt, or use."  Examples of series that agencies might maintain are Personnel Files, Client Case Files, Project Research Files, Equipment Maintenance and Repair Records, or Procurement Files.  Each record series might contain records in a variety of forms and formats that collectively document a particular program, function, or activity of the agency.  The records retention schedule establishes officially the ***minimum*** length of time that the record series must be retained.

1. **General records schedules** establish retention requirements for records documenting administrative and program functions common to several or all government agencies, such as personnel, accounting, purchasing, and general administration.  General records schedules can cover up to 75-80 percent of an agency's record series.  The *General Records Schedule GS1-SL for State and Local Government Agencies* can be used by all state and local agencies in determining their records retention requirements.

   Certain agencies can use other general records schedules in conjunction with the GS1-SL.  General records schedules have been established for program records of specific functional areas.  For example, the *GS5 for Public Universities and Colleges* establishes retention requirements for program records unique to the functions and activities of those types of institutions; the *GS9 for State Attorneys* establishes retention requirements for program records unique to State Attorneys' offices; and the *GS12 for Property Appraisers* establishes retention requirements for program records unique to Property Appraisers' offices.  Please contact the Records Management Program to verify which general records schedules are appropriate for use by your agency.

   If a similar record series is listed in two general record schedules, the retention requirements contained in the program schedule shall take precedence.  For instance, if a record series is listed in both the GS1-SL and the GS3, elections offices should abide by the retention requirements cited in the GS3.

   REMEMBER: The retention period stated in the applicable schedule is the ***minimum*** time a record must be maintained.  If two or more record series are

filed together, the combined file must be retained through the longest retention period of those records.

2. **Individual records schedules** establish retention requirements for records that are unique to particular agencies. These schedules are used for the 20-25 percent of an agency's records that are not in a general schedule. To establish an individual records schedule, an agency must submit a Request for Records Retention Schedule, Form LS5E105REff.2-09, to the Records Management Program for review and approval. This "105" form is available on the Records Management website at:

http://dos.myflorida.com/library-archives/records-management/forms-and-publications/.

Records become eligible for disposition action once they have met the retention requirements specified in an established retention schedule and any other applicable requirements (e.g., litigation). The individual schedule remains effective until there is a change in series content or until other factors are introduced that would affect the retention period, at which time a new individual records retention schedule should be submitted for approval. If a new general records schedule is later established that requires an equal or longer retention period for the same records, that general records schedule supersedes the individual records schedule.

B. Final Disposition of Public Records - Section 257.36(6), *Florida Statutes*, states that, "A public record may be destroyed or otherwise disposed of only in accordance with retention schedules established by the division." This means that all records, regardless of access provisions, must be scheduled before disposition can occur (see Sections 119.07-119.0714, *Florida Statutes*, regarding access provisions). Agencies must identify an appropriate general records schedule or individual records schedule for any records being disposed of. If a retention schedule for the records does not exist, then one must be established by following the procedures listed above for "Establishing a Records Retention Schedule."

Records Disposition Documentation - Agencies must maintain internal documentation of records disposition including retention schedule number, retention schedule item number, records series title, inclusive dates, volume (in cubic feet) of paper records destroyed, and disposition action (manner of disposition) and date. A form titled *Records Disposition Document*, which is recommended for use in documenting records disposition, is available on the Records Management website at http:// /dos.myflorida.com/library-archives/records-management/forms-and-publications/. Agencies must maintain this documentation as a permanent record, but should ***not*** submit it to the Records Management Program for review or approval.

## IV.   ARCHIVAL VALUE

A. **State Agencies** - The State Archives of Florida will analyze record series to identify records having enduring historic, administrative, or fiscal value that may be eligible for permanent preservation. If a record series description states, "***These records may have archival value,***" the state agency must contact the State Archives of Florida for archival review before disposition of the records. The RMLO or other agency representative should contact the Archives by telephone at 850.245.6750 or by email at recmgt@dos.state.fl.us. The Archives will provide guidance for the transfer of the records to the State Archives or other appropriate disposition of the records. For records indicating both a **Permanent** retention ***and*** possible archival value, agencies should

Plaintiffs' Exhibit #2, page 7

contact the State Archives after five years for archival review and guidance as to whether, when, and how to transfer the records to the Archives.

B. **All Other Agencies** - When preparing to dispose of records that have met their required retention, carefully consider the potential historical research value of those records. Some records that do not have a permanent retention still might have enduring value to your community as evidence of the interactions between government and citizens and as sources of information about local government, society, and culture. For your convenience, we have indicated that "*These records may have archival value*" for series that are most likely to have such historical or archival value. Not all such records will be determined to be archival; conversely, some records without this statement in the series description might have archival value. Records of historical value to your community should be preserved locally for the benefit of historians and other researchers. Technical assistance in determining archival value is available from State Archives staff at 850.245.6750.

## V.  ELECTRONIC RECORDS

Records retention schedules apply to records regardless of their physical format. Therefore, records created or maintained in electronic format must be retained in accordance with the minimum retention requirements presented in these schedules, whether the electronic records are the record copy or duplicates. Printouts of standard correspondence in text or word processing files are acceptable in place of the electronic files. Printouts of electronic communications (email, instant messaging, text messaging, multimedia messaging, chat messaging, social networking, or any other current or future electronic messaging technology or device) are acceptable in place of the electronic files, provided that the printed version contains all date/time stamps and routing information. However, in the event that an agency is involved in or can reasonably anticipate litigation on a particular issue, the agency must maintain in native format any and all related and legally discoverable electronic files.

## VI.  FACTORS THAT MAY INFLUENCE THE DISPOSITION OF RECORDS

A. Litigation - When a public agency has been notified that a potential cause of action is pending or underway, that agency should *immediately* place a hold on disposition of *any and all* records related to that cause. Your agency's legal counsel should inform your Records Management Liaison Officer when that hold can be lifted and when the records are again eligible for disposition.

B. Public Records Requests - According to Section 119.07(1)(h), *Florida Statutes*, the custodian of a public record may not dispose of a record "for a period of 30 days after the date on which a written request to inspect or copy the record was served on or otherwise made to the custodian of public records by the person seeking access to the record. If a civil action is instituted within the 30-day period to enforce the provisions of this section with respect to the requested record, the custodian of public records may not dispose of the record except by order of a court of competent jurisdiction after notice to all affected parties."

C. Accreditation Standards - Some public agencies receive national or statewide accreditation or certification by professional societies, organizations, and associations. Examples may include the Joint Commission on the Accreditation of Healthcare Organizations, the Commission on Accreditation for Law Enforcement Agencies, and the Commission on Office Laboratory Accreditation. In an effort to enhance the professionalism of their members, these groups may place heavier burdens on public agencies than those that are mandated under state or federal law. Agencies may therefore choose to maintain their records for a longer period of time than required by

Plaintiffs' Exhibit #2, page 8

established records retention schedules in order to meet accreditation standards. However, records cannot be disposed of before the minimum retention period dictated by the records retention schedules, even if the accrediting organization requires a shorter retention period.

D. Records in Support of Financial or Performance Audits - These records should be retained in accordance with the following guidelines provided by the Florida Office of the Auditor General:

Records must be retained for **at least** three fiscal years (most financial records must be retained for a minimum of five fiscal years in accordance with guidelines of the Department of Financial Services and the Office of the Auditor General). **If subject to the Federal Single Audit (pursuant to 31 USC, Section 7502, and OMB Circular A-133, Audits of States, Local Governments, and Non-Profit Organizations, Subpart E) or other federal audit or reporting requirements, records must be maintained for the longer of the stated retention period or three years after the release date of the applicable Federal Single Audit or completion of other federal audit or reporting requirements.** Finally, if any other audit, litigation, claim, negotiation, or other action involving the records has been started before the expiration of the retention period and the disposition of the records, the records must be retained until completion of the action and resolution of all issues which arise from it. However, in no case can such records be disposed of before the three fiscal year minimum.

E. Federal, state, or local laws and regulations regarding recordkeeping and records retention for specific agencies or specific types of records might require a longer retention than indicated in this general schedule. Agencies should be aware of all laws and regulations relating to their records and recordkeeping requirements.

## VII.   RECORDS MANAGEMENT STANDARDS AND REQUIREMENTS

Unless otherwise prohibited by law or rule, the record copy may be reformatted to microfilm or electronic form as long as the requirements of Rule 1B-26.003 or 1B-26.0021, *Florida Administrative Code*, are met.

A. Electronic Recordkeeping is defined in Rule 1B-26.003, *Florida Administrative Code*, which provides standards and guidelines for creation and maintenance of record (master) copies of public records in electronic form. Public records are those as defined by Section 119.011(12), *Florida Statutes*.

B. Microfilm Standards are defined in Rule 1B-26.0021, *Florida Administrative Code*, which provides standards for microfilming of public records to ensure that the film, photography methods, processing, handling, and storage are in accordance with methods, procedures, and specifications designed to protect and preserve such records on microfilm.

## VIII.   RECORDS VOLUME CONVERSION TO CUBIC FOOT MEASUREMENTS

| | |
|---|---|
| Cassette Tapes (200) | 1.0 cubic foot |
| Letter-size, drawer or box | 1.5 cubic feet |
| Legal-size, drawer or box | 2.0 cubic feet |
| Letter-size, 36-inch shelf | 2.0 cubic feet |
| Legal-size, 36-inch shelf | 2.5 cubic feet |
| Magnetic Tapes (12) | 1.0 cubic foot |
| 3 x 5 card, 10 12-inch rows | 1.0 cubic foot |
| 3 x 5 card, five 25-inch rows | 1.0 cubic foot |
| 4 x 6 card, six 12-inch rows | 1.0 cubic foot |
| 5 x 8 card, four 12-inch rows | 1.0 cubic foot |

Plaintiffs' Exhibit #2, page 9

16mm microfilm, 100 rolls                          1.0 cubic foot
35mm microfilm, 50 rolls                           1.0 cubic foot
(One roll of microfilm contains approximately 1.0 cubic foot of records.)

Plaintiffs' Exhibit #2, page 10

# RECORDS RETENTION SCHEDULES

**ABSENTEE BALLOT ENVELOPES AND CERTIFICATES: FEDERAL ELECTIONS**     **Item #135**
This record series documents voting by absentee ballot. The series includes: 1) envelopes with the voter's certificate that is signed by the elector pursuant to Section 101.64, *Florida Statutes*, Delivery of absentee ballots; 2) envelopes marked as "refused or unable to vote," cancelled, or rejected as illegal; and 3) voter's certificate signed by the elector who registered to vote by mail who has not previously voted in the county and who has not provided the identification or certification required by Section 97.0535 by the time the absentee ballot is mailed. This series may also include voters' certificates signed by electors voting "in office," created prior to July 1, 2004, pursuant to now obsolete language in Section 101.657, *Florida Statutes*, which read in part, "Any qualified and registered elector may pick up and vote an absentee ballot in person at the office of, and under the supervision of, the supervisor of elections . . . The elector must provide identification as required in subsection (1) and must complete an In-Office Voter Certificate . . ." The retention period is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.
**RETENTION:**
a) Record copy. 22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**ABSENTEE BALLOT ENVELOPES AND CERTIFICATES: STATE AND LOCAL ELECTIONS**     **Item #136**
This record series documents voting by absentee ballot. The series includes: 1) envelopes with the voter's certificate that is signed by the elector pursuant to Section 101.64, *Florida Statutes*, Delivery of absentee ballots; 2) envelopes marked as "refused or unable to vote," cancelled, or rejected as illegal; and 3) voter's certificate signed by the elector who registered to vote by mail who has not previously voted in the county and who has not provided the identification or certification required by Section 97.0535 by the time the absentee ballot is mailed. This series may also include voters' certificates signed by electors voting "in office," created prior to July 1, 2004, pursuant to now obsolete language in Section 101.657, *Florida Statutes*, which read in part, "Any qualified and registered elector may pick up and vote an absentee ballot in person at the office of, and under the supervision of, the supervisor of elections . . . The elector must provide identification as required in subsection (1) and must complete an In-Office Voter Certificate . . ."
**RETENTION:**
a) Record copy. 1 anniversary year after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**ABSENTEE BALLOT REQUEST FILE REPORTS**     **Item #137**
This record series consists of absentee ballot request information compiled and made available to the Division of Elections daily during an election cycle. These records are created pursuant to Section 101.62(3), *Florida Statutes*, Request for absentee ballots. The series also includes requests for the information from parties authorized by Section 101.62(3), *Florida Statutes*, to receive otherwise confidential and exempt information.
**RETENTION:**
a) Record copy: 3 months after certification of election.
b) Duplicates: Retain until obsolete, superseded, or administrative value is lost.

**ABSENTEE BALLOT REQUESTS: FEDERAL ELECTIONS**     **Item #111**
This record series consists of requests for absentee ballots, regardless of format, pursuant to Section 101.62, *Florida Statutes*, Request for absentee ballots. This series also consists of requests for state write-in absentee ballots from overseas voters pursuant to Section 101.6951, *Florida Statutes*, State write-in ballot. Records include communications to and from the voter and information or documentation for the purpose of processing an absentee ballot request including the status of a mailed or returned absentee ballot. The retention period is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.
**RETENTION:**
a) Record copy. 22 months after certification of the last election to which the absentee ballot request applies.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**ABSENTEE BALLOT REQUESTS: STATE AND LOCAL ELECTIONS**     **Item #112**
This record series consists of requests for absentee ballots, regardless of format, pursuant to Section 101.62, *Florida Statutes*, Request for absentee ballots. This series also consists of requests for state write-in absentee ballots from overseas voters pursuant to Section 101.6951, *Florida Statutes*, State write-in ballot. Records include communications to and from the voter and information or documentation for the purpose of processing an absentee ballot request including the status of a mailed or returned absentee ballot.
**RETENTION:**
a) Record copy. 1 anniversary year after certification of the last election to which the absentee ballot request applies.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

Plaintiffs' Exhibit #2, page 11

**AFFIDAVITS/AFFIRMATIONS: EXECUTED AT EARLY VOTING SITES OR AT THE POLLS: FEDERAL ELECTIONS**                                                                                          **Item #1**
This record series consists of affidavits/affirmations executed by the voter at early voting sites or at the polls to affirm eligibility to vote or to seek help at polls in an election for federal office.  The series includes affidavits or affirmations executed when elector's identification signature differs from signature on register or poll book, per Section 101.49, *Florida Statutes*, Procedure of election officers where signatures differ; or when elector is requesting assistance to vote at the polls per Section 101.051, *Florida Statutes*, Electors seeking assistance in casting ballots.  The retention period is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.  **Absentee Affidavit formerly required by Section 101.69, *Florida Statutes*, is no longer accumulating effective January 1, 2002.**  See also "VOTER REGISTRATION: CHANGE OF NAME, PARTY, SIGNATURE, OR RESIDENCE RECORDS."
**RETENTION:**
a) Record copy.  22 months after certification of election.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**AFFIDAVITS/AFFIRMATIONS: EXECUTED AT EARLY VOTING SITES OR AT THE POLLS: STATE AND LOCAL ELECTIONS**                                                                                          **Item #2**
This record series consists of affidavits/affirmations executed by the voter at early voting sites or at the polls to affirm eligibility to vote or to seek help at polls in an election for state and local office.  The series includes affidavits or affirmations executed when elector's identification signature differs from signature on register or poll book, per Section 101.49, *Florida Statutes*, Procedure of election officers where signatures differ; or when elector is requesting assistance to vote at the polls per Section 101.051, *Florida Statutes*, Electors seeking assistance in casting ballots.  **Absentee Affidavit formerly required by Section 101.69, *Florida Statutes*, is no longer accumulating effective January 1, 2002.**  See also "VOTER REGISTRATION: CHANGE OF NAME, PARTY, SIGNATURE, OR RESIDENCE RECORDS."
**RETENTION:**
a) Record copy.  1 anniversary year after certification of election.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**APPLICATIONS: ABSENTEE BALLOT/REGISTRATION (FEDERAL POSTCARD APPLICATIONS)**     **Item #5**
This record series consists of applications and accompanying transmittal letters/forms and certifications from members of the armed forces, federal personnel, and other overseas electors for absentee ballots.  The retention applies to those forms used only for the purpose of requesting absentee ballots.  ***Those forms that are also used as voter registration forms must be maintained in accordance with the retention schedule for* VOTER REGISTRATION: BOOKS AND OFFICIAL RECORDS.**  These records are created pursuant to Section 101.694, *Florida Statutes*, Mailing of ballots upon receipt of federal postcard application (formerly Section 97.064, *Florida Statutes*).  The retention period is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.  See also "VOTER REGISTRATION: BOOKS AND OFFICIAL RECORDS."
**RETENTION:**
a) Record copy.  22 months after certification of election.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**APPLICATIONS: REPLACEMENT OF VOTER INFORMATION CARD**                                    **Item #8**
This record series consists of requests by qualified voters for replacement of lost, stolen, destroyed, or mutilated voter information cards.  These records are created pursuant to Section 97.071(2), *Florida Statutes*, Voter information card (formerly Section 97.072, *Florida Statutes*); and Section 97.052(1)(a), *Florida Statutes*, Uniform Statewide Voter Registration Application.  If a voter registration application is used, the retention applies only if the form is used solely to request a replacement card.  **If the form is also used to update a voter registration record, then the record *must be maintained in accordance with the retention schedule for* VOTER REGISTRATION: BOOKS AND OFFICIAL RECORDS.**  See also "VOTER REGISTRATION: CHANGE OF NAME, PARTY, SIGNATURE, OR RESIDENCE RECORDS."
**RETENTION:**
a) Record copy.  Retain until obsolete, superseded, or administrative value is lost.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**BALLOT DESIGN: REQUESTS TO DEVIATE FROM UNIFORM DESIGN: FEDERAL ELECTION**     **Item #165**
This record series consists of requests submitted to and approved or denied by the Department of State to deviate from the regulations for uniform ballot design.  These records are created pursuant to Rule 1S-2.032, *Florida Administrative Code*, Uniform Primary and General Election Ballot.
**RETENTION:**
a) Record copy.  22 months after certification of the affected election or 22 months after certification of the last election of the calendar year, whichever is applicable to the request.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

Plaintiffs' Exhibit #2, page 12

**BALLOT DESIGN: REQUESTS TO DEVIATE FROM UNIFORM DESIGN: STATE AND LOCAL ELECTIONS**
                                                                                    **Item #166**
This record series consists of requests submitted to and approved or denied by the Department of State to deviate from the regulations for uniform ballot design.  These records are created pursuant to Rule 1S-2.032, *Florida Administrative Code*, Uniform Primary and General Election Ballot.
**RETENTION:**
a) Record copy.  1 anniversary year after certification of the affected election or 1 anniversary year after certification of the last election of the calendar year, whichever is applicable to the request.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**BALLOT IMAGE FILES**                                                              **Item #113**
This record series contains records of the content of each ballot cast on an electronic voting system.  To protect voter privacy, the stored files are randomly sorted so that the ballots cannot be matched to the voting system transaction logs.  Electronic media such as memory card chips can be cleared for next election provided ballot image files are printed out and retained in accordance with retention schedule. The retention period is based on Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.
**RETENTION:**
a) Record copy.  22 months after certification of election.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**BALLOT INSPECTION CERTIFICATION: FEDERAL ELECTIONS**                              **Item #138**
This record series consists of certification by election board that it compared and found the ballots in voting devices to match the sample ballot forms pursuant to Section 101.5610, *Florida Statutes*, Inspection of ballot by election board. The retention period is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.
**RETENTION:**
a) Record copy.  22 months after certification of election.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**BALLOT INSPECTION CERTIFICATION: STATE AND LOCAL ELECTIONS**                      **Item #139**
This record series consists of certification by election board that it compared and found the ballots in voting devices to match the sample ballot forms pursuant to Section 101.5610, *Florida Statutes*, Inspection of ballot by election board.
**RETENTION:**
a) Record copy.  1 anniversary year after certification of election.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**BALLOT-ON-DEMAND REQUEST RECORDS**                                                **Item #140**
This record series consists of ballot-on-demand requests submitted to and approved by the Secretary of State in accordance with Section 101.151(1)(b), *Florida Statutes*, Specifications for ballots, which states in part, "Not later than 30 days before an election, the Secretary of State may also authorize in writing the use of ballot-on-demand technology for the production of election-day ballots."  The request can be for a single election or for all elections during a calendar year.
**RETENTION:**
a) Record copy.  22 months after the affected election or 22 months after the last election of the calendar year, whichever is applicable to the request.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**BALLOT STUBS: FEDERAL ELECTIONS**                                                 **Item #114**
This record series consists of numbered stubs that are removed from the ballot at the time the ballot is issued to the voter.  The ballot stubs are then used at the close of the polls for ballot accounting purposes.  The retention period is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections. See also "VOTER AUTHORIZATION SLIPS/STUBS: FEDERAL ELECTIONS."
**RETENTION:**
a) Record copy.  22 months after certification of election.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**BALLOT STUBS: STATE AND LOCAL ELECTIONS**                                         **Item #115**
This record series consists of numbered stubs that are removed from the ballot at the time the ballot is issued to the voter.  The ballot stubs are then used at the close of the polls for ballot accounting purposes. See also "VOTER AUTHORIZATION SLIPS/STUBS: STATE AND LOCAL ELECTIONS."
**RETENTION:**
a) Record copy.  1 anniversary year after certification of election.

Plaintiffs' Exhibit #2, page 13

b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**BALLOTS, OFFICIAL: FEDERAL ELECTIONS**                                    **Item #11**
This record series consists of voted ballots, including absentee ballots, ballots cast at the polls or at early voting, provisional ballots, and ballots cast at assisted living facilities or nursing homes per Section 101.655, *Florida Statutes*, Supervised voting by absent electors in certain facilities.  This series also includes overvoted, undervoted, spoiled, duplicated, cancelled, or rejected ballots, and test ballots created pursuant to Section 101.151, *Florida Statutes*, Specifications for ballots.  The retention period is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.
**RETENTION:**
a) Record copy.  22 months after certification of election.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**BALLOTS, OFFICIAL: STATE AND LOCAL ELECTIONS**                            **Item #10**
This record series consists of voted ballots, including absentee ballots, ballots cast at the polls or at early voting, provisional ballots, mail ballots cast in mail ballot elections, and ballots cast at assisted living facilities or nursing homes per Section 101.655, *Florida Statutes*, Supervised voting by absent electors in certain facilities.  This series also includes overvoted, undervoted, spoiled, duplicated, cancelled, or rejected ballots, and test ballots created pursuant to Section 101.151, *Florida Statutes*, Specifications for ballots.
**RETENTION:**
a) Record copy.  1 anniversary year after certification of election.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**BOOK CLOSING STATISTICS: FEDERAL ELECTIONS**                             **Item #141**
This record series consists of statistical data relating to the total number of active registered voters by book closing (last day to register before an election).  This information includes total number of registered voters by party, race, etc. for the county and for each legislative and congressional district.  Some Supervisors of Elections offices may no longer be accumulating these records following the 2005 repeal of Section 98.231, *Florida Statutes*, which required Supervisors to generate book closing statistics and forward them to the Department of State. Retention is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections. *These records may have archival value.*
**RETENTION:**
a) Record copy.  22 months after certification of election.  *Agencies should ensure appropriate preservation of records determined to have long-term historical value.*
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**BOOK CLOSING STATISTICS: STATE AND LOCAL ELECTIONS**                     **Item #142**
This record series consists of statistical data relating to the total number of active registered voters by book closing (last day to register before an election).  This information includes total number of registered voters by party, race, etc. for the county and for each legislative and congressional district.  Some Supervisors of Elections offices may no longer be accumulating these records for federal, state, multicounty, legislative, and congressional district elections following the 2005 repeal of Section 98.231, *Florida Statutes*, which required Supervisors to generate book closing statistics and forward them to the Department of State. *These records may have archival value.*
**RETENTION:**
a) Record copy.  1 anniversary year after certification of election.  *Agencies should ensure appropriate preservation of records determined to have long-term historical value.*
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**CAMPAIGN AND REGISTRATION RECORDS:  CANDIDATES/COMMITTEES/PARTIES**       **Item #143**
This record series documents the registration, qualification, and financial activities relating to candidates, committees, and parties.  The series includes candidates' qualifying records created pursuant to Chapter 99, *Florida Statutes*, Candidates, or Chapter 105, *Florida Statutes*, Nonpartisan elections, including oaths, resign-to-run submissions, candidate petition certifications or notifications, and financial disclosure statements, regardless of whether qualifying is by fee or by petition method.  Records documenting financial activities include treasurers' reports, correspondence, and supporting documents for candidates, committees, and parties, as well as independent expenditure reports filed pursuant to Section 106.071, *Florida Statutes*, Independent expenditures; electioneering communications; reports; disclaimers.  Records documenting registration include the Statement of Organization and Appointment of Campaign Treasurer for political committees created pursuant to Section 106.03, *Florida Statutes*, Registration of political committees.  Records documenting the organization and operation of committees of continuous existence pursuant to Section 106.04, *Florida Statutes*, Committees of continuous existence, include committee applications, the certification or denial of application for committee status, annual reports, and finance reports.  The retention period is based on Section 98.015(5), *Florida Statutes*, Supervisor of elections . . . duties, which reads, "The supervisor shall preserve statements and other information required to be filed with the supervisor's office pursuant to chapter 106 for a period of 10 years from date of receipt." See also

Plaintiffs' Exhibit #2, page 14

"PETITION RECORDS: BALLOTED ISSUES (CONSTITUTIONAL AMENDMENTS)," "PETITION SIGNATURE RECORDS FOR CANDIDATES FOR FEDERAL OFFICE" and "PETITION SIGNATURE RECORDS FOR CANDIDATES FOR STATE AND LOCAL OFFICE."
**RETENTION:**
a) Record copy.  10 anniversary years after receipt.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

## CONDUCT OF ELECTION REPORTING RECORDS          Item #144
This record series consists of copies of reports and any amended reports on the conduct of an election filed with the Division of Elections by the county canvassing board or the supervisor of elections.  The series also may include any supporting documentation for the reports.  The reports are filed at the same time that the official results of an election are certified to the Department of State. Amended reports are due within 10 days after discovery of new information.  The reports must cover areas described in statute such as equipment or software malfunction, staff shortages, or polling place procedural violations.  Records created per Section 102.141(9), *Florida Statutes*, County canvassing board; duties.
**RETENTION:**
a) Record copy:  22 months after certification of election or after the filing date of the last amended report for that election, whichever is later.
b) Duplicate:  Retain until obsolete, superseded or administrative value is lost.

## COUNTY CANVASSING BOARD CERTIFICATES: FEDERAL, STATE AND LOCAL ELECTIONS     Item #19
This record series consists of certifications of the total number of votes cast for each person for each office and the office for which each was nominated or elected.  The record copy of this document for federal, state, and multicounty races is filed with the Department of State and an additional record copy is maintained by the county elections office.  These records are created pursuant to Section 102.151, *Florida Statutes*, which reads in part, "The county canvassing board shall make and sign duplicate certificates containing the total number of votes cast for each person nominated or elected, the names of persons for whom such votes were cast, and the number of votes cast for each candidate or nominee.  One of such certificates which relates to offices for which the candidates or nominees have been voted for in more than one county shall be immediately transmitted to the Department of State, and the second copy filed in the supervisor's office."  For retention of county canvassing board meeting minutes, use *General Records Schedule GS1-SL for State and Local Government Agencies*, item #32, MINUTES: OFFICIAL MEETINGS.
**RETENTION:**
a) Record copy.  **Permanent**.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

## DAILY VOTER LOGS         Item #118
This record series consists of reports generated daily to track changes made in the voter system such as new registrations; preregistrations (for 16 to 17-year-olds who preregister so that they are already registered to vote once they turn 18); address, party, and name changes; or any other changes made to a voter record on that particular day.
**RETENTION:**
a) Record copy.  22 months after certification of next election.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

## EARLY VOTING REPORTS         Item #145
This record series consists of reports listing the daily total number and the names of early voters at each early voting location during an early voting period.  These reports are also reported daily to the Division of Elections for the duration of the early voting period.  These records are created pursuant to Section 101.657, *Florida Statutes*, Early voting.
**RETENTION:**
a) Record copy. 3 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

## EARLY VOTING VOTER CERTIFICATES: FEDERAL ELECTIONS     Item #119
This record series consists of the voter's certificate that is signed by the elector voting a ballot in person at an early voting site pursuant to Section 101.657, *Florida Statutes*, which reads in part, "The supervisor of elections shall allow an elector to vote early in the main or branch office of the supervisor by depositing the voted ballot in a voting device used by the supervisor to collect or tabulate ballots . . . The elector must provide identification . . . and must complete an Early Voting Voter Certificate . . ."  Retention is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.
**RETENTION:**
a) Record copy.  22 months after certification of election.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

Plaintiffs' Exhibit #2, page 15

**EARLY VOTING VOTER CERTIFICATES: STATE AND LOCAL ELECTIONS**      **Item #120**
This record series consists of the voter's certificate that is signed by the elector voting a ballot in person at an early voting site pursuant to Section 101.657, *Florida Statutes*, which reads in part, "The supervisor of elections shall allow an elector to vote early in the main or branch office of the supervisor by depositing the voted ballot in a voting device used by the supervisor to collect or tabulate ballots . . . The elector must provide identification . . . and must complete an Early Voting Voter Certificate . . ."
**RETENTION:**
a) Record copy.  1 anniversary year after certification of election.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**ELECTION PARAMETER RECORDS: FEDERAL ELECTIONS**      **Item #146**
This record series consists of election parameters used within the voting system to define the tabulation and reporting instructions for each election.  The series includes the election definition that consists of the administrative database used to define the election and the election-specific files generated and used by the system.  Records of election parameters are submitted to the Division of Elections for each election.  Records created per Sections 101.5607(1)(b), Department of State to maintain voting system information; 101.5612, *Florida Statutes*, Testing of tabulating equipment, and  Rule 1S-2.015(5)(f), *Florida Administrative Code*, Minimum Security Procedures for Voting Systems, Standards for Security Procedures.  Retention is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.
**RETENTION:**
a) Record copy.  22 months after certification of the last election in which the election parameters were used.
b) Duplicates.  Retain until obsolete, superseded or administrative value is lost.

**ELECTION PARAMETER RECORDS: STATE AND LOCAL ELECTIONS**      **Item #147**
This record series consists of election parameters used within the voting system to define the tabulation and reporting instructions for each election.  The series includes the election definition that consists of the administrative database used to define the election and the election-specific files generated and used by the system.  Records of election parameters are submitted to the Division of Elections for each election.  Records created per Sections 101.5607(1)(b), Department of State to maintain voting system information; 101.5612, *Florida Statutes*, Testing of tabulating equipment, and  Rule 1S-2.015(5)(f), *Florida Administrative Code*, Minimum Security Procedures for Voting Systems, Standards for Security Procedures.
**RETENTION:**
a) Record copy.  1 anniversary year after certification of the last election in which the election parameters were used.
b) Duplicate.  Retain until obsolete, superseded or administrative value is lost.

**ELECTION RETURNS: COUNTY TABULATION**      **Item #35**
This record series consists of the voting results for each office or other items on the ballot as the count is completed.  These records are created pursuant to Section 101.5614, *Florida Statutes*, Canvass of returns, and Section 102.071, *Florida Statutes*, Tabulation of votes and proclamation of results.
**RETENTION:**
a) Record copy.  **Permanent**.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**ELECTION RETURNS: PRECINCT (FEDERAL ELECTIONS)**      **Item #100**
This record series consists of the voting results for each office or other items on the ballot as the count is completed.  This record series also includes election night preliminary returns, first unofficial returns, second unofficial returns, and precinct-level election results by aggregated totals of ballots cast for each candidate or nominee and other election certifications which are subsequently reported to the Department of State.  These records are created pursuant to Sections 98.0981(2), *Florida Statutes*, Reports; voting history; statewide voter registration system information; precinct-level election results; book closing statistics; 101.5614, *Florida Statutes*, Canvass of returns; 102.071, *Florida Statutes*, Tabulation of votes and proclamation of results; 102.141, *Florida Statutes*, County canvassing board; duties; 102.151, *Florida Statutes*, County canvassing board to issue certificates; supervisor to give notice to Department of State; and 102.112, *Florida Statutes*, Deadline for submission of county returns to the Department of State.  Retention is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.  ***These records may have archival value.***
**RETENTION:**
a) Record copy.  22 months after certification of election.  ***Agencies should ensure appropriate preservation of records determined to have long-term historical value.***
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**ELECTION RETURNS: PRECINCT (STATE AND LOCAL ELECTIONS)**      **Item #34**
This record series consists of the voting results for each office or other items on the ballot as the count is completed.  This record series also includes election night preliminary returns, first unofficial returns, second unofficial returns, and precinct-level election results by aggregated totals of ballots cast for each candidate or nominee and other

Plaintiffs' Exhibit #2, page 16

election certifications which are subsequently reported to the Department of State.  These records are created pursuant to Sections 98.0981(2), *Florida Statutes*, Reports; voting history; statewide voter registration system information; precinct-level election results; book closing statistics; 101.5614, *Florida Statutes*, Canvass of returns; 102.071, *Florida Statutes*, Tabulation of votes and proclamation of results; 102.141, *Florida Statutes*, County canvassing board; duties; 102.151, *Florida Statutes*, County canvassing board to issue certificates; supervisor to give notice to Department of State; and 102.112, *Florida Statutes*, Deadline for submission of county returns to the Department of State.  ***These records may have archival value.***
**RETENTION:**
a) Record copy.  1 anniversary year after certification of election.  ***Agencies should ensure appropriate preservation of records determined to have long-term historical value.***
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**ELECTION SECURITY DEVICE RECORDS: FEDERAL ELECTIONS**                                   **Item #148**
This records series consists of records used to ensure the secure transport and chain of custody of election materials and voting equipment.  This series includes numbered election seals, related logs, and other related documents.  Logs may include such information as identification numbers, seal numbers, protective counter number for voting devices, and precinct information.  Records created pursuant to Rule 1S-2.015, *Florida Administrative Code*, Minimum Security Procedures for Voting Systems, and Rule 1S-2.031(2)(a)2.c., *Florida Administrative Code*, Recount Procedures.  Retention is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.
**RETENTION:**
a) Record copy.  22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**ELECTION SECURITY DEVICE RECORDS: STATE AND LOCAL ELECTIONS**                          **Item #149**
This records series consists of records used to ensure the secure transport and chain of custody of election materials and voting equipment.  This series includes numbered election seals, related logs, and other related documents.  Logs may include such information as identification numbers, seal numbers, protective counter number for voting devices, and precinct information.  Records created pursuant to Rule 1S-2.015, *Florida Administrative Code*, Minimum Security Procedures for Voting Systems, and Rule 1S-2.031(2)(a)2.c., *Florida Administrative Code*, Recount Procedures.
**RETENTION:**
a) Record copy. 1 anniversary year after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**JOURNALS: ELECTIONS FINANCIAL TRANSACTIONS**                                          **Item #42**
This record series consists of summaries of all elections financial transactions.  For retentions for other financial records, see *General Records Schedule GS1-SL for State and Local Government Agencies*.
**RETENTION:**
a) Record copy.  10 fiscal years provided applicable audits have been released, **OR** 3 years after release of any applicable Federal Single Audit, whichever is later.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**LIST OF CANDIDATES NOMINATED OR ELECTED**                                             **Item #21**
This record series consists of a list submitted to the Department of State by the county supervisor listing the names of all county and district officers nominated or elected, the office for which each was nominated or elected, and the mailing address of each.  These records are created pursuant to Section 102.151, *Florida Statutes*, which reads in part, "The supervisor shall transmit to the Department of State, immediately after the county canvassing board has canvassed the returns of the election, a list containing the names of all county and district officers nominated or elected, the office for which each was nominated or elected, and the mailing address of each."
**RETENTION:**
a) Record copy.  Retain until obsolete, superseded, or administrative value is lost.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

**MAIL BALLOT ELECTION PLAN RECORDS**                                                   **Item #167**
This records series consists of Supervisors of Elections' requests and written plans for mail ballot elections, and approval or denial by the Department of State.  These records are created pursuant to Section 101.6101-101.6107, *Florida Statutes*, the Mail Ballot Election Act.
**RETENTION:**
a) Record copy.  1 anniversary year after certification of the election applicable to the request.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

Plaintiffs' Exhibit #2, page 17

**MAIL BALLOT ENVELOPES**                                                    **Item #104**
This record series consists of the envelope with the voter's certificate that is signed by the mail ballot elector pursuant to Section 101.6103, *Florida Statutes*, Mail ballot election procedure. These records also include any mail ballot envelope marked as rejected, cancelled, or illegal. These records may also include "Request for Duplicate Mail Ballot" created by Section 101.6103, *Florida Statutes*.
**RETENTION:**
a) Record copy. 1 anniversary year after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**MAIL, UNDELIVERABLE FIRST CLASS: ELECTION MATERIALS**                       **Item #43**
This record series consists of voter information cards, absentee ballots, mail ballots, and other required election materials that are undeliverable ("not claimed," "declined," "refused," expiration of forwarding address, etc.). **For returned mail from voter address list maintenance activities, see "VOTER ADDRESS LIST MAINTENANCE RECORDS."**
**RETENTION:**
a) Record copy. 2 anniversary years after receipt.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**MENTAL COMPETENCY VOTING RIGHTS RESTORED RECORDS**                          **Item #49**
This record series consists of a list of persons who have been adjudicated mentally competent by a judge and have had their voting rights restored by order of the court. The record copy is maintained by the Clerk of the Circuit Court. These records are created pursuant to Section 98.093, *Florida Statutes*, Duty of officials to furnish lists of deceased persons, persons adjudicated mentally incapacitated, and persons convicted of a felony (formerly Section 98.301(3)l, *Florida Statutes*). See also "VOTER REGISTRATION: VOTER POTENTIAL INELIGIBILITY SOURCE RECORDS."
**RETENTION:**
a) Record copy. 1 anniversary year after receipt.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**PETITION RECORDS: BALLOTED ISSUES (CONSTITUTIONAL AMENDMENTS)**            **Item #121**
This record series consists of initiative petition records requesting consideration of proposed constitutional amendments that HAVE appeared on the ballot. These records may include qualified signatures of registered voters and all affidavits, paperwork, memoranda, documentation, etc. relating to the petition process. The records are created and retained pursuant to Section 100.371, *Florida Statutes*, Initiatives; procedure for placement on ballot. See also "CAMPAIGN AND REGISTRATION RECORDS: CANDIDATES/COMMITTEES/PARTIES."
**RETENTION:**
a) Record copy. 1 anniversary year following the election in which the issue appeared on the ballot.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**PETITION RECORDS: BALLOTED ISSUES (OTHER THAN CONSTITUTIONAL AMENDMENTS)**   **Item #57**
This record series consists of petition records requesting consideration of various nonconstitutional initiatives, referenda, public measures and other questions that HAVE appeared on the ballot. These records may include qualified signatures of registered voters and all affidavits, paperwork, memoranda, documentation, etc. relating to the petition process. Records are created pursuant to Section 101.161, *Florida Statutes*, Referenda; ballots, and Section 105.036, *Florida Statutes*, Initiative for method of selection of circuit or county judges. The retention is based on Section 100.371, *Florida Statutes*, Initiatives; procedure for placement on ballot, which requires retention of related records (signature forms) for 1 year following the election in which the issue appeared on the ballot.
**RETENTION:**
a) Record copy. 1 anniversary year following the election in which the issue appeared on the ballot.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**PETITION RECORDS: MUNICIPAL RECALL**                                        **Item #150**
This records series consists of records relating to a municipal recall under Section 100.361, *Florida Statutes*, Municipal recall. The series includes signed and filed municipal recall petitions, the signature verification certificate, the supervisor of elections determination whether threshold for requisite signatures was met, the clerk's certification to the governing body whether requisite signatures met or not, the defensive statement, the Recall Petition and Defense and signed petitions, and the municipal officer's written resignation. Retention is based on Section 100.361(9), *Florida Statutes*, which requires that "The clerk shall preserve in his or her office all papers comprising or connected with a petition for recall for a period of 2 years after they were filed."
**RETENTION:**
a) Record copy. 2 anniversary years after the petition was initially filed.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

Plaintiffs' Exhibit #2, page 18

**PETITION RECORDS: UNBALLOTED ISSUES (CONSTITUTIONAL AMENDMENTS)**         Item #122
This record series consists of initiative petition records requesting consideration of proposed constitutional amendments that have NOT appeared on the ballot. These records may include qualified signatures of registered voters and all affidavits, paperwork, memoranda, documentation, etc. relating to the petition process. The records are created and retained pursuant to Section 100.371, *Florida Statutes*, Initiatives; procedure for placement on ballot.
**RETENTION:**
a) Record copy. Retain until notification from the Division of Elections that the sponsoring committee that circulated the petition is no longer seeking to obtain ballot position.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**PETITION RECORDS: UNBALLOTED ISSUES (OTHER THAN CONSTITUTIONAL AMENDMENTS)** Item #101
This record series consists of petition records requesting consideration of various nonconstitutional initiatives, referenda, public measures and other questions that have NOT appeared on the ballot. These records may include signatures of registered voters and all affidavits, paperwork, memoranda, documentation, etc. relating to the petition process. Records are created pursuant to Section 101.161, *Florida Statutes*, Referenda; ballots, and Section 105.036, *Florida Statutes*, Initiative for method of selection of circuit or county judges.
**RETENTION:**
a) Record copy. Retain until notification that the committee that circulated the petition is no longer seeking ballot position.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**PETITION SIGNATURE RECORDS FOR CANDIDATES FOR FEDERAL OFFICE**         Item #60
This record series consists of signature petitions requesting ballot position for candidates for federal office. These records may include signatures of registered voters and all affidavits, paperwork, memoranda, documentation, etc. relating to the petition process. The records are created pursuant to Sections 99.095, *Florida Statutes*, Petition process in lieu of a qualifying fee and party assessment; 99.0955, *Florida Statutes*, Candidates with no party affiliation; name on general election ballot; 99.096, *Florida Statutes*, Minor political party candidates; names on ballot; and 99.09651, *Florida Statutes*, Signature requirements for ballot position in year of apportionment. Retention is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections. See also "CAMPAIGN AND REGISTRATION RECORDS: CANDIDATES/COMMITTEES/PARTIES."
**RETENTION:**
a) Record copy. 22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**PETITION SIGNATURE RECORDS FOR CANDIDATES FOR STATE AND LOCAL OFFICE**         Item #59
This record series consists of signature petitions requesting ballot position for state and local candidates. These records may include signatures of registered voters and all affidavits, paperwork, memoranda, documentation, etc. relating to the petition process. The records are created pursuant to Sections 99.095, *Florida Statutes*, Petition process in lieu of a qualifying fee and party assessment; 99.0955, *Florida Statutes*, Candidates with no party affiliation; name on general election ballot; 99.096, *Florida Statutes*, Minor political party candidates; names on ballot; 99.09651, *Florida Statutes*, Signature requirements for ballot position in year of apportionment; and 105.035, *Florida Statutes*, Petition process of qualifying for certain judicial offices and the office of school board member. See also "CAMPAIGN AND REGISTRATION RECORDS: CANDIDATES/COMMITTEES/PARTIES."
**RETENTION:**
a) Record copy. 1 anniversary year after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**POLL WATCHERS RECORDS: FEDERAL ELECTIONS**         Item #68
This record series consists of lists of names of poll watchers submitted for approval to the supervisor of elections. Each political party, each candidate, and each political committee formed for specific purpose of expressly supporting or defeating a ballot measure may submit such a list. This series also includes any correspondence, certifications, precinct list of approved poll watchers, or other documentation relating to the submission and approval of poll watchers' names pursuant to Section 101.131, *Florida Statutes*, Watchers at polls. The retention period is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.
**RETENTION:**
a) Record copy. 22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**POLL WATCHERS RECORDS: STATE AND LOCAL ELECTIONS**         Item #67
This record series consists of lists of names of poll watchers submitted for approval to the supervisor of elections. Each political party, each candidate, and each political committee formed for specific purpose of expressly supporting or defeating a ballot measure may submit such a list. This series also includes any correspondence,

Plaintiffs' Exhibit #2, page 19

certifications, precinct list of approved poll watchers, or other documentation relating to the submission and approval of poll watchers' names pursuant to Section 101.131, *Florida Statutes*, Watchers at polls.
**RETENTION:**
a) Record copy. 1 anniversary year after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**POLL WORKER RECORDS: FEDERAL ELECTIONS**                 **Item #123**
This record series consists of all poll worker materials including poll worker applications, oaths, training material, certification, assignment notices, availability notices, class attendance notices and sign-in information, correspondence, surveys completed by poll workers, and tests/quizzes issued to poll workers. These records are created pursuant to Sections 102.012, *Florida Statutes*, Inspectors and clerks to conduct elections; 102.014, *Florida Statutes*, Poll worker recruitment and training; and 102.021, *Florida Statutes*, Compensation of inspectors, clerks, and deputy sheriffs. The retention period is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.
**RETENTION:**
a) Record copy. 22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**POLL WORKER RECORDS: STATE AND LOCAL ELECTIONS**         **Item #124**
This record series consists of all poll worker materials including poll worker applications, oaths, training material, certification, assignment notices, availability notices, class attendance notices and sign-in information, correspondence, surveys completed by poll workers, and tests/quizzes issued to poll workers. These records are created pursuant to Sections 102.012, *Florida Statutes*, Inspectors and clerks to conduct elections; 102.014, *Florida Statutes*, Poll worker recruitment and training; and 102.021, *Florida Statutes*, Compensation of inspectors, clerks, and deputy sheriffs.
**RETENTION:**
a) Record copy. 1 anniversary year after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**PRECINCT AND POLLING PLACE LOCATION RECORDS: FEDERAL ELECTIONS**     **Item #151**
This record series consists of lists of precincts and polling places for Election Day and early voting, including addresses; hours for each early voting site; and any mailed, published, or posted notices relating to a change in precinct or polling place for Election Day or early voting. These records are created pursuant to Sections 101.001, *Florida Statutes*, Precincts and polling places; boundaries; 101.657, *Florida Statutes*, Early Voting; and 101.71, *Florida Statutes*, Polling place. The retention period is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections. See also "PRECINCT BOUNDARY RECORDS AND MAPS."
**RETENTION:**
a) Record copy. 22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**PRECINCT AND POLLING PLACE LOCATION RECORDS: STATE AND LOCAL ELECTIONS**   **Item #152**
This record series consists of lists of precincts and polling places Election Day and early for voting, including addresses; hours for each early voting site; and any mailed, published, or posted notices relating to a change in precinct or polling place for Election Day or early voting. These records are created pursuant to Sections 101.001, *Florida Statutes*, Precincts and polling places; boundaries; 101.657, *Florida Statutes*, Early Voting; and 101.71, *Florida Statutes*, Polling place. See also "PRECINCT BOUNDARY RECORDS AND MAPS."
**RETENTION:**
a) Record copy. 1 anniversary year after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**PRECINCT BOUNDARY RECORDS AND MAPS**                   **Item #69**
This record series consists of maps drawn to scale with all major observable features; worded description of the geographical boundaries; all precinct reorganization correspondence; and printed copies of maps outlining precinct boundaries and affixing precinct numbers thereon which are available for general use/sale. These records are created pursuant to Section 101.001, *Florida Statutes*, Precincts and polling places; boundaries (formerly Section 98.031, *Florida Statutes*). See also "PRECINCT AND POLLING PLACE LOCATION RECORDS: FEDERAL ELECTIONS" and "PRECINCT AND POLLING PLACE LOCATION RECORDS: STATE AND LOCAL ELECTIONS."
**RETENTION:**
a) Record copy. **Permanent**.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**PRECINCT MAP REFERENCE MATERIALS**                 **Item #125**
This record series consists of copies of descriptions of property being annexed by local governments that will change precinct boundaries or lines, including correspondence, reports, maps, certifying statements, and municipal service

Plaintiffs' Exhibit #2, page 20

plans; maps giving street, township, and range for each quadrant of the county upon which the approved platted subdivisions are drawn and affixed; and maps approved and certified by the government entity showing street names and geographical boundaries of approved subdivision and development therein which aid the supervisor of elections in establishing, changing, and reorganizing precincts and polling place locations. These records are created pursuant to Section 101.001, *Florida Statutes*, Precincts and polling places; boundaries (formerly Section 98.031, *Florida Statutes*). This series does **not** include the record (master) copy of Precinct Boundary Records and Maps (see that item).
**RETENTION:**
a) Record copy. 22 months after certification of the next federal election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

### PRECINCT REGISTERS: FEDERAL ELECTIONS
Item #72

This record series consists of a register of each registered voter (and other lists of registered voters) within the precinct. The precinct register contains the date of the election, the precinct number, and the following information concerning each registered elector: last name, first name, middle name or initial, party affiliation, residence address, registration number, date of birth, and additionally, may include sex, race, state or county of birth, and other identifying data. These records also include any supplemental lists supplied to the precinct workers during the Early Voting period or on Election Day and lists of registered voters who have voted as compiled or indicated at the polls. Records created per Sections 98.461, *Florida Statutes*, Registration application, precinct register; contents, and 101.23, *Florida Statutes*, Election inspector to keep list of those voting. The retention period is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections. See also "VOTER REGISTRATION: BOOKS AND OFFICIAL RECORDS."
**RETENTION:**
a) Record copy. 22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

### PRECINCT REGISTERS: STATE AND LOCAL ELECTIONS
Item #71

This record series consists of a register of each registered voter (and other lists of registered voters) within the precinct. The precinct register contains the date of the election, the precinct number, and the following information concerning each registered elector: last name, first name, middle name or initial, party affiliation, residence address, registration number, date of birth, and additionally, may include sex, race, state or county of birth, and other identifying data. These records also include any supplemental lists supplied to the precinct workers during the Early Voting period or on Election Day and lists of registered voters who have voted as compiled or indicated at the polls. Records created per Sections 98.461, *Florida Statutes*, Registration application, precinct register; contents, and 101.23, *Florida Statutes*, Election inspector to keep list of those voting. See also "VOTER REGISTRATION: BOOKS AND OFFICIAL RECORDS."
**RETENTION:**
a) Record copy. 1 anniversary year after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

### "PROTEST OF ELECTION" RETURNS: FEDERAL ELECTIONS
Item #75

This record series consists of copies of "Protest of Election Returns to Canvassing Board or to Circuit Judge." These records were created pursuant to Sections 102.166 and 102.167, *Florida Statutes*. The retention period is based on Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections. This series is no longer accumulating.
**RETENTION:**
a) Record copy. 22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

### "PROTEST OF ELECTION" RETURNS: STATE AND LOCAL ELECTIONS
Item #74

This record series consists of copies of "Protest of Election Returns to Canvassing Board or to Circuit Judge." These records were created pursuant to Sections 102.166 and 102.167, *Florida Statutes*. This series is no longer accumulating.
**RETENTION:**
a) Record copy. 1 anniversary year after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

### PROVISIONAL BALLOT VOTERS' CERTIFICATES: FEDERAL OFFICE
Item #126

This record series consists of the provisional ballot voter's certificate and affirmation that is signed by the elector, as well as the rejected unopened Provisional Ballot envelopes. These records also include oaths challenging eligibility of voter, and any other documentary evidence that is presented to or considered by the local canvassing board in determining whether to count a provisional ballot. These records are created pursuant to Sections 101.111, *Florida Statutes*, Person desiring to vote may be challenged; challenger to execute oath; oath of person challenged; determination of challenge; 101.048, *Florida Statutes*, Provisional ballots; and 101.049, *Florida Statutes*, Provisional

Plaintiffs' Exhibit #2, page 21

ballots; special circumstances; and Rule 1S-2.037, *Florida Administrative Code*, Provisional Ballots. The retention period is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections. See also "VOTER CHALLENGE RECORDS: FEDERAL ELECTIONS" and VOTER CHALLENGE RECORDS: STATE AND LOCAL ELECTIONS."

**RETENTION:**
a) Record copy. 22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**PROVISIONAL BALLOT VOTERS' CERTIFICATES: STATE AND LOCAL OFFICE**          **Item #127**
This record series consists of the provisional ballot voter's certificate and affirmation that is signed by the elector, as well as the rejected unopened Provisional Ballot envelopes. These records also include oaths challenging eligibility of voter, and any other documentary evidence that is presented to or considered by the local canvassing board in determining whether to count a provisional ballot. These records are created pursuant to Sections 101.111, *Florida Statutes*, Person desiring to vote may be challenged; challenger to execute oath; oath of person challenged; determination of challenge; 101.048, *Florida Statutes*, Provisional ballots; and 101.049, *Florida Statutes*, Provisional ballots; special circumstances; and Rule 1S-2.037, *Florida Administrative Code*, Provisional Ballots. See also "VOTER CHALLENGE RECORDS: FEDERAL ELECTIONS" and VOTER CHALLENGE RECORDS: STATE AND LOCAL ELECTIONS."

**RETENTION:**
a) Record copy. 1 anniversary year after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**REGISTERED ELECTORS STATISTICAL REPORTS**          **Item #80**
This record series consists of a report compiled by the county supervisor and submitted to the Department of State listing the total number of registered electors of each political party in which any elector has registered and the number of electors registered as independents or without party affiliation. These records are no longer created pursuant to repeal of Section 98.231, *Florida Statutes*. Statistics are available through the Florida Voter Registration System.

**RETENTION:**
a) Record copy. Retain until obsolete, superseded, or administrative value is lost.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**RESIDENTIAL STREET ADDRESS LIST**          **Item #153**
This record series consists of lists maintained by the Supervisor of Elections to verify legal addresses of voters residing in the county. This series is created pursuant to Section 98.015(12), *Florida Statutes*, Supervisor of elections; election, tenure of office, compensation, custody of registration-related documents, office hours, successor, seal; appointment of deputy supervisors; duties. This information is forwarded to the Department of State to compile and maintain a statewide electronic database of valid residential street addresses pursuant to Section 98.045(4), *Florida Statutes*, Administration of voter registration.

**RETENTION:**
a) Record copy. Retain until obsolete, superseded, or administrative value is lost.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**SUPERVISORS' REPORTS OF QUALIFIED CANDIDATES**          **Item #15**
This record series consists of reports submitted to the Department of State by the supervisor of elections containing the names, party affiliations, and addresses of all candidates and the offices for which they qualified. These records are created pursuant to Section 99.092(2), *Florida Statutes*, which reads in part, "The supervisor of elections shall, immediately after the last day for qualifying, submit to the Department of State a list containing the names, party affiliations, and addresses of all candidates and the offices for which they qualified."

**RETENTION:**
a) Record copy. Retain until obsolete, superseded, or administrative value is lost.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

***UNUSED BALLOTS, FORMS, AND OTHER ELECTION MATERIALS***
Unused/blank forms are not public records. Approval by the Division of Elections is required to dispose of unused election materials pursuant to Section 101.545, *Florida Statutes*, which reads in part, "All unused ballots, forms, and other election materials may, with the approval of the Department of State, be destroyed by the supervisor after the election for which such ballots, forms, or other election materials were to be used." ***CONTACT THE DIVISION OF ELECTIONS FOR DISPOSAL AUTHORIZATION.***

**VOTER ADDRESS LIST MAINTENANCE RECORDS**          **Item #106**
This record series consists of records relating to address list maintenance programs and activities, including the names and addresses of registered voters to whom notices were sent regarding a change or confirmation of a

Plaintiffs' Exhibit #2, page 22

residential address for purposes of registration and voting in the county. The series includes returned or undeliverable Address Change Notices, Address Confirmation Request forms, Address Confirmation Final Notice forms, and pre-addressed return forms or other address change information returned by the voter, as well as the names of inactive voters. The records are created pursuant to Sections 98.065, *Florida Statutes*, Registration list maintenance programs, and 98.0655, *Florida Statutes*, Registration list maintenance forms.
**RETENTION:**
a) Record copy. Retain as long as voter is registered or 2 anniversary years after voter is removed from the official list of registered voters, whichever occurs later.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTER AUTHORIZATION SLIPS/STUBS: FEDERAL ELECTIONS**                    **Item #133**
This record series consists of the numbered slips or stubs given to voters when they sign in at the voting site. The voter hands this slip/stub to a poll worker when the voter is ready to cast his/her vote to verify that the voter has properly signed in at the voting site and is authorized to vote. The retention is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections. See also "BALLOT STUBS: FEDERAL ELECTIONS."
**RETENTION:**
a) Record copy. 22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTER AUTHORIZATION SLIPS/STUBS: STATE AND LOCAL ELECTIONS**         **Item #134**
This record series consists of the numbered slips or stubs given to voters when they sign in at the voting site. The voter hands this slip/stub to a poll worker when the voter is ready to cast his/her vote to verify that the voter has properly signed in at the voting site and is authorized to vote. See also "BALLOT STUBS: STATE AND LOCAL ELECTIONS."
**RETENTION:**
a) Record copy. 1 anniversary year after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTER CHALLENGE RECORDS: FEDERAL ELECTIONS**                          **Item #154**
This record series consists of oaths executed to challenge a voter's eligibility to vote at the polls including those submitted within 30 days in advance of the election. These records are created pursuant to Section 101.111, *Florida Statutes*, Person desiring to vote may be challenged; challenger to execute oath; oath of person challenged; determination of challenge. This record series may also include protests filed against the canvassing of an absentee ballot as allowed per Section 101.68, *Florida Statutes*, Canvassing of absentee ballot. The retention is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections. See also "BALLOT STUBS: FEDERAL ELECTIONS" and "PROVISIONAL BALLOT VOTERS' CERTIFICATES: FEDERAL OFFICE."
**RETENTION:**
a) Record copy. 22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTER CHALLENGE RECORDS: STATE AND LOCAL ELECTIONS**                 **Item #155**
This record series consists of oaths executed to challenge a voter's eligibility to vote at the polls including those submitted within 30 days in advance of the election. These records are created pursuant to Section 101.111, *Florida Statutes*, Person desiring to vote may be challenged; challenger to execute oath; oath of person challenged; determination of challenge; Section 101.6104, *Florida Statutes*, Challenge of votes; and Section 101.68, *Florida Statutes*, Canvassing of absentee ballot. See also "BALLOT STUBS: STATE AND LOCAL ELECTIONS" and "PROVISIONAL BALLOT VOTERS' CERTIFICATES: STATE AND LOCAL OFFICE."
**RETENTION:**
a) Record copy. 1 anniversary year after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTER LIST ACQUISITION OATHS: FEDERAL OFFICE**                       **Item #55**
This record series consists of oaths for acquisition of lists of registered voters, challenged voters, and precinct election boards for an election in a federal office. Also included are oaths for appointment of deputy supervisors of elections. These records were created pursuant to Sections 98.095(3), 101.111, and 102.012, *Florida Statutes*. The retention period is based on Title 42, U.S.C. 1974. This series is no longer accumulating.
**RETENTION:**
a) Record copy. 22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTER LIST ACQUISITION OATHS: STATE AND LOCAL OFFICE**               **Item #54**
This record series consists of oaths for acquisition of lists of registered voters, challenged voters, and precinct election boards for an election in a state or local office. Also included are oaths for appointment of deputy

Plaintiffs' Exhibit #2, page 23

supervisors of elections. These records were created pursuant to Sections 98.095(3), 101.111, and 102.012, *Florida Statutes*. This series is no longer accumulating.

**RETENTION:**
a) Record copy. 1 anniversary year after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTER REGISTRATION: BOOKS AND OFFICIAL RECORDS**         **Item #94**
This record series consists of the official registration information for all qualified voters in each county. These records are created pursuant to Sections 97.053, *Florida Statutes*, Acceptance of voter registration applications; 97.057, *Florida Statutes*, Voter registration by the Department of Highway Safety and Motor Vehicles; 97.058, *Florida Statutes*, Voter registration agencies; 97.105, *Florida Statutes*, Permanent single registration system established; 98.035, *Florida Statutes*, Statewide voter registration system; implementation, operation, and maintenance; 98.461, *Florida Statutes*, Registration application, precinct register; contents; and 101.002 (3), *Florida Statutes*, Use of system by municipalities. Since January 1, 2006, these records are officially recorded and retained electronically in the Florida Voter Registration System. The retention period for the record copy is pursuant to Attorney General Opinion 86-18 and Florida Division of Elections opinion DE 87-06. See also "APPLICATIONS: ABSENTEE BALLOT/REGISTRATION (FEDERAL POSTCARD APPLICATIONS)," "PRECINCT REGISTERS: FEDERAL ELECTIONS," "PRECINCT REGISTERS: STATE AND LOCAL ELECTIONS," "VOTER ADDRESS LIST MAINTENANCE RECORDS," "VOTER REGISTRATION: CHANGE OF NAME, PARTY, SIGNATURE, OR RESIDENCE RECORDS," "VOTER REGISTRATION: IDENTIFICATION EXEMPTION RECORDS," and "VOTER REGISTRATION: VOTER POTENTIAL INELIGIBILITY SOURCE RECORDS."

**RETENTION:**
a) Record copy. **Permanent**.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTER REGISTRATION: CERTIFICATION OF RECORDS MAINTENANCE ACTIVITIES REPORT**   **Item #156**
This record series consists of Supervisors of Elections copies of reports filed with the Division of Elections relating to address list and voter registration eligibility maintenance activities. Each Supervisor of Elections must certify to the Department of State twice a year that he or she has conducted required activities relating to maintaining accurate and current addresses for registered voters in the Florida Voter Registration System and to processing information or records relating to the potential ineligibility of registered voters. Records created per Section 98.065(6), *Florida Statutes*, Registration list maintenance programs, and 98.075(8), *Florida Statutes*, Registration records maintenance activities; ineligibility determinations. Retention pursuant to Section 98.045(3), *Florida Statutes*, Administration of voter registration-- Public records access and retention.

**RETENTION:**
a) Record copy. 2 anniversary years from date of filing.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTER REGISTRATION: CHANGE OF NAME, PARTY, SIGNATURE, OR RESIDENCE RECORDS**   **Item #22**
This record series consists of notification from electors to the supervisor of elections because of a change in the elector's name due to marriage or other legal process; a change in political party affiliation; a signature update; or change of residence/mailing address. These records revise or update the official registration records for all qualified voters which, since January 1, 2006, are centrally compiled and retained in the Florida Voter Registration System. These records are created pursuant to Sections 97.1031, *Florida Statutes*, Notice of change of residence, change of name, or change of party affiliation: 98.077, *Florida Statutes*, Update of voter signature; and 101.045, *Florida Statutes*, Electors must be registered in precinct; provisions for change of residence or name. See also "AFFIDAVITS/AFFIRMATIONS: EXECUTED AT EARLY VOTING SITES OR AT THE POLLS: FEDERAL ELECTIONS," "AFFIDAVITS/AFFIRMATIONS: EXECUTED AT EARLY VOTING SITES OR AT THE POLLS: STATE AND LOCAL ELECTIONS," and "VOTER REGISTRATION: BOOKS AND OFFICIAL RECORDS."

**RETENTION:**
a) Record copy. **Permanent**.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTER REGISTRATION: IDENTIFICATION EXEMPTION RECORDS**         **Item #130**
This record series consists of an exemption form and/or the required identification documents provided by the voter pursuant to Section 97.0535, *Florida Statutes*, which reads in part, "Each applicant who registers by mail and who has never previously voted in the state and who the department has verified has not been issued a current and valid Florida driver's license, Florida identification card, or social security number shall be required to provide a copy of a current and valid identification, as provided in subsection (3), or indicate that he or she is exempt from the requirements prior to voting. *These records are considered part of the permanent voter registration record*. See also "VOTER REGISTRATION: BOOKS AND OFFICIAL RECORDS."

**RETENTION:**
a) Record copy. **Permanent**.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

Plaintiffs' Exhibit #2, page 24

**VOTER REGISTRATION: INCOMPLETE AND DENIED APPLICATIONS**                    Item #129
This record series consists of voter registration applications that have been denied or cannot be processed because they are incomplete. These records are created pursuant to Sections 97.053, *Florida Statutes*, Acceptance of voter registration applications; 97.073, *Florida Statutes*, Disposition of voter registration applications; cancellation notice; and 98.045, *Florida Statutes*, Administration of voter registration.
**RETENTION:**
a) Record copy. 2 anniversary years after notice to applicant that application is incomplete or denied.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTER REGISTRATION: PREFERENCE/DECLINATION RECORDS**                    Item #132
This record series consists of records indicating that individuals declined to register to vote at a voter registration agency, defined as "any office that provides public assistance, any office that serves persons with disabilities, any center for independent living, or any public library" (Section 97.021(40), *Florida Statutes*). The retention period is pursuant to Section 97.058(7), *Florida Statutes*, Voter registration agencies, which requires voter registration agencies to "retain declinations for a period of 2 years, during which time the declinations are not considered a record of the client pursuant to the laws governing the agency's records."
**RETENTION:**
a) Record copy. 2 anniversary years after receipt.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTER REGISTRATION: VOTER ELIGIBILITY CASE FILES (ELIGIBLE)**                    Item #157
This record series consists of case files documenting registered voters whose cases were closed because it could not be determined conclusively whether they were ineligible to be registered and vote. The series includes, but is not limited to, copies of a court order or judgment that the voter was mentally incapacitated with respect to voting and has had his or her right to vote restored; a court order or judgment that the voter has been convicted of any state or federal felony and has had his or her right to vote restored; proof that the voter meets the age requirement; information that the voter is a United States citizen; information that the voter is not a fictitious person; verification that the voter has listed a residence that is his or her legal residence; or any other information indicating that the registered voter meets the eligibility requirements. This series also includes notices mailed or published to the voter of potential ineligibility, any other correspondence to or from the voter, hearing records, and determination of eligibility. These case files may have been compiled and forwarded to the Supervisor of Elections by the Bureau of Voter Registration Services, or they may have been created by the Supervisor of Elections based on information received from another source. Records created per Section 98.075(4)-(7), *Florida Statutes*, Registration records maintenance activities; ineligibility determinations. Retention based on 42 U.S.C. 1973gg-6(i), Requirements with respect to administration of voter registration, Public disclosure of voter registration activities.
**RETENTION:**
a) Record copy. 2 anniversary years after case closed.
b) Duplicate. Retain until obsolete, superseded or administrative value is lost.

**VOTER REGISTRATION: VOTER ELIGIBILITY CASE FILES (INELIGIBLE)**                    Item #158
This record series consists of case files documenting registered voters identified as and determined to be ineligible based on credible and reliable information and also documenting voters who have been removed from the official rolls by request either directly from the voter or indirectly through notice received from an out-of-state election official that the person is now registered in another state. The series includes, but is not limited to, copies of a court order or judgment that the voter is mentally incapacitated with respect to voting and has not had his or her right to vote restored; a court order or judgment that the voter has been convicted of any state or federal felony and has not had his or her right to vote restored; information that the voter does not meet the age requirement; information that the voter is not a United States citizen; information that the voter is a fictitious person; information that the voter has listed a residence that is not his or her legal residence; or any other information indicating that the registered voter does not meet the eligibility requirements. This series also includes notices mailed or published to the voter of potential ineligibility, any other correspondence to or from the voter, hearing records, and determination of ineligibility. These case files may have been compiled and forwarded to the Supervisor of Elections by the Bureau of Voter Registration Services, or they may have been created by the Supervisor of Elections based on information received from another source. Records created per Section 98.075(4)-(7), *Florida Statutes*, Registration records maintenance activities; ineligibility determinations. Retention based in part on 42 U.S.C. 1973gg-6(i), Requirements with respect to administration of voter registration, Public disclosure of voter registration activities, and Section 98.081(2), *Florida Statutes*, which authorizes the restoration of "the name of any elector . . . erroneously or illegally removed from the statewide voter registration system."
**RETENTION:**
a) Record copy. **Permanent.**
b) Duplicate. Retain until obsolete, superseded or administrative value is lost.

Plaintiffs' Exhibit #2, page 25

**VOTER REGISTRATION: VOTER INFORMATION CARDS**                                    **Item #93**

This record series consists of voter information cards issued pursuant to Section 97.071, *Florida Statutes*, Voter information cards, provide notice to registered voters as to their registration record information status or to provide applicants notice of disposition as to their applications pursuant to Sections 97.071, *Florida Statutes*, Voter information card; 97.073, *Florida Statutes*, Disposition of voter registration application; cancellation notice; and 97.1031, *Florida Statutes*, Notice of change of residence, change of name, or change of party affiliation.

**RETENTION:**
a) Record copy.  Retain until obsolete, superseded, or administrative value is lost.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.


**VOTER REGISTRATION: VOTER POTENTIAL INELIGIBILITY SOURCE RECORDS**          **Item #87**

This record series consists of records from state and federal agencies that are used by the supervisor of elections as a basis for identifying a registered voter as potentially ineligible pursuant to Section 98.093, *Florida Statutes*, Duty of officials to furnish lists of deceased persons, persons adjudicated mentally incapacitated, and persons convicted of a felony, and Title 42 U.S.C. 20, I-H s. 1973gg-6(g), Requirements with respect to administration of voter registration, Conviction in Federal court.  Records may include lists, judgments, or other documentation relating to:  deceased persons (Florida Department of Health/Vital Statistics); adjudications of mental incapacity with respect to voting (clerks of the court); persons convicted of a felony in federal court (U.S. State Attorney's Office); convicted felons (Florida Department of Law Enforcement); persons granted clemency (Parole Commission/Board of Executive Clemency); inmate records (Florida Department of Corrections); Florida driver licenses removed from the driver license database because they have been licensed in another state (Florida Department of Highway Safety and Motor Vehicles);  persons registered to vote in another state (state election officials); or other records from other governmental sources.  Retention pursuant to Section 98.045(3), *Florida Statutes*, Administration of voter registration, Public Records Access and Retention, and Title 42 U.S.C. 1973gg-6(i), Requirements with respect to administration of voter registration, Public disclosure of voter registration activities. See also "MENTAL COMPETENCY VOTING RIGHTS RESTORED RECORDS," "VOTER REGISTRATION: BOOKS AND OFFICIAL RECORDS" and "VOTER REGISTRATION: VOTER ELIGIBILITY CASE FILES (INELIGIBLE)."

**RETENTION:**
a) Record copy.  2 anniversary years after receipt of information.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.


**VOTING EQUIPMENT AND SYSTEM: ACQUISITION RECORDS**                          **Item #159**

This record series consists of records relating to acquisition of approved voting systems and equipment filed with the Division of Elections at the time of purchase or acquisition.  The series may include vote tabulation source code, software, updates, modifications, user and/or operator manuals, and the vendor's sworn certification.  The series may also include bid invitations submitted by counties for the acquisition of voting equipment.  Records created per Sections 101.294(5), *Florida Statutes*, Purchase and sale of voting equipment; and 101.5607(1)(a), *Florida Statutes*, Department of State to maintain voting system information; prepare software; and Rule 1S-2.015, *Florida Administrative Code*, Minimum Security Procedures for Voting Systems.

**RETENTION:**
a) Record copy.  1 anniversary year after report of superseding acquisition report is filed.
b) Duplicate.  Retain until obsolete, superseded or administrative value is lost.


**VOTING EQUIPMENT AND SYSTEM: AUDIT RECORDS**                                **Item #160**

This record series consists of records relating to manual audits of voting equipment and systems pursuant to Section 101.591, *Florida Statutes*, Voting system audit, and Rule 1S-5.026, *Florida Administrative Code*, Post-Election Certification Voting System Audit.  The series includes the results posted and the results reported to the Department of State.

**RETENTION:**
a) Record copy.  2 anniversary years after final audit report is filed with the Department of State.
b) Duplicate.  Retain until obsolete, superseded or administrative value is lost.


**VOTING EQUIPMENT AND SYSTEM: MAINTENANCE AND TESTING RECORDS**              **Item #95**

This record series consists of maintenance records, calibration, and/or testing of voting equipment and systems, including tabulation programs used in logic and accuracy tests submitted to the Department of State. This series may include program codes, user and operator manuals and copies of all software, firmware, media, exhibits, manuals and related documentation.  These records are created pursuant to Sections 101.5607, *Florida Statutes*, Department of State to maintain voting system information; prepare software, and 101.5612, *Florida Statutes*, Testing of tabulating equipment.  Retention is based on Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.

**RETENTION:**
a) Record copy.  22 months after certification of the last election in which the machine was used.
b) Duplicates.  Retain until obsolete, superseded, or administrative value is lost.

Plaintiffs' Exhibit #2, page 26

**VOTING HISTORY: FEDERAL ELECTIONS**                                   Item #161

This record series consists of voting history for each qualified voter in an election as reported to the Department of State for federal elections. These records indicate whether a qualified voter voted absentee, at the polls on Election Day or during early voting, or by provisional ballot. Records created pursuant to Section 98.0981, *Florida Statutes*, Reports; voting history; statewide voter registration system information; precinct-level election results; book closing statistics.

**RETENTION:**
a) Record copy. 22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTING HISTORY: STATE AND LOCAL ELECTIONS**                          Item #162

This record series consists of voting history for each qualified voter in an election as reported to the Department of State for state and local elections. These records indicate whether a qualified voter voted absentee, at the polls on Election Day or during early voting, or by provisional ballot. Records created pursuant to Section 98.0981, *Florida Statutes*, Reports; voting history; statewide voter registration system information; precinct-level election results; book closing statistics.

**RETENTION:**
a) Record copy. 1 anniversary year after certification of the election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTING MACHINE VOTES CAST SUMMARY LISTING: FEDERAL OFFICE**          Item #96

This record series consists of an aggregated number of votes cast per machine per election. These records were created pursuant to Sections 101.5614 and 102.071 (formerly 101.54), *Florida Statutes*. The retention period is pursuant to Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections. This series is no longer accumulating, as these records relate to the mechanical lever machines which are no longer in use in Florida.

**RETENTION:**
a) Record copy. 22 months after certification of the last election in which the machine was used.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTING MACHINE VOTES CAST SUMMARY LISTING: STATE AND LOCAL OFFICE**  Item #98

This record series consists of an aggregated number of votes cast per machine per election. These records were created pursuant to Sections 101.5614 and 102.071 (formerly 101.54), *Florida Statutes*. This series is no longer accumulating, as these records relate to the mechanical lever machines which are no longer in use in Florida.

**RETENTION:**
a) Record copy. 1 anniversary year after certification of the last election in which the machine was used.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTING SYSTEM OVERVOTES/UNDERVOTES REPORTS**                         Item #163

This record series consists of overvote and undervote information compiled and forwarded to the Department of State for further analysis and report after each general election year per Section 101.595, *Florida Statutes*, Analysis and reports of voting problems.

**RETENTION:**
a) Record copy. 1 anniversary year after the information is reported to the Department of State.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTING SYSTEM SECURITY PROCEDURES**                                  Item #164

This record series consists of written procedures for ensuring voting system security and accuracy in accordance with Section 101.015(4)(b), *Florida Statutes*, Standards for voting systems, and Rule 1S-2.015, *Florida Administrative Code*, Minimum Security Procedures for Voting Systems. The series may also include any revisions to previously approved procedures, recommendations and acknowledgements made by the Division of Elections, and samples of forms, schedules, and checklists along with instructions for their use.

**RETENTION:**
a) Record copy. 2 anniversary years after superseded.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

**VOTING SYSTEM TRANSACTION LOGS**                                     Item #131

This record series consists of records of each transaction conducted on a voting device between the time the device was cleared from one election and the time it is cleared for the next election. Transaction log records will indicate, for example, that a voter cast a ballot at a specified time. The retention period is based on Title 42, U.S.C. 1974, Retention and preservation of records and papers by officers of elections.

**RETENTION:**
a) Record copy. 22 months after certification of election.
b) Duplicates. Retain until obsolete, superseded, or administrative value is lost.

Plaintiffs' Exhibit #2, page 27

## CROSS-REFERENCE

ABSENTEE BALLOT ENVELOPES - FIRST-TIME VOTERS: FEDERAL ELECTIONS
    use ABSENTEE BALLOT ENVELOPES AND CERTIFICATES: FEDERAL ELECTIONS

ABSENTEE BALLOT ENVELOPES - FIRST-TIME VOTERS: STATE AND LOCAL ELECTIONS
    use ABSENTEE BALLOT ENVELOPES AND CERTIFICATES: STATE AND LOCAL ELECTIONS

ABSENTEE BALLOT ENVELOPES: FEDERAL ELECTIONS
    use ABSENTEE BALLOT ENVELOPES AND CERTIFICATES: FEDERAL ELECTIONS

ABSENTEE BALLOT ENVELOPES: STATE AND LOCAL ELECTIONS
    use ABSENTEE BALLOT ENVELOPES AND CERTIFICATES: STATE AND LOCAL ELECTIONS

ABSENTEE BALLOT "IN OFFICE" VOTER CERTIFICATES: FEDERAL ELECTIONS
    use ABSENTEE BALLOT ENVELOPES AND CERTIFICATES: FEDERAL ELECTIONS

ABSENTEE BALLOT "IN OFFICE" VOTER CERTIFICATES: STATE AND LOCAL ELECTIONS
    use ABSENTEE BALLOT ENVELOPES AND CERTIFICATES: STATE AND LOCAL ELECTIONS

ABSENTEE BALLOT/REGISTRATION APPLICATIONS
    use APPLICATIONS: ABSENTEE BALLOT/REGISTRATION (FEDERAL POSTCARD APPLICATIONS)

ANNEXATION RECORDS
    use PRECINCT MAP REFERENCE MATERIALS

ANNUAL SPECIAL SALARY CERTIFICATION
    use *General Records Schedule GS1-SL for State and Local Government Agencies*, Item #195, PAYROLL
        RECORDS: SUPPORTING DOCUMENTS
    or *General Records Schedule GS1-SL for State and Local Government Agencies*, Item #378, PERSONNEL
        RECORDS: SUPPLEMENTAL DOCUMENTATION
    or *General Records Schedule GS1-SL for State and Local Government Agencies*, Item #19, PERSONNEL
        RECORDS: FLORIDA RETIREMENT SYSTEM

APPLICATIONS: REPLACEMENT OF REGISTRATION ID CARD
    use APPLICATIONS: REPLACEMENT OF VOTER INFORMATION CARD

BALLOTS, UNUSED
    see *UNUSED BALLOTS, FORMS, AND OTHER ELECTION MATERIALS*

CAMPAIGN RECORDS: COMMITTEES OF CONTINUOUS EXISTENCE
    use CAMPAIGN AND REGISTRATION RECORDS:  CANDIDATES/COMMITTEES/PARTIES

CANDIDATE/COMMITTEE FILES
    use CAMPAIGN AND REGISTRATION RECORDS:  CANDIDATES/COMMITTEES/PARTIES

CANDIDATES' FILING FEE REPORTS
    use SUPERVISORS' REPORTS OF QUALIFIED CANDIDATES

CENTRAL VOTING SYSTEM RECORDS
    use ELECTION PARAMETER RECORDS: FEDERAL ELECTIONS
    or ELECTION PARAMETER RECORDS: STATE AND LOCAL ELECTIONS

CERTIFIED CANVASSING BOARD REPORTS
    use LIST OF CANDIDATES NOMINATED OR ELECTED

CHANGE OF NAME, PARTY, SIGNATURE, OR RESIDENCE RECORDS
    use VOTER REGISTRATION: CHANGE OF NAME, PARTY, SIGNATURE, OR RESIDENCE RECORDS

DECLINATIONS
    use VOTER REGISTRATION: PREFERENCE/DECLINATION RECORDS

Plaintiffs' Exhibit #2, page 28

ELECTION MATERIALS, UNUSED
    see *UNUSED BALLOTS, FORMS, AND OTHER ELECTION MATERIALS*

FEDERAL POSTCARD APPLICATIONS
    use APPLICATIONS: ABSENTEE BALLOT/REGISTRATION (FEDERAL POSTCARD APPLICATIONS)

FINANCIAL DISCLOSURE STATEMENTS: ELECTED OFFICIALS AND CANDIDATES
    use CAMPAIGN AND REGISTRATION RECORDS: CANDIDATES/COMMITTEES/PARTIES

FINANCIAL DISCLOSURE STATEMENTS: APPOINTED OFFICIALS AND GOVERNMENT EMPLOYEES
    use *General Records Schedule GS1-SL for State and Local Government Agencies*, Item #346, FINANCIAL DISCLOSURE STATEMENTS (LOCAL GOVERNMENT)

HELP AMERICA VOTE ACT (HAVA) EXEMPTION FORM
    use VOTER REGISTRATION: IDENTIFICATION EXEMPTION RECORDS

INACTIVE VOTER LISTS
    use VOTER ADDRESS LIST MAINTENANCE RECORDS

LIST MAINTENANCE FORMS
    use VOTER ADDRESS LIST MAINTENANCE RECORDS

MAPS: ASSESSMENT
    use PRECINCT MAP REFERENCE MATERIALS

MAPS: PLAT
    use PRECINCT MAP REFERENCE MATERIALS

MAPS: PRECINCT
    use PRECINCT BOUNDARY RECORDS AND MAPS

OATHS: FEDERAL OFFICE
    use VOTER LIST ACQUISITION OATHS: FEDERAL OFFICE

OATHS: STATE AND LOCAL OFFICE
    use VOTER LIST ACQUISITION OATHS: STATE AND LOCAL OFFICE

PETITION SIGNATURE RECORDS: BALLOTED
    use PETITION RECORDS: BALLOTED ISSUES (CONSTITUTIONAL AMENDMENTS)
    or PETITION RECORDS: BALLOTED ISSUES (OTHER THAN CONSTITUTIONAL AMENDMENTS)

PETITION SIGNATURE RECORDS: UNBALLOTED
    use PETITION RECORDS: UNBALLOTED ISSUES (CONSTITUTIONAL AMENDMENTS)
    or PETITION RECORDS: UNBALLOTED ISSUES (OTHER THAN CONSTITUTIONAL AMENDMENTS)

POLL LISTS
    use PRECINCT REGISTERS: FEDERAL ELECTIONS
    or PRECINCT REGISTERS: STATE AND LOCAL ELECTIONS

POLL LOCATION RECORDS
    use PRECINCT AND POLLING PLACE LOCATION RECORDS: FEDERAL ELECTIONS
    or PRECINCT AND POLLING PLACE LOCATION RECORDS: STATE AND LOCAL ELECTIONS

PROVISIONAL BALLOT ENVELOPES: FEDERAL OFFICE
    use PROVISIONAL BALLOT VOTERS' CERTIFICATES: FEDERAL OFFICE

PROVISIONAL BALLOT ENVELOPES: STATE AND LOCAL OFFICE
    use PROVISIONAL BALLOT VOTERS' CERTIFICATES: STATE AND LOCAL OFFICE

Plaintiffs' Exhibit #2, page 29

PROVISIONAL BALLOT VOTERS' AFFIRMATIONS
    use PROVISIONAL BALLOT VOTERS' CERTIFICATES: FEDERAL OFFICE
    or PROVISIONAL BALLOT VOTERS' CERTIFICATES: STATE AND LOCAL OFFICE

PURGE FORMS
    use VOTER ADDRESS LIST MAINTENANCE RECORDS

PURGE LISTS
    use VOTER ADDRESS LIST MAINTENANCE RECORDS
QUALIFYING RECORDS: CANDIDATE
    use CAMPAIGN AND REGISTRATION RECORDS:  CANDIDATES/COMMITTEES/PARTIES

QUALIFYING RECORDS: POLITICAL COMMITTEE
    use CAMPAIGN AND REGISTRATION RECORDS: CANDIDATES/ COMMITTEES/PARTIES

REGISTRATION ID CARD REPLACEMENT APPLICATIONS
    use APPLICATIONS: REPLACEMENT OF VOTER INFORMATION CARD

REGISTRATION RECORDS: POLITICAL COMMITTEE
    use CAMPAIGN AND REGISTRATION RECORDS:  CANDIDATES/COMMITTEES/PARTIES

REQUEST FOR REIMBURSEMENT FOR PETITION SIGNATURE VERIFICATION
    use *General Records Schedule GS1-SL for State and Local Government Agencies*, Item #365,
        RECEIPT/REVENUE RECORDS: DETAIL

THIRD PARTY VOTER REGISTRATION ORGANIZATION REPORT
    use *General Records Schedule GS1-SL for State and Local Government Agencies*, Item #124, OPERATIONAL
        AND STATISTICAL REPORT RECORDS
    or *General Records Schedule GS1-SL for State and Local Government Agencies*, Item #2, ADMINISTRATIVE
        CONVENIENCE RECORDS

TREASURERS' RECORDS: CANDIDATES/COMMITTEES/PARTIES
    use CAMPAIGN AND REGISTRATION RECORDS: CANDIDATES/ COMMITTEES/PARTIES

VOTER LIST MAINTENANCE RECORDS
    use VOTER ADDRESS LIST MAINTENANCE RECORDS

VOTER REGISTRATION APPLICATIONS: DUPLICATES AND INCOMPLETES
    use VOTER REGISTRATION: INCOMPLETE AND DENIED APPLICATIONS

VOTER REGISTRATION CANCELLATION RECORDS
    use VOTER REGISTRATION: VOTER POTENTIAL INELIGIBILITY SOURCE RECORDS

VOTER REGISTRATION RENEWAL CARDS
    use VOTER REGISTRATION: VOTER INFORMATION CARDS

VOTING EQUIPMENT RECORDS
    use VOTING EQUIPMENT AND SYSTEM: MAINTENANCE AND TESTING RECORDS

VOTING EQUIPMENT RECORDS AND SYSTEM: MAINTENANCE AND TESTING
    use VOTING EQUIPMENT AND SYSTEM: MAINTENANCE AND TESTING RECORDS

VOTING MACHINE TESTING RECORDS
    use VOTING EQUIPMENT AND SYSTEM: MAINTENANCE AND TESTING RECORDS

Plaintiffs' Exhibit #2, page 30

## ALPHABETICAL LISTING

ABSENTEE BALLOT ENVELOPES AND CERTIFICATES: FEDERAL ELECTIONS    Item #135
ABSENTEE BALLOT ENVELOPES AND CERTIFICATES: STATE AND LOCAL ELECTIONS    Item #136
ABSENTEE BALLOT REQUEST FILE REPORTS    Item #137
ABSENTEE BALLOT REQUESTS: FEDERAL ELECTIONS    Item #111
ABSENTEE BALLOT REQUESTS: STATE AND LOCAL ELECTIONS    Item #112
AFFIDAVITS/AFFIRMATIONS: EXECUTED AT EARLY VOTING SITES OR
 AT THE POLLS: FEDERAL ELECTIONS    Item #1
AFFIDAVITS/AFFIRMATIONS: EXECUTED AT EARLY VOTING SITES OR
 AT THE POLLS: STATE AND LOCAL ELECTIONS    Item #2
APPLICATIONS: ABSENTEE BALLOT/REGISTRATION (FEDERAL POSTCARD APPLICATIONS)    Item #5
APPLICATIONS: REPLACEMENT OF VOTER INFORMATION CARD    Item #8

BALLOT DESIGN: REQUESTS TO DEVIATE FROM UNIFORM DESIGN: FEDERAL ELECTION    Item #165
BALLOT DESIGN: REQUESTS TO DEVIATE FROM UNIFORM DESIGN: STATE AND LOCAL ELECTIONS    Item #166
BALLOT IMAGE FILES    Item #113
BALLOT INSPECTION CERTIFICATION: FEDERAL ELECTIONS    Item #138
BALLOT INSPECTION CERTIFICATION: STATE AND LOCAL ELECTIONS    Item #139
BALLOT-ON-DEMAND REQUEST RECORDS    Item #140
BALLOT STUBS: FEDERAL ELECTIONS    Item #114
BALLOT STUBS: STATE AND LOCAL ELECTIONS    Item #115
BALLOTS, OFFICIAL: FEDERAL ELECTIONS    Item #11
BALLOTS, OFFICIAL: STATE AND LOCAL ELECTIONS    Item #10
BOOK CLOSING STATISTICS: FEDERAL ELECTIONS    Item #141
BOOK CLOSING STATISTICS: STATE AND LOCAL ELECTIONS    Item #142

CAMPAIGN AND REGISTRATION RECORDS:  CANDIDATES/COMMITTEES/PARTIES    Item #143
CONDUCT OF ELECTION REPORTING RECORDS    Item #144
COUNTY CANVASSING BOARD CERTIFICATES: FEDERAL, STATE AND LOCAL ELECTIONS    Item #19

DAILY VOTER LOGS    Item #118

EARLY VOTING REPORTS    Item #145
EARLY VOTING VOTER CERTIFICATES: FEDERAL ELECTIONS    Item #119
EARLY VOTING VOTER CERTIFICATES: STATE AND LOCAL ELECTIONS    Item #120
ELECTION PARAMETER RECORDS: FEDERAL ELECTIONS    Item #146
ELECTION PARAMETER RECORDS: STATE AND LOCAL ELECTIONS    Item #147
ELECTION RETURNS: COUNTY TABULATION    Item #35
ELECTION RETURNS: PRECINCT (FEDERAL ELECTIONS)    Item #100
ELECTION RETURNS: PRECINCT (STATE AND LOCAL ELECTIONS)    Item #34
ELECTION SECURITY DEVICE RECORDS: FEDERAL ELECTIONS    Item #148
ELECTION SECURITY DEVICE RECORDS: STATE AND LOCAL ELECTIONS    Item #149

JOURNALS: ELECTIONS FINANCIAL TRANSACTIONS    Item #42

LIST OF CANDIDATES NOMINATED OR ELECTED    Item #21

MAIL BALLOT ELECTION PLAN RECORDS    Item #167
MAIL BALLOT ENVELOPES    Item #104
MAIL, UNDELIVERABLE FIRST CLASS: ELECTION MATERIALS    Item #43
MENTAL COMPETENCY VOTING RIGHTS RESTORED RECORDS    Item #49

PETITION RECORDS: BALLOTED ISSUES (CONSTITUTIONAL AMENDMENTS)    Item #121
PETITION RECORDS: BALLOTED ISSUES (OTHER THAN CONSTITUTIONAL AMENDMENTS)    Item #57
PETITION RECORDS: MUNICIPAL RECALL    Item #150
PETITION RECORDS: UNBALLOTED ISSUES (CONSTITUTIONAL AMENDMENTS)    Item #122
PETITION RECORDS: UNBALLOTED ISSUES (OTHER THAN CONSTITUTIONAL AMENDMENTS)    Item #101
PETITION SIGNATURE RECORDS FOR CANDIDATES FOR FEDERAL OFFICE    Item #60
PETITION SIGNATURE RECORDS FOR CANDIDATES FOR STATE AND LOCAL OFFICE    Item #59
POLL WATCHERS RECORDS: FEDERAL ELECTIONS    Item #68
POLL WATCHERS RECORDS: STATE AND LOCAL ELECTIONS    Item #67
POLL WORKER RECORDS: FEDERAL ELECTIONS    Item #123

Plaintiffs' Exhibit #2, page 31

POLL WORKER RECORDS: STATE AND LOCAL ELECTIONS — Item #124
PRECINCT AND POLLING PLACE LOCATION RECORDS: FEDERAL ELECTIONS — Item #151
PRECINCT AND POLLING PLACE LOCATION RECORDS: STATE AND LOCAL ELECTIONS — Item #152
PRECINCT BOUNDARY RECORDS AND MAPS — Item #69
PRECINCT MAP REFERENCE MATERIALS — Item #125
PRECINCT REGISTERS: FEDERAL ELECTIONS — Item #72
PRECINCT REGISTERS: STATE AND LOCAL ELECTIONS — Item #71
"PROTEST OF ELECTION" RETURNS: FEDERAL ELECTIONS — Item #75
"PROTEST OF ELECTION" RETURNS: STATE AND LOCAL ELECTIONS — Item #74
PROVISIONAL BALLOT VOTERS' CERTIFICATES: FEDERAL OFFICE — Item #126
PROVISIONAL BALLOT VOTERS' CERTIFICATES: STATE AND LOCAL OFFICE — Item #127

REGISTERED ELECTORS STATISTICAL REPORTS — Item #80
RESIDENTIAL STREET ADDRESS LIST — Item #153

SUPERVISORS' REPORTS OF QUALIFIED CANDIDATES — Item #15

*UNUSED BALLOTS, FORMS, AND OTHER ELECTION MATERIALS*

VOTER ADDRESS LIST MAINTENANCE RECORDS — Item #106
VOTER AUTHORIZATION SLIPS/STUBS: FEDERAL ELECTIONS — Item #133
VOTER AUTHORIZATION SLIPS/STUBS: STATE AND LOCAL ELECTIONS — Item #134
VOTER CHALLENGE RECORDS: FEDERAL ELECTIONS — Item #154
VOTER CHALLENGE RECORDS: STATE AND LOCAL ELECTIONS — Item #155
VOTER LIST ACQUISITION OATHS: FEDERAL OFFICE — Item #55
VOTER LIST ACQUISITION OATHS: STATE AND LOCAL OFFICE — Item #54
VOTER REGISTRATION: BOOKS AND OFFICIAL RECORDS — Item #94
VOTER REGISTRATION: CERTIFICATION OF RECORDS MAINTENANCE ACTIVITIES REPORT — Item #156
VOTER REGISTRATION: CHANGE OF NAME, PARTY, SIGNATURE, OR RESIDENCE RECORDS — Item #22
VOTER REGISTRATION: IDENTIFICATION EXEMPTION RECORDS — Item #130
VOTER REGISTRATION: INCOMPLETE AND DENIED APPLICATIONS — Item #129
VOTER REGISTRATION: PREFERENCE/DECLINATION RECORDS — Item #132
VOTER REGISTRATION: VOTER ELIGIBILITY CASE FILES (ELIGIBLE) — Item #157
VOTER REGISTRATION: VOTER ELIGIBILITY CASE FILES (INELIGIBLE) — Item #158
VOTER REGISTRATION: VOTER INFORMATION CARDS — Item #93
VOTER REGISTRATION: VOTER POTENTIAL INELIGIBILITY SOURCE RECORDS — Item #87

VOTING EQUIPMENT AND SYSTEM: ACQUISITION RECORDS — Item #159
VOTING EQUIPMENT AND SYSTEM: AUDIT RECORDS — Item #160
VOTING EQUIPMENT AND SYSTEM: MAINTENANCE AND TESTING RECORDS — Item #95
VOTING HISTORY: FEDERAL ELECTIONS — Item #161
VOTING HISTORY: STATE AND LOCAL ELECTIONS — Item #162
VOTING MACHINE VOTES CAST SUMMARY LISTING: FEDERAL OFFICE — Item #96
VOTING MACHINE VOTES CAST SUMMARY LISTING: STATE AND LOCAL OFFICE — Item #98
VOTING SYSTEM OVERVOTES/UNDERVOTES REPORTS — Item #163
VOTING SYSTEM SECURITY PROCEDURES — Item #164
VOTING SYSTEM TRANSACTION LOGS — Item #131

Plaintiffs' Exhibit #2, page 32

## NUMERICAL LISTING

AFFIDAVITS/AFFIRMATIONS: EXECUTED AT EARLY VOTING SITES OR
   AT THE POLLS: FEDERAL ELECTIONS            Item #1
AFFIDAVITS/AFFIRMATIONS: EXECUTED AT EARLY VOTING SITES OR
   AT THE POLLS: STATE AND LOCAL ELECTIONS            Item #2

APPLICATIONS: ABSENTEE BALLOT/REGISTRATION (FEDERAL POSTCARD APPLICATIONS)    Item #5

APPLICATIONS: REPLACEMENT OF VOTER INFORMATION CARD    Item #8

BALLOTS, OFFICIAL: STATE AND LOCAL ELECTIONS    Item #10

BALLOTS, OFFICIAL: FEDERAL ELECTIONS    Item #11

SUPERVISORS' REPORTS OF QUALIFIED CANDIDATES    Item #15

COUNTY CANVASSING BOARD CERTIFICATES: FEDERAL, STATE AND LOCAL ELECTIONS    Item #19

LIST OF CANDIDATES NOMINATED OR ELECTED    Item #21
VOTER REGISTRATION: CHANGE OF NAME, PARTY, SIGNATURE, OR RESIDENCE RECORDS    Item #22

ELECTION RETURNS: PRECINCT (STATE AND LOCAL ELECTIONS)    Item #34
ELECTION RETURNS: COUNTY TABULATION    Item #35

JOURNALS: ELECTIONS FINANCIAL TRANSACTIONS    Item #42
MAIL, UNDELIVERABLE FIRST CLASS: ELECTION MATERIALS    Item #43
MENTAL COMPETENCY VOTING RIGHTS RESTORED RECORDS    Item #49

VOTER LIST ACQUISITION OATHS: STATE AND LOCAL OFFICE    Item #54
VOTER LIST ACQUISITION OATHS: FEDERAL OFFICE    Item #55

PETITION RECORDS: BALLOTED ISSUES (OTHER THAN CONSTITUTIONAL AMENDMENTS)    Item #57

PETITION SIGNATURE RECORDS FOR CANDIDATES FOR STATE AND LOCAL OFFICE    Item #59
PETITION SIGNATURE RECORDS FOR CANDIDATES FOR FEDERAL OFFICE    Item #60

POLL WATCHERS RECORDS: STATE AND LOCAL ELECTIONS    Item #67
POLL WATCHERS RECORDS: FEDERAL ELECTIONS    Item #68
PRECINCT BOUNDARY RECORDS AND MAPS    Item #69

PRECINCT REGISTERS: STATE AND LOCAL ELECTIONS    Item #71
PRECINCT REGISTERS: FEDERAL ELECTIONS    Item #72

"PROTEST OF ELECTION" RETURNS: STATE AND LOCAL ELECTIONS    Item #74
"PROTEST OF ELECTION" RETURNS: FEDERAL ELECTIONS    Item #75

REGISTERED ELECTORS STATISTICAL REPORTS    Item #80
VOTER REGISTRATION: VOTER POTENTIAL INELIGIBILITY SOURCE RECORDS    Item #87

VOTER REGISTRATION: VOTER INFORMATION CARDS    Item #93
VOTER REGISTRATION: BOOKS AND OFFICIAL RECORDS    Item #94
VOTING EQUIPMENT AND SYSTEM: MAINTENANCE AND TESTING RECORDS    Item #95
VOTING MACHINE VOTES CAST SUMMARY LISTING: FEDERAL OFFICE    Item #96

VOTING MACHINE VOTES CAST SUMMARY LISTING: STATE AND LOCAL OFFICE    Item #98

ELECTION RETURNS: PRECINCT (FEDERAL ELECTIONS)    Item #100

Plaintiffs' Exhibit #2, page 33

PETITION RECORDS: UNBALLOTED ISSUES (OTHER THAN CONSTITUTIONAL AMENDMENTS)    Item #101

MAIL BALLOT ENVELOPES    Item #104

VOTER ADDRESS LIST MAINTENANCE RECORDS    Item #106

ABSENTEE BALLOT REQUESTS: FEDERAL ELECTIONS    Item #111
ABSENTEE BALLOT REQUESTS: STATE AND LOCAL ELECTIONS    Item #112
BALLOT IMAGE FILES    Item #113
BALLOT STUBS: FEDERAL ELECTIONS    Item #114
BALLOT STUBS: STATE AND LOCAL ELECTIONS    Item #115

DAILY VOTER LOGS    Item #118
EARLY VOTING VOTER CERTIFICATES: FEDERAL ELECTIONS    Item #119
EARLY VOTING VOTER CERTIFICATES: STATE AND LOCAL ELECTIONS    Item #120

PETITION RECORDS: BALLOTED ISSUES (CONSTITUTIONAL AMENDMENTS)    Item #121
PETITION RECORDS: UNBALLOTED ISSUES (CONSTITUTIONAL AMENDMENTS)    Item #122
POLL WORKER RECORDS: FEDERAL ELECTIONS    Item #123
POLL WORKER RECORDS: STATE AND LOCAL ELECTIONS    Item #124
PRECINCT MAP REFERENCE MATERIALS    Item #125
PROVISIONAL BALLOT VOTERS' CERTIFICATES: FEDERAL OFFICE    Item #126
PROVISIONAL BALLOT VOTERS' CERTIFICATES: STATE AND LOCAL OFFICE    Item #127

VOTER REGISTRATION: INCOMPLETE AND DENIED APPLICATIONS    Item #129
VOTER REGISTRATION: IDENTIFICATION EXEMPTION RECORDS    Item #130

VOTING SYSTEM TRANSACTION LOGS    Item #131
VOTER REGISTRATION: PREFERENCE/DECLINATION RECORDS    Item #132
VOTER AUTHORIZATION SLIPS/STUBS: FEDERAL ELECTIONS    Item #133
VOTER AUTHORIZATION SLIPS/STUBS: STATE AND LOCAL ELECTIONS    Item #134
ABSENTEE BALLOT ENVELOPES AND CERTIFICATES: FEDERAL ELECTIONS    Item #135
ABSENTEE BALLOT ENVELOPES AND CERTIFICATES: STATE AND LOCAL ELECTIONS    Item #136
ABSENTEE BALLOT REQUEST FILE REPORTS    Item #137
BALLOT INSPECTION CERTIFICATION: FEDERAL ELECTIONS    Item #138
BALLOT INSPECTION CERTIFICATION: STATE AND LOCAL ELECTIONS    Item #139
BALLOT-ON-DEMAND REQUEST RECORDS    Item #140

BOOK CLOSING STATISTICS: FEDERAL ELECTIONS    Item #141
BOOK CLOSING STATISTICS: STATE AND LOCAL ELECTIONS    Item #142
CAMPAIGN AND REGISTRATION RECORDS:  CANDIDATES/COMMITTEES/PARTIES    Item #143
CONDUCT OF ELECTION REPORTING RECORDS    Item #144
EARLY VOTING REPORTS    Item #145
ELECTION PARAMETER RECORDS: FEDERAL ELECTIONS    Item #146
ELECTION PARAMETER RECORDS: STATE AND LOCAL ELECTIONS    Item #147
ELECTION SECURITY DEVICE RECORDS: FEDERAL ELECTIONS    Item #148
ELECTION SECURITY DEVICE RECORDS: STATE AND LOCAL ELECTIONS    Item #149
PETITION RECORDS: MUNICIPAL RECALL    Item #150

PRECINCT AND POLLING PLACE LOCATION RECORDS: FEDERAL ELECTIONS    Item #151
PRECINCT AND POLLING PLACE LOCATION RECORDS: STATE AND LOCAL ELECTIONS    Item #152
RESIDENTIAL STREET ADDRESS LIST    Item #153
VOTER CHALLENGE RECORDS: FEDERAL ELECTIONS    Item #154
VOTER CHALLENGE RECORDS: STATE AND LOCAL ELECTIONS    Item #155
VOTER REGISTRATION: CERTIFICATION OF RECORDS MAINTENANCE ACTIVITIES REPORT    Item #156
VOTER REGISTRATION: VOTER ELIGIBILITY CASE FILES (ELIGIBLE)    Item #157
VOTER REGISTRATION: VOTER ELIGIBILITY CASE FILES (INELIGIBLE)    Item #158
VOTING EQUIPMENT AND SYSTEM: ACQUISITION RECORDS    Item #159
VOTING EQUIPMENT AND SYSTEM: AUDIT RECORDS    Item #160

VOTING HISTORY: FEDERAL ELECTIONS    Item #161

Plaintiffs' Exhibit #2, page 34

VOTING HISTORY: STATE AND LOCAL ELECTIONS                                       Item #162
VOTING SYSTEM OVERVOTES/UNDERVOTES REPORTS                                      Item #163
VOTING SYSTEM SECURITY PROCEDURES                                              Item #164
BALLOT DESIGN: REQUESTS TO DEVIATE FROM UNIFORM DESIGN: FEDERAL ELECTION        Item #165
BALLOT DESIGN: REQUESTS TO DEVIATE FROM UNIFORM DESIGN: STATE AND LOCAL ELECTIONS   Item #166
MAIL BALLOT ELECTION PLAN RECORDS                                              Item #167

*UNUSED BALLOTS, FORMS, AND OTHER ELECTION MATERIALS*

Plaintiffs' Exhibit #2, page 35