# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION
# CASE NO. 4:18cv529-MW/CAS

**MIKE FOX, et al.,**
        *Plaintiffs*,

**versus**

**KEN DETZNER, in his official capacity as**
**Florida Secretary of State, et al.,**
        *Defendants*.
_____/

# NOTICE OF FILING EXHIBITS FOR MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (PLAINTIFFS' EXHIBITS 11-20)

Plaintiffs submit Exhibits 11-20 to the Memorandum of Law Supporting the Motion for Preliminary Injunction (DE32).

Respectfully submitted on December 26, 2018.

<table>
<tr><td><em>S/ Benedict P. Kuehne</em></td><td><em>S/ Carl Christian Sautter</em></td></tr>
<tr><td><strong>BENEDICT P. KUEHNE</strong></td><td><strong>CARL CHRISTIAN SAUTTER</strong></td></tr>
<tr><td><strong>KUEHNE DAVIS LAW, P.A.</strong></td><td>3623 Everett Street NW</td></tr>
<tr><td>Miami Tower, Suite 3550</td><td>Washington, DC 20008</td></tr>
<tr><td>100 S.E. 2nd Street</td><td>Indiana Bar No. 45-53</td></tr>
<tr><td>Miami, FL 33131-2154</td><td><em>Pro Hac Vice</em> to be Sought</td></tr>
<tr><td>Florida Bar No. 233293</td><td>Tel: 202-285-7560</td></tr>
<tr><td>Tel: (305) 789-5989</td><td>sauttercom@aol.com</td></tr>
<tr><td>Fax: (305) 789-5987</td><td>Attorneys for Plaintiffs</td></tr>
<tr><td>ben.kuehne@kuehnelaw.com</td><td></td></tr>
<tr><td>efiling@kuehnelaw.com</td><td></td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I certify that on December 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the CM/ECF and transmitted in accordance with CM/ECF requirements.

_S/ Benedict P. Kuehne_
**BENEDICT P. KUEHNE**