

# ENHANCING THE ELECTION PROCESS FOR THE COMMONWEALTH OF VIRGINIA

## CAPACITY TO PROVIDE VOTING SYSTEMS TO THE COMMONWEALTH OF VIRGINIA

April 7, 2015

Election Systems & Software, LLC   |   11208 John Galt Boulevard   |   Omaha, NE  68137

Plaintiffs' Exhibit #18, page 1

# EXECUTIVE SUMMARY

**Election Systems & Software, LLC ("ES&S")** and our long-standing partner, **Printelect**, are pleased to respond to the Commonwealth of Virginia's request for information. Our proposal will provide the Commonwealth with an election-tested and certified voting equipment and software solution for the immediate need to replace up to 30 Localities who currently use the WinVote system manufactured by the now defunct Advanced Vote Company.

ES&S / Printelect is in the unique position to support your needs. We have Virginia-certified voting hardware in the quantities needed to successfully support the 30 Localities in question. In addition to having the physical hardware on hand, ES&S / Printelect have the bandwidth of election knowledgeable staff to implement, train and install a new voting system within the required timelines for a June, 2015 and/or November, 2015 first election use. We also have the financial strength to provide the localities with financing options to meet their local needs. Whether that is renting the system for a single election or leasing to own the system over a multi-year period. ES&S offer's customizable financial packages to meet the needs of the local jurisdiction.

No other company has the experience of ES&S / Printelect. For more than 40 years, ES&S has been the election industry leader. Our combined 500+ dedicated election professionals currently support more than 2,400 of the 3,140 county-level customers across the U.S.

In 2003 ES&S partnered with Printelect, to provide 54 Virginia localities with products and services. We currently serve over 3.0 million Virginia registered voters in 1,230 precincts. Our Virginia customer's run the gamut from the largest (Fairfax County, 663,000 registered voters) to the smallest (Highland County, 1,700 registered voters). Each one gets nimble, responsive, knowledgeable local service.

We look forward to the opportunity to continue to work with you in implementing the most technically advanced election solution in the Commonwealth of Virginia.

Sincerely,

**Thomas E. Burt**
President and CEO
Election Systems & Software


Plaintiffs' Exhibit #18, page 2

## THE ES&S AND PRINTELECT TEAM

The ES&S and Printelect team offers the Commonwealth of Virginia the most election experience of any comparable vendor.  The table below illustrates the benefits of partnering with ES&S and Printelect for election systems and support services.

| STRENGTHS | BENEFITS |
| --- | --- |
| **Current relationship with Virginia Localities** | ES&S and Printelect provide 54 Virginia localities with products and services. |
| **ES&S' financial strength is unmatched by any vendor in the industry** | Capacity to scale our solution to Commonwealth of Virginia needs, providing a technically robust and financially responsible solution. |
| **Experience with the Commonwealth's  election rules and regulations** | Familiarity with the Commonwealth's election processes and procedures was gained from our long-standing presence in the State. |
| **Vote tabulation experience** | 40+ years of ballot tabulation experience at your service.  Our team has unmatchable knowledge and experience preparing, maintaining and conducting elections in Virginia. |
| **ES&S is the elections industry leader** | Being the best demands accountability. Our commitment, dedication and credibility in the industry will give you the assurance that your elections will be accurate, safe, and secure. |
| **Ballot Printing experience** | Printelect has over 111 years of elections industry experience, and is a leader in ballot printing services, including 20 years of experience printing optical scan ballots.  Printelect is the largest-volume ballot printer in the Virginia, North Carolina, and South Carolina regions. |
| **Options to purchase or lease** | ES&S offers long-term leasing options that could make it easier for counties to acquire new equipment, as well as the services and maintenance needed for a complete voting system. |

Plaintiffs' Exhibit #18, page 3

## OFFICE LOCATIONS



| | | | |
|---|---|---|---|
| **Omaha, NE** | Corporate Office | **Clearwater, FL** | Vote by Mail Production |
| **New Bern, NC** | Printelect Corporate Office | **Rockford, IL** | Software Development |
| **Richmond, VA** | Project Management Office | **Cary, NC** | Software Development |
| **Raleigh, NC** | Ballot Printing Facility | **Roseville, CA** | Voter Registration |
| **Birmingham, AL** | Ballot Printing Facility | **Lombard, IL** | Project Management Office |
| **Spencer, WV** | Ballot Printing Facility | **Annapolis, MD** | Project Management Office |
| **Allen, TX** | Production Office | **Jackson, MS** | Project Management Office |

## ES&S MARKET SHARE



ES&S has completed successful installations of statewide voting systems in Alabama, Arkansas, Georgia, Idaho, Iowa, Maine, Maryland, Minnesota, Mississippi, Montana, Nebraska, New Mexico, North Carolina, North Dakota, Rhode Island, South Carolina, South Dakota, and West Virginia. From our humble beginnings supporting a handful of election administrators and voters in 1979, we have grown to capture more than 62 percent of the market share of customers voting on ES&S equipment *(ES&S customers shown in dark blue).*

Plaintiffs' Exhibit #18, page 4

# PRODUCTS



## DS200 PRECINCT SCANNER AND TABULATOR

ES&S' third-generation, leading-edge paper-based digital scanner combines the security, auditability, and voter confidence of paper ballot voting with the increased accuracy and flexibility of a digital image scanner.

The result of more than 35 years of experience designing poll-based scanning technology, the DS200 features a voter-friendly interface supported by our powerful digital image scan technology.  More DS200 devices have been purchased in North America than all of our competitors' digital scanners combined.

With the most accurate and reliable digital scan technology available, the DS200:



*DS200 devices sold and installed in North America*

- **SAFEGUARDS VOTER INTENT.** The system captures and retains digital images and cast vote records of every scanned ballot for auditing and adjudication. ES&S does not alter a single retained and captured digital image.

- **EXCEEDS ACCURACY STANDARDS.** Digital scanning technology that provides exceptional mark recognition capabilities. Our Intelligent Mark Recognition® (IMR) and Positive Target Recognition & Alignment Compensation® (PTRAC) routines are **patented** and powerful and the basis for our certified products.

- **IDENTIFIES OVERVOTED, UNDERVOTED, AND MISMARKED BALLOTS.** Displays a warning message on the terminal's large text 12-inch LCD display and plays an audible alert. The DS200 accurately determines voter intent and significantly reduces the need for ballot adjudication.

- **OFFERS GREATEST EASE OF USE.** The DS200's unique lid-up, power-on approach allows the Officers of Election to easily open polls in one simple step.

Plaintiffs' Exhibit #18, page 5

## EXPRESSVOTE FOR ADA-COMPLIANCE



The ExpressVote Universal Voting System combines paper-based voting with touch screen technology to create an innovative breakthrough in voting solutions. **Used for In-Person Absentee Voting** and on Election Day in precincts, the ExpressVote handles it all. Election officials no longer must guess the number of ballots to print. Instead, an inexpensive Vote Session Activator™ card determines the ballot style presented on the touch screen.

## EXPRESSVOTE BENEFITS

*Vote session activator.* The voter receives a voting session activator card to begin the process.

*Verifiable paper record.* After all selections are made, a paper record is produced, including text and an optical scan barcode. All votes are digitally scanned for tabulation on ES&S' precinct tabulation devices.



*Easy to set up and use.* The one-step startup and poll-closing procedure makes the ExpressVote an ideal device for Officers of Election. The paper card is the vote session activator – there is no expensive technology to manage or program. The ExpressVote is small, lightweight and easy to carry.

*Controlled and reduced costs.* Traditional ballot printing costs can be reduced significantly by eliminating the need and expense for pre-printed paper ballots. With low operation and maintenance fees, budgeting for recurring expenses becomes easy with the ExpressVote. The system does not use ink, toner, or paper rolls and consumes 70 percent less paper than traditional ballots.

*The **ExpressVote Universal Voting System** combines paper-based voting with touch screen technology to create an innovative breakthrough in voting solutions.*

Plaintiffs' Exhibit #18, page 6

# HARDWARE CAPACITY

*Must have physical hardware capacity to provide one (1) ADA device and one (1) scanner for each In-Person Absentee Voting location for first use on April 24, 2015*

## ES&S RESPONSE

We guarantee our ability to provide one (1) ADA device and one (1) scanner for each In-Person Absentee Voting location for first use on April 24, 2015.

- ✔ The ADA device will be the ExpressVote
- ✔ The precinct scanner will be the DS200

*Must have physical hardware capacity to provide 270 scanners and ADA devices for a first use in June, 2015 (including spare units)*

## ES&S RESPONSE

Election Systems & Software has the capacity and will provide 270 DS200 scanners and 270 ExpressVote ADA devices for a first use in June, 2015. ES&S currently has over 1,300 DS200 scanners and 700 ExpressVote ADA devices in stock.

*Must have physical hardware capacity to provide 563 scanners and 563 ADA devices for a first use in November, 2015 (including spare units)*

## ES&S RESPONSE

Election Systems & Software has the capacity and will provide 563 DS200 scanners and 563 ExpressVote ADA devices for a first use in November, 2015.


Plaintiffs' Exhibit #18, page 7

# SERVICES

## TRAINING

*What is your training plan to get the staff and poll workers trained for a successful election in up to 30 Localities?*

### ES&S RESPONSE

ES&S' efficient and effective core training curriculum has been developed through more than 35 years of implementing new voting systems. We have customized our training approach and schedule to meet the unique needs of the Localities in Virginia. Our comprehensive and hands-on training approach will ensure the Officers of Election and trainers obtain the knowledge, skills, and abilities to operate our DS200 and ExpressVote.

We have developed a proposed training schedule for these systems that can be implemented at the 30 locations approved by the State Board of Elections.

The training schedule is comprised of the following:

- DS200 Operations Course, including ballot box training (half day)
- ExpressVote Operations Course (half day)
- DS200 and ExpressVote Train-the-Trainer Course (two days)

These courses can be scheduled over five days at each of the 30 locations designated by the state.



## IMPLEMENTATION AND INSTALLATION

*What is your implementation/installation capacity?*

### ES&S RESPONSE

ES&S has the capacity to support all 30 Localities with implementation and installation support, both in June (for the 10 jurisdictions) and November for all jurisdictions. The ES&S Project Management Office (PMO) will have overall responsibility for the implementation in all 30 Localities.  A specific project manager will be assigned to each Locality, performing the necessary tasks of:

- Manage communication strategy with the Locality during implementation and through the first election cycle, including scope changes.

- Provide reporting to the Locality daily or weekly, depending on the task at hand.

- Confirm receipt of all goods and services agreed to in the contract

The basis for the project scope is the contract between the Locality and ES&S. The contract defines specific hardware, software, and service deliverables, requirements, and milestones that will be further detailed within a Scope Management Plan documented by the ES&S project team under direction of the election staff.

The Scope Management Plan will also define the tracking and communication methods used to monitor the status of the project deliverables and milestones. The project team will utilize reporting to update and track actual project activity for the duration of the project.  Following is a sample high-level initial project schedule with typical duration/frequency levels. The specific Locality's plan will be built based on their input and needs.

**Initial High-Level Project Schedule**

| Project Management | Duration | Description | Owner(s) |
|---|---|---|---|
| Kick-off meeting(s) | 1-5 days | Following contract execution, the ES&S team will meet with key personnel and stakeholders to solidify project plan details. | ES&S Project Team |
| Deliver project and system documentation | 1 day | Initial project plans and documentation will be provided early in the project. | ES&S Project Team |
| Finalize training plan | 1 day | ES&S will work with each Locality to develop a comprehensive training and knowledge transfer plan. | ES&S |
| Project Management | Ongoing | On a frequency determined by the Locality's office, the ES&S Project Team will provide detailed status updates and reporting. | ES&S |

Plaintiffs' Exhibit #18, page 9

| System Installation | Duration / Frequency | Description | Owner(s) |
|---|---|---|---|
| Deliver and Install Software | 1-5 days | ES&S will deliver and install the reporting software and system components. | ES&S |
| Equipment Delivery | 1-5 days | ES&S will deliver the DS200 and ExpressVote hardware to all specified location(s), including supplies | ES&S |
| Complete System and Acceptance Testing | ~3-5 days | Component and unit level testing, followed by an end-to-end system integration test. | ES&S, Locality |

| Training | Duration / Frequency | Description | Owner(s) |
|---|---|---|---|
| Complete on-site hardware training | 1 day | ES&S will provide on-site training for users to provide a hands-on training delivery experience. | ES&S, Locality |
| Complete on-site software training | 1/2 days | ES&S will provide on-site training for users that will be running the reporting software. | ES&S, Locality |
| Complete Officer of Election training | Each session 2 hours | Prior to the election, Officers of Election will be trained and allowed to practice using the system. | ES&S, Locality |

| Election Setup and Deployment | Duration / Frequency | Description | Owner(s) |
|---|---|---|---|
| Ballot Setup and Design | 2 days | ES&S will assist with data entry and ballot design, along with setting up the tabulators and ADA devices to interpret the ballot | ES&S, Locality |
| Ballot Printing | 4 days | Once ballot design is approved by the Locality, ballot production begins for In-Person Absentee and Election Day | ES&S, Locality |
| Setup and L&A testing | ~10 days | Pre-election setup will be completed and verification and L&A will be conducted on each unit. | ES&S, Locality |
| System Deployment | 20 days | Beginning with In-Person Absentee Voting, units will begin delivery to polling places. | ES&S, Locality |
| Provide Election Support | 3 days | During the critical period prior to, during, and after Election Day, ES&S will assure that essential support resources are available and committed to project success. | ES&S, Locality |

Plaintiffs' Exhibit #18, page 10

## BALLOT PRINTING

*What is your ballot printing capacity for the June and November elections?*

**ES&S RESPONSE**

As the nation's largest ballot provider, ES&S and Printelect are uniquely qualified and positioned to provide best-in-class service and the latest technology for the June and November elections in the Commonwealth.

Our experienced elections staff possesses an in-depth working knowledge of Virginia Election Laws. Furthermore, we are able to draw on the resources of our local support staff to bring production redundancy and deep election knowledge to enhance our service to the 30 Virginia Localities.



**We have the capacity to print one million ballots per week during any election cycle while maintaining the integrity of each ballot**.  With our extensive equipment knowledge, we are able to test everything from the precision of the format, information, color, image position, to the trim of the ballot.

## FINANCING OPTIONS

*Would you rent units for the June Primary election?*

**ES&S RESPONSE**

Election Systems & Software is willing to provide a rental option for the Localities.

*What type(s) of funding options do you have for the 30 jurisdictions?*

**ES&S RESPONSE**

With ES&S strong financial stability, we are in the unique position to provide individual financing options to each Virginia locality to meet their own budgetary needs.  We can provide outright purchase, rental, lease to own and/or multi-year financing packages.  This financing ability will help these localities through this unexpected and unbudgeted crisis.