STATE OF FLORIDA

Affidavit of James Shawn Hunter, Plaintiff in mandamus action.

I, James Shawn Hunter, swear and affirm as follows:

1. I reside at 938 Jadestone Circle, Orlando, Florida 32828.

2. I am registered to vote in Orange County which is in the 7th Congressional District.

3. I am initiating this action in order to preserve all digital ballot images and to require that state and local election officials comply with federal law to preserve all election materials, including ballot images, related to the 2018 general election in Florida and for all Florida elections thereafter.

4. According to information and belief, it is the practice and intention of Florida state election officials to permit the deletion and destruction of digital ballot images, except in some cases "write-in" images, contrary to federal law.

5. On September 17, 2018, I had a telephone conversation with Debbie Dent, Chief Deputy, Martin County Supervisor of Elections. I asked her "How long are the scanned ballot images preserved after an election?" Ms. Dent replied, "The only images kept are of the write-in votes."

6. On September 19, 2018, I e-mailed the Lee County Supervisor of Elections and asked: "How long are the scanned ballot images preserved after an election?" Todd Putnam, Public Records Custodian/Systems Administrator, Lee County Supervisor of Elections responded to me by e-mail: "The physical ballots are preserved for 22 months."

6. On September 20, 2018, I e-mailed the Osceola County Supervisor of Elections, and asked: "How long are the scanned ballot images preserved after an election?" Kari Ewalt, Community Relations Coordinator, Osceola County Supervisor of Elections, responded, "We do not scan ballot images. Our machines read choices and store results. The only images that we take are those of write-in candidates."

7. On September 21, 2018, I received an e-mail response from my inquiry about preserving ballot images from Lana Self, Records Director, Duval County Supervisor of Elections, who wrote: "Only write-in images are captured. Files retained in accordance with general retention schedule of the State of Florida, 22 months for federal elections."

8. On September 20, 2018, I received an e-mail response from my inquiry about preserving ballots from Dustin Chase, Communications Director, Pinellas County Supervisor of Elections, who stated: "The DS200 and DS850 digitally imaged ballots containing write-in votes, so they can be manually tallied."

I declare under the penalty of perjury that the foregoing is true, accurate and correct.

_James S. Hunter_
James Shawn Hunter

State of Florida
County of Orange

I, _Nicholas Colon_, a Notary Public, hereby certify that James Shawn Hunter personally appeared before me on this _19th_ day of _October_, 2018, and having been duly sworn deposes and says that the facts set forth in the above affidavit are true and correct.

_____
Notary Public

Notary Public State of Florida
Nicholas Colon
My Commission GG 256785
Expires 09/10/2022

(___) Personally Known OR (X) Produced Identification
Type of Identification Produced: _FL Driver's License_