STATE OF FLORIDA

Affidavit of Nathan M. Gant, Plaintiff in mandamus action.

I, Nathan M. Gant, swear and affirm as followings:

- I reside at 321 E. 5th Street, Chuluota, Florida 32766.

- I am registered to vote in Seminole County which is in the 7th Congressional District.

- I am initiating this action in order to preserve all digital ballot images and to require that state and local election officials comply with federal law to preserve all election materials, including ballot images, related to the 2018 general election in Florida and for all Florida elections thereafter.

- According to information and belief, it is the practice and intention of Florida state election officials to permit the deletion and destruction of digital ballot images, except in some cases "write-in" images, contrary to federal law.

- On September 17, 2018, I spoke to Tim Bovanic, IT Elections Manager for Brevard County who informed me that ballot images are preserved for "write-ins" only.

6. On September 17, 2018, I spoke to Alan Hayes, Supervisor of Elections for Lake County who informed me he wasn't sure whether they preserved ballot images.

- On September 25, 2018, I e-mailed Lisa Hogan, Voter Services Manager for Clay County, and asked how long the scanned ballot images are preserved after an election. Ms. Hogan replied by e-mail that no digital records are saved.

- On September 20, 2018, I spoke to Vickey Oakes, Supervisor of Elections for St. Johns County who informed me they do not preserve ballot images.

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

19 Oct 2018
Date

Nathan M. Gant

1

State of Florida
County of Seminole

I, Oliver Manzano Perez, a Notary Public of the aforesaid county, hereby certify that Nathan M. Gant personally appeared before me this day and having been duly sworn deposes and says that the fact set forth in the above affidavit are true and correct.

_____
Notary Public

October 19, 2018

My commission expires:

3 / 15 / 2021

OLIVER MANZANO PEREZ
Notary Public – State of Florida
Commission # GG 083731
My Comm. Expires Mar 15, 2021