UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO. 4:18cv529-MW/CAS

**MIKE FOX, et al.,**
    *Plaintiffs*,

versus

**KEN DETZNER, in his official capacity as
Florida Secretary of State, et al.,**
    *Defendants*.
_____/

# NOTICE OF FILING EXHIBITS FOR MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (PLAINTIFFS' EXHIBITS 21-30)

Plaintiffs submit Exhibits 21-30 to the Memorandum of Law Supporting the Motion for Preliminary Injunction (DE32).

Respectfully submitted on December 26, 2018.

| | |
|---|---|
| *S/ Benedict P. Kuehne* | *S/ Carl Christian Sautter* |
| **BENEDICT P. KUEHNE** | **CARL CHRISTIAN SAUTTER** |
| **KUEHNE DAVIS LAW, P.A.** | 3623 Everett Street NW |
| Miami Tower, Suite 3550 | Washington, DC 20008 |
| 100 S.E. 2nd Street | Indiana Bar No. 45-53 |
| Miami, FL 33131-2154 | *Pro Hac Vice* to be Sought |
| Florida Bar No. 233293 | Tel: 202-285-7560 |
| Tel: (305) 789-5989 | sauttercom@aol.com |
| Fax: (305) 789-5987 | Attorneys for Plaintiffs |
| ben.kuehne@kuehnelaw.com | |
| efiling@kuehnelaw.com | |

## CERTIFICATE OF SERVICE

I certify that on December 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the CM/ECF and transmitted in accordance with CM/ECF requirements.

*S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**