STATE OF FLORIDA

Affidavit of Michael D. Fox, Plaintiff in mandamus case.

I, Michael D. Fox, swear and affirm as follows::

1. I reside at 719 52nd Street N, St. Petersburg, Florida 33710.

2. I am registered to vote in Pinellas County in the 13th Congressional District.

3. I am initiating this action in order to preserve all digital ballot images and to require that state and local election officials comply with federal and state law to preserve all election materials, including ballot images, related to the 2018 general election in Florida and for all Florida elections thereafter.

4. According to information and belief, it is the practice and intention of Florida State election officials to permit the deletion and destruction of digital ballot images, except in some cases "write-in" images, contrary to federal law.

5. On October 24, 2018, I spoke with Dustin Chase, Communications Director for Pinellas County Supervisor of Elections. Mr. Chase stated that the county does not preserve digital ballot images with the exception of "write-in" votes.

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

10/25/2018
Date

Michael Fox

State of Florida
County of Pinellas

I, P. LYNN KENT, a Notary Public of the aforesaid county, hereby certify that Michael D. Fox personally appeared before me this day and having been duly sworn deposes and says that the facts set forth in the above affidavit are true and correct.

P Lynn Kent
Notary Public

My commission expires:

02 / 25 / 2020

P. LYNN KENT
MY COMMISSION # FF 964972
EXPIRES: February 25, 2020
Bonded Thru Notary Public Underwriters