STATE OF FLORIDA

Affidavit of Gregory Nason, Plaintiff in mandamus action.

I, Gregory Nason, swear and affirm as follows:

1. I reside at 2036 S. Colonial Avenue, Homosassa, Florida 34448.

2. I am registered to vote in Citrus County which is in the 11th Congressional District.

3. I am initiating this action in order to preserve all digital ballot images and to require that state and local election officials comply with federal law to preserve all election materials, including ballot images, related to the 2018 general election in Florida and for all Florida elections thereafter.

4. According to information and belief, it is the practice and intention of Florida state election officials to permit the deletion and destruction of digital ballot images, except in some cases "write-in" images, contrary to federal law.

5. On October 19, 2018, I had a telephone conversation to Citrus County Supervisor of Elections, Susan Gill and inquired how long the scanned ballot images are preserved after an election. Susan Gill replied, "We just don't save them. Paper ballots are retained for 22 months, scanned images are not."

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

10-19-18
Date

Gregory Nason

State of Florida
County of Citrus

I, Crystal Pert, a Notary Public of the aforesaid city, hereby certify that Gregory Nason personally appeared before me this day and having been duly sworn deposes and says that the facts set forth in the above affidavit are true and correct.

Crystal Pert
Notary Public

My commission expires:

08/26/2022

CRYSTAL PERT
Notary Public - State of Florida
Commission # GG 252662
My Comm. Expires Aug 26, 2022
Bonded through National Notary Assn.

Plaintiffs' Exhibit #22, page 1