STATE OF FLORIDA

Affidavit of Jeffrey M Richards, Plaintiff in mandamus action.

I, Jeffrey M Richards, swear and affirm as follows:

1. I reside at 11704 Cypress Nook, Tampa, Florida 33626.

2. I am registered to vote in Hillsborough County in the 14th Congressional District.

3. I am initiating this action in order to preserve all digital ballot images and to require that state and local election officials comply with federal and state law to preserve all election materials, including ballot images, related to the 2018 general election in Florida and for all Florida elections thereafter.

4. According to information and belief, it is the practice and intention of Florida state election official to permit the deletion and destruction of digital ballot images, except in some cases "write-in" images, contrary to federal law.

5. In September, I filed a records request in Hillsborough County under the Freedom Information Act seeking digital copies of ballots from the August 28, 2018 primary election. I received an e-mail response from Geri Kramer, Director of Communications, Hillsborough County Supervisor of Elections, that read, "there are no records responsive to this request."

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

10/22/2018
Date

Jeffrey M Richards

State of Florida
County of Hillsborough

I, Ashley Tanner Rodriguez, a Notary Public of the aforesaid county, hereby certify that Jeffrey M Richards personally appeared before me this day and having been duly sworn deposes and says that the facts set forth in the above affidavit are true and correct.

Notary Public

ASHLEY TANNER RODRIGUEZ
Notary Public – State of Florida
Commission # FF 189870
My Comm. Expires Jan 14, 2019

My commission expires:
01 / 14 / 2019