# Features and Benefits

**The ES&S DS200 Digital Image Scanner offers the next generation in paper-based vote tabulation.**

✓ **Large Touch Screen Display**
A 12" color LCD touch screen display provides easy-to-read instructions and feedback to voters. The display supports messaging that aids the voting process, system setup, and diagnostic testing.

✓ **2005 VVSG Compliant**
With important usability, accessibility, and security enhancements, the DS200 is designed to be fully compliant with the more rigorous 2005 Voluntary Voting System Guidelines.

✓ **Auditable Paper Trail**
The DS200 retains your ballot in a secure, locked container for verification in the event of a recount.

✓ **Patented Digital Image Technology**
Patented image technology provides exceptional mark-recognition capability and retains individual digital ballot images for auditing and adjudication.

# For More Information

**Election Systems & Software, Inc.**
11208 John Galt Blvd.
Omaha, NE 68137 USA

Toll Free: 1-800-247-8683
Fax: 402-593-8107

**Election Systems & Software, Inc.**
11208 John Galt Blvd.
Omaha, NE 68137 USA

Plaintiffs' Exhibit #25, page 1

# Election Systems & Software

## Quick Start Guide for Voters

## ES&S intElect DS200
## Digital Image Scanner



*www.essvote.com*

intElect from ES&S

# Quick Start Instructions for using the ES&S intElect DS200 Digital Image Scanner

## 1. Step One: Receive your ballot.



Receive ballot from poll worker. You may also receive a privacy sleeve to shield your votes from view.

## 2. Step Two: Mark your selections.



For every contest, make the selection of your choice with the approved marking device provided. It is very important that you mark your ballot properly, please see instructions below. For write-in candidates, fill in the oval next to the words **"Write In"** and write the candidate's name on the line.

## 3. Step Three: Insert your ballot into the ES&S DS200 Digital Image Scanner.

Insert your ballot into the ballot acceptor. The intElect DS200 will accept ballots in any orientation (backward, upside down, etc.).



## 4. Final Step: Review the screen.

Check the display screen to see whether there are any issues with the ballot such as overvoting, undervoting, and blank ballots. Press **"Return"** on the touch screen to get the ballot back to make changes.



If you'd like to override the on-screen message and submit your ballot as-is, select **"Accept"** on the touch screen.

The display screen will notify you when your ballot has been cast successfully.

## How to Mark a Ballot Correctly.

It is important that you mark your ballot properly before inserting it into the ES&S DS200 Digital Image Scanner to ensure that your vote choices are counted correctly.


**Correctly marked oval**


**Incorrectly marked ovals**

✓ Mark your ballot by completely darkening the oval next to your choice. Do not use an **"X"** or other notation.

✓ Use only the approved marking device provided by election officials or found in the voting booth.

✓ If you make a mistake in marking your ballot, please ask the election officials for a replacement ballot.

✓ Do not fold your ballot before inserting it into the ballot acceptor.

✓ If you have any questions regarding your ballot, please ask an election official for clarification before depositing your ballot into the DS200.