UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO. 4:18cv529-MW/CAS

**MIKE FOX, et al.,**
    *Plaintiffs*,

versus

**KEN DETZNER, in his official capacity as
Florida Secretary of State, et al.,**
    *Defendants*.
_____/

# NOTICE OF FILING TRANSCRIPT OF NOVEMBER 17, 2018 BROWARD COUNTY CANVASSING BOARD

Plaintiffs submit this Notice of Filing the Transcript of the November 17 2018 Broward County Canvassing Board. The transcript is for consideration with the Plaintiffs' Motion for Preliminary Injunction (DE30).

Respectfully submitted on December 26, 2018.

| | |
|---|---|
| *S/ Benedict P. Kuehne* | *S/ Carl Christian Sautter* |
| **BENEDICT P. KUEHNE** | **CARL CHRISTIAN SAUTTER** |
| **KUEHNE DAVIS LAW, P.A.** | 3623 Everett Street NW |
| Miami Tower, Suite 3550 | Washington, DC 20008 |
| 100 S.E. 2nd Street | Indiana Bar No. 45-53 |
| Miami, FL 33131-2154 | *Pro Hac Vice* to be Sought |
| Florida Bar No. 233293 | Tel: 202-285-7560 |
| Tel: (305) 789-5989 | sauttercom@aol.com |
| Fax: (305) 789-5987 | Attorneys for Plaintiffs |
| ben.kuehne@kuehnelaw.com | |
| efiling@kuehnelaw.com | |

## CERTIFICATE OF SERVICE

I certify that on December 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the CM/ECF and transmitted in accordance with CM/ECF requirements.

*S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**