Page 1

FLORIDA RECOUNT - BROWARD COUNTY CANVASSING BOARD

NOVEMBER 17, 2018

OFFICE OF ELECTIONS
1501 Northwest 40 Avenue
Lauderhill, Florida 33315
7:00 a.m. - 12:56 p.m.

1              CANVASSING BOARD

2          JUDGE CARPENTER-TOYE:  Good morning,

3     everyone.  I'm going to try that one more time.

4     Good morning, everyone.  Thank you.  Welcome.

5     We're here today.  The Canvassing Board is now

6     in session and back on the record from

7     yesterday's being off the record.  We

8     appreciate all of you being here this morning.

9          I'm Judge Deborah Carpenter-Toye.  This

10    morning I'm the acting chair until Judge Benson

11    gets here, which will be shortly.   But we do

12    have a quorum of the Canvassing Board present.

13    I have Ms. Tanya Pruitt here from the County,

14    so we do have a quorum.

15          We would like to get started this morning.

16    We have some matter that we need to do before

17    we go forward with the canvassing and counting

18    of the ballots this morning.  So I am going to

19    turn the program over right now to Ms. Rene

20    Harrod from the County Attorney's Office,

21    Deputy County Attorney.  Thank you.

22          MS. HARROD:  Thanks very much, Judge.

23    Good morning, everybody.  Welcome back.  I

24    missed you.

25          So, as you know, for the folks who were

1          here yesterday, we are going to go through a

2          brief training this morning.  Can the folks in

3          the back hear me okay?  I'll be a little bit

4          louder.  How is it that?  All right.

5          Wonderful.

6               You should have in front of you a

7          PowerPoint that we are going to go over, slide

8          by slide, so you understand the logistics of

9          how we are working today.

10              The folks facing the back wall, so the

11         direction that I'm facing, are the counting

12         team.  The folks facing the Canvassing Board,

13         are the representatives of the parties or the

14         candidates.  So the counting team are the folks

15         who are going to be looking at the ballots; the

16         only people who will be touching the ballots.

17              Once the counting team makes their

18         decision on each ballot, the objectors will

19         have an opportunity to object.  And I'll

20         explain what the impact of what that is as we

21         go forward.

22              But now we're going to go to our

23         PowerPoint.  The rules require that we review

24         this ahead of the -- of your work this morning.

25              Number 1 rule for your review of the

1        ballots is first look at the entire ballot for

2        consistency.

3            In this Slide 3, you see how two ovals are

4        marked in the first races properly, but the

5        voter circled the name in the third race.

6        Because the voter did not mark the ballot

7        consistently, there is no definite voter intent

8        in the third race.  And that would be an

9        invalid vote.

10           Slide 4, same rule.  Look at the entire

11       ballot for consistency.  Even if they don't

12       fill out the oval every time, if they do a

13       different consistent mark that shows a definite

14       intention of the voter choice, that is a valid

15       vote.

16           Slide 5, same issue.  Subject to the

17       consistency rule, these marks are all valid

18       votes.  You see examples where rather than

19       filling in the oval, they circled the oval,

20       valid vote; sometimes they circle the party,

21       valid vote; sometimes they underline the name,

22       valid vote subject to the rule of consistency.

23           Slide 6.  You see additional examples of

24       valid votes.  Sometimes they'll use check marks

25       or "x" boxes.  Subject to the rule of

1      consistency, everyone with me, valid vote.

2          Slide 7.  Now it's going to be little bit

3      more nuanced.  If the voter makes a check mark

4      or marking, it must not enter into another

5      oval.  You see here how the check mark for Jack

6      Benny enters into the oval for Lucille Ball?

7      That's an invalid vote.

8          Slide 8.  A line that intersects two

9      points on the oval and does not intersect any

10     other oval is valid so long as it does not

11     strike through the voter's name.

12         This is a little complicated.  Let's walk

13     it through.  Two on the left, do you see how

14     the lines strike through two points on the

15     oval?  It can go sideways.  It can go up and

16     down.  It can go diagonal.  It doesn't matter.

17     Two points, valid, so long as it doesn't go

18     through the name of the candidate or any other

19     oval.

20         Slide 9.  If the voter marks all the

21     choices for a race but further clarifies the

22     choice for a particular candidate with

23     additional marks:  Valid vote.  So you see how

24     here how every oval was filled out, but the

25     voter circled one candidate?  That is a valid

1      vote for that candidate.

2          Slide 10.  In this case, the voter struck

3      through the name of every candidate except for

4      one and left Lenny Bruce.  Valid vote.

5          Slide 11.  The voter fills in the majority

6      of the ovals regardless of how the other races

7      are marked:  Valid vote.

8          Slide 12.  If the voter writes words in,

9      and you'll see things like this perhaps:  "Vote

10     for," and lists the candidate's name.  Or the

11     voter writes:  "This one," that's valid, so

12     long as there is nothing that would indicate an

13     intent for a different candidate.

14         So on the left, we see the voter really --

15     in this one, valid vote.  But on the right, you

16     see they circled one candidate and wrote this

17     one for a different candidate.  Invalid vote.

18         Slide 13.  If the voter marks two or more

19     choices similarly, but then writes in "ignore

20     this one" or "wrong" or clearly crosses it out

21     to clearly indicate their intent to disregard

22     that marking:  Valid vote.

23         Slide 14.  If the voter marks two choices

24     or more than two choices, that's an overvote.

25     That's an invalid vote.

1           All right.  Let's talk about write-ins.

2       If the voter writes in the name of the

3       candidate marked on the ballot, so on the left

4       they marked "Jack Benny" and wrote in "Benny":

5       Valid vote.  If the voter doesn't mark any

6       candidate, but writes in a name of one of the

7       candidates:  Valid vote.  But if the voter

8       marks one candidate and writes in the name of a

9       different candidate:  Invalid.

10          Please note in the write-ins that there

11      may be misspellings, little things like that.

12      That does not invalidate the vote.  So here if

13      the person didn't actually write in "Jack

14      Benny," they wrote "Benny":  Still valid.  If

15      they'd written "Benny" without the second "N":

16      Still valid.

17          All right.  Table rules.  As you guys

18      know, there's no drinks, there's no coffee,

19      there's no food, there's no cell phones in

20      here.

21          On the tables, the two counters, so the

22      folks facing the back wall, are the only folks

23      who will be touching the ballots.  And that's

24      because there is something called "ballot

25      fatigue."  They get tired, like we do.  And

1     they have to make it through the machine a

2     couple more times.  So we need to keep them as

3     pristine as possible, which means the people

4     touching the ballots must wear gloves.  You

5     might want to try 'em on now.  They say one

6     size fits all, but...

7           So in addition to that, there should be no

8     pens, no pencils, no marking devices whatsoever

9     in the room, please.

10          The two people who are -- pardon me, the

11    four people facing the front wall have the

12    ability to object.  There will be folks roaming

13    around from each party.  Bad-faith objectors

14    will be ejected.  The party representatives

15    will help us resolve any issues.  If you have

16    an issue at your table, please raise your hand

17    and someone will come to you.

18          So the way it's going to work this morning

19    when the Canvassing Board sends out the ballots

20    to you -- everyone, can you give me your

21    attention for a second, because now we're

22    getting to the really important stuff.  So

23    they're going to walk out ballots -- thank you,

24    ma'am.

25          They're going to walk out ballots to each

1    table in manila envelopes.  Everyone here, stay

2    seated.  They're going to bring them to you.

3    Each table is only going to get one manila

4    envelope at a time.

5        At each table, you'll see colored

6    stickies.  You are going to -- the two counters

7    will present each ballot to the table for

8    review.  The most efficient way of doing that

9    is to take the ballot, lay it in the center of

10   the table so that everyone can see for the two

11   counters to indicate if they have -- are they

12   able to make a determination of voter intent.

13   For example:  I think it's a blank.  I think

14   it's a Republican.  I think it's a Democrat.

15   Give the objectors an opportunity to object.

16        If the counting team believes it's a

17   Republican vote, put it in the stack for the

18   Republicans.  If the counting team believes

19   it's a Democrat vote, put it the stack for

20   Democrats.  If there is no clear indication of

21   voter intent, it's a no vote.  Put it in the

22   yellow stack.

23        Here's the important part, if the counting

24   team does not agree or if there is any

25   objection, it goes to the Canvassing Board.

1          Green means go to Canvassing Board.  So you put

2          it in the green stack.

3             The bins are provided for your

4          convenience.  Use them if they're helpful.  If

5          you have a small stack, you might not need the

6          bins.

7             Remember that thing about voter fatigue --

8          sorry, ballot fatigue?  Attorney fatigue.  When

9          you are making your indications as to whether

10         it's red, blue, yellow or green, you're going

11         to take the Post-it -- I feel like an airline

12         attendant -- and you'll take the Post-it, put

13         it over the top of your section and put the

14         paperclip on it.  If it's small -- typically,

15         they'll be small stacks if it's red, blue,

16         yellow or green.  For the yellows, those might

17         be some really large stacks.  There's a lot of

18         under-votes that might come out.  In which

19         case, you can put a yellow, one yellow, on the

20         front of the stack.

21            You do not need to clip every single page.

22         Please don't.  You do not need to put a sticky

23         on every single page.  Please don't.  Put it

24         over the top of the stack and then clip it

25         together with one clip.  If it's too large,

1      just put a sticky on the front of the stack.

2      Then put all the ballots together back in the

3      manila envelope.

4          Sure.  There's color coding on your

5      tables.  Red means Republican.  Blue means

6      Democrat.  Yellow means no votes, which there

7      will be a lot of, likely.  And green means go

8      to Canvassing Board if the counting team

9      disagrees or if there is any objection.

10         In order for this to work, once you finish

11     your ballots, all the ballots have to get back

12     into the same envelope.  No folds.  Please

13     don't bend them.  Please keep them as straight

14     and careful as you can.

15         One runner will bring you an envelope.

16     When you're done on counting, raise your hand

17     after you've put it back in the manila and a

18     runner will pick it up from you.  There will be

19     an interval and they're going to bring you

20     another manila.

21         We'll bring types of ballots out to you

22     one time.  And then we'll bring all those off

23     the floor before we bring the next type,

24     because the machines are coded per type.  It

25     just means you get a little more time to kick

1    back and relax.

2         If you have questions after the fact,

3    raise your hand.  If you need a break, raise

4    your hand.  Someone will come and attend to

5    you.

6         Most important, aside from the rule of

7    consistency, is:  Thank you, guys.  You are

8    really important to this process.  We need you.

9    We really appreciate your service.  You guys

10   are democracy in action.  You are part of

11   making this work, so thank you very much.

12        I forgot to say this yesterday and I

13   forgot again today.  Thank you, Ms. Wallace.

14        What race are we counting?  You are only

15   counting one race.  You can ignore, except for

16   the rule of consistency, everything else on the

17   ballot.  Today is the commissioner of

18   agriculture race.  Everyone with me?

19   Commissioner of agriculture only.  All right?

20        All right.

21        Bring out the ballots.  Thanks, guys.

22        JUDGE CARPENTER-TOYE:  If we can have the

23   supervisor of election's team start bringing

24   out the ballots.

25        One agreed DEM.  One agreed DEM.  Two

1      agreed Republican.  I'm going to say D and R.

2      Is that okay with you guys?  Okay.

3          Two agreed R.  One agreed D.  Agreed.  So

4      we have one, two, two Ds.

5          Can everyone in the audience -- can

6      everyone in the audience listen up.  Hello?

7      Hello?  Everyone, please concentrate and

8      remember that you're looking at one race in

9      terms of the one we're worried about today.

10     The commissioner of agriculture.

11         As to the others, you're looking for the

12     consistency of the ballot.  But in terms of the

13     stickers, green, yellow or red, you're looking

14     just at the agricultural race.  Just be clear

15     about that.  Thank you.

16         Go back to work.  Thanks.

17         One valid DEM.  Is this Envelope 4?

18         JUDGE BENSON:  The following ballot, the

19     board has determined this to be a valid vote

20     for the Democratic candidate.

21         And the following ballot the Canvassing

22     Board has determined this to be an overvote.

23     You want to go up -- yeah.  Invalid overvote.

24         JUDGE CARPENTER-TOYE:  Next envelope is

25     Envelope Number 5.  You have to sign it.

1          One DEM and one R.

2          One R.

3          Was that Number 8?

4          JUDGE BENSON:  That was Number 8.

5          The board has determined the next two

6     ballots from Envelope 9 from early voting are

7     for the Democratic candidate.

8          JUDGE CARPENTER-TOYE:  Two Ds.

9          JUDGE BENSON:  Agreed.

10         JUDGE CARPENTER-TOYE:  Sign.

11         One D.

12         Hang on.  All right.  Thank you.

13         One R.

14         This is 14.  I think this is a valid vote.

15    Do you?

16         JUDGE BENSON:  On Number 14, the

17    Canvassing Board finds a valid vote for the

18    Democrat.

19         JUDGE CARPENTER-TOYE:  We need the clips

20    -- she can remove the clips.

21         Okay.  Can I have everyone's attention

22    once again?  Try not to do multiple clips, if

23    you can, and Post-its.  If it's the same color,

24    just put the stack -- put the color on top of

25    the stack.  We get it if you just put the stack

1    together.  We don't need lots of clips and lots

2    of stick-ums.  Thank you.

3        Blue.  Green.  No red.  So this is one,

4    two, two Ds.

5        JUDGE BENSON:  Packet 16 from early

6    voting, the Canvassing Board has determined an

7    invalid or no vote on the following.

8        JUDGE CARPENTER-TOYE:  One invalid.

9        MR. GOLDSTEIN:  Objection on that.

10       JUDGE CARPENTER-TOYE:  Thank you.  We note

11   the objection on the Republican party and

12   candidate.

13       Look at the ballot you have in front of

14   you.  You see the agricultural race?  That's

15   the one.  That's the one we concentrate on.

16   All they want to see...

17       Is this still 17 right here?  This is from

18   Envelope 17; is that right?  Okay.  So 16 is

19   away.  On 17, we have one agreed DEM.

20       18.  18 is all under.

21       19.  All unders.

22       All unders.

23       Envelope 21.  We have one agreed D.  One

24   agreed R.

25       JUDGE BENSON:  On the following ballot

1     from Envelope 21, the board finds a valid vote

2     for Democrat.

3          JUDGE CARPENTER-TOYE:  That's 21, right?

4          JUDGE BENSON:  Yes.

5          JUDGE CARPENTER-TOYE:  22.  No vote.

6          JUDGE BENSON:  On 22, the board finds no

7     vote on the ballot, the following ballot.

8          JUDGE CARPENTER-TOYE:  23.  On 23, we have

9     one D and one R, agreed.

10         MS. HARROD:  Good morning, everyone.  Hey,

11    guys, can you all hear me?

12         So, one, you're doing a fabulous job.

13    Clearly you're faster than our ballot runners

14    are.  So give me a little patience and I'll get

15    you some more work.  Who'd have thunk on a

16    Saturday morning you would be sitting around

17    asking for more work.  But bless you.

18         And then, three, there is a lot of you,

19    and the Canvassing Board is still working

20    really hard up front:  So if you guys can watch

21    it and keep it down a little bit, noise-wise,

22    and use your inside voices, that would be

23    marvelous.  Thank you.

24         JUDGE CARPENTER-TOYE:  This is 25.

25    Nothing?  26, we have one D, agreed.  Nothing

1    else.

2         27, we have one R, agreed.

3         28, we have one R, agreed.

4         We don't consider them when they're

5    agreed.  The parties have agreed at the table.

6    We only consider the ones where there is an

7    objection or a disagreement at the table.

8         29, three Ds agreed in Envelope 29.  This

9    is -- what are we doing here, early voting?

10        JUDGE BENSON:  Yes.

11        JUDGE CARPENTER-TOYE:  Early voting.

12   Still early voting complete.  30, okay.

13        31 is all under.

14        32, one agreed D.

15        33, one agreed R.

16        34, one agreed R.

17        JUDGE BENSON:  The Canvassing Board on

18   Package 34 declares this an invalid overvote:

19   No vote.

20        JUDGE CARPENTER-TOYE:  This is Number 35.

21   We have in Envelope Number 35, one, two, three

22   agreed Rs and two agreed Ds.

23        36, 36 is all under.

24        37, we have one agreed D and one agreed R.

25        38.

1           JUDGE BENSON:  In Package 38, the

2     Canvassing Board finds the following a no vote.

3           JUDGE CARPENTER-TOYE:  That's 38.  Let's

4     make sure.  Was 37 nothing?

5           JUDGE BENSON:  Yes.  I put it in the wrong

6     spot.

7           JUDGE CARPENTER-TOYE:  38 was an invalid.

8     Right?

9           MR. SAUTTER:  Excuse me.

10          JUDGE CARPENTER-TOYE:  Just one second, if

11    you don't mind.

12          One agreed of each and one invalid.  37

13    was nothing.  Is that right?

14          JUDGE BENSON:  Correct.

15          MR. SAUTTER:  Your Honor, for the record.

16          JUDGE BENSON:  We are on Package 38.  Are

17    you all objecting to the Canvassing Board's

18    finding on that vote ballot?

19          MR. DAVIS:  Yes.

20          JUDGE CARPENTER-TOYE:  You have to see the

21    whole ballot.

22          MR. SAUTTER:  I just want to say for the

23    record, because we were here yesterday and we

24    noted that aside from the ballots in which

25    there is no votes, that vote was the most

1       frequent type of objected ballot.  There were

2       over 30 exactly --

3              JUDGE CARPENTER-TOYE:  Of what?

4              MR. SAUTTER:  -- where they filled in the

5       D.

6              JUDGE CARPENTER-TOYE:  Right.  But in this

7       one, they filled in the bubble and the D.  If

8       you look at this ballot, on every one except

9       for that race.

10             MR. SAUTTER:  Oh, I see.

11             JUDGE CARPENTER-TOYE:  That was the

12      inconsistency that the board found in this

13      particular vote.

14             MR. SAUTTER:  Okay.

15             JUDGE CARPENTER-TOYE:  This is 39.

16      Is that 41?

17             JUDGE BENSON:  Yes.

18             JUDGE CARPENTER-TOYE:  This is 42.  From

19      Envelope 42, there is one for the board to

20      consider.

21             JUDGE BENSON:  In Envelope 42, the ballot

22      has been declared invalid or a no vote by the

23      board.

24             JUDGE CARPENTER-TOYE:  Show the whole

25      ballot.  Show the ballot.

1          Is this Number 43?  Is 43 nothing?  Okay.

2          44, I find that a valid vote.

3          JUDGE BENSON:  On Package 44, the board

4     finds the following vote a valid vote for the

5     Republican candidate.

6          JUDGE CARPENTER-TOYE:  45, all under.

7          This is on Envelope 46.  We have one

8     agreed R and one agreed D.

9          47.  47, we have one agreed R.  One agreed

10    R and two agreed Ds.  Two Ds and one R.

11         Okay.  Is this Number 48?

12         JUDGE BENSON:  Yes.

13         JUDGE CARPENTER-TOYE:  48, we have one

14    agreed D.

15         49, all under.

16         50.

17         JUDGE BENSON:  Those are also early

18    voting, right?

19         JUDGE CARPENTER-TOYE:  My vote on this is

20    that is a valid R and that is valid D.

21         JUDGE BENSON:  The following vote that is

22    in -- this is Envelope 49?

23         JUDGE CARPENTER-TOYE:  50.

24         JUDGE BENSON:  This is Envelope 50.  The

25    following has been deemed an invalid ballot or

1          no vote by the Canvassing Board.  The following

2          ballot has been deemed a valid vote for the

3          Democratic candidate.  And the following vote

4          has been deemed a valid vote for the Republican

5          candidate.

6                    JUDGE CARPENTER-TOYE:  In Envelope 51, we

7          have one, two, three agreed Ds.

8                    In Envelope 52, I have -- my vote is

9          that's a valid D.

10                   JUDGE BENSON:  In the following ballot,

11         the Canvassing Board has deemed this a valid

12         vote for the Democrat.

13                   JUDGE CARPENTER-TOYE:  That's in 52; is

14         that right?

15                   JUDGE BENSON:  That is correct.

16                   JUDGE CARPENTER-TOYE:  Keep it going down

17         so they can see.  Thank you.

18                   This is 54.  All under.

19                   56, Envelope Number 56, we have three

20         agreed Ds.

21                   Number 57.

22                   Those were not to be shown.  Those were

23         three agreed votes but for Democrats.  Those

24         were three agreed Ds.  She meant -- she didn't

25         mean to.  Those were three agreed Ds.

1          If we say agreed, they don't need to go.

2          This is in Envelope 57.

3          JUDGE BENSON:  In Package 57, the

4     Canvassing Board has deemed this an invalid

5     vote or a no vote.

6          JUDGE CARPENTER-TOYE:  That's the rest of

7     57.  Hang on a second.  Hang on.  Can you leave

8     it up there?

9          MR. DAVIS:  We'd like to object on that

10     because it seems like everything is --

11     everything is checked.

12          JUDGE CARPENTER-TOYE:  Everything is

13     checked, but everything is bubbled as well,

14     except for this one.

15          MR. DAVIS:  Can we agree it was checked?

16          JUDGE CARPENTER-TOYE:  Checked, checked

17     and bubbled, checked and bubbled.

18          JUDGE BENSON:  We'll note your objection.

19     We note your objection on Envelope 58 of early

20     voting.

21          JUDGE CARPENTER-TOYE:  57.

22          JUDGE BENSON:  57 of early voting.

23          On Envelope 58, the board deems the

24     following vote to be invalid as a no vote.

25          MR. DAVIS:  We have an objection.

1          JUDGE BENSON:  We note the same objection.

2      Is it the same essentially on part of the

3      Democratic party?

4          MR. SAUTTER:  Yes.

5          JUDGE BENSON:  This is in Package 58.

6          JUDGE CARPENTER-TOYE:  Yes.  58.

7          Envelope 59, we have one agreed D and one

8      agreed R.

9          What envelope is that that you are doing

10     right now?

11         JUDGE BENSON:  59.

12         JUDGE CARPENTER-TOYE:  What does it have

13     in it?

14         JUDGE BENSON:  One DEM and one Republican.

15         JUDGE CARPENTER-TOYE:  Envelope Number 60.

16         JUDGE BENSON:  On Envelope 60, the

17     Canvassing Board determines the following an

18     invalid or a no vote.

19         JUDGE CARPENTER-TOYE:  Invalid.

20         MR. SAUTTER:  Can we see that again?

21         JUDGE CARPENTER-TOYE:  Can we see that

22     again, please?  Hold it on the one that the one

23     they're looking at and then slowly show them

24     the others, please.

25         MR. SAUTTER:  We object on that one, voter

1    intent.

2         JUDGE BENSON:  We note your objection.

3         JUDGE CARPENTER-TOYE:  That's on Envelope

4    Number 60.

5         This is Envelope 61.  We find this to be a

6    valid vote.

7         JUDGE BENSON:  On Envelope Number 61, the

8    Canvassing Board finds the following to be a

9    valid vote for the Democrat.

10        JUDGE CARPENTER-TOYE:  On Envelope 62, we

11   have one agreed D.

12        JUDGE BENSON:  On Envelope 62, the

13   following vote has been determined to be an

14   invalid or a no vote.

15        JUDGE CARPENTER-TOYE:  Envelope 63.

16        Okay.  Once again, a general announcement.

17   A general announcement.  Please, please, do not

18   use multiple stickers and multiple paper clips

19   if they are the same color, please.  Thank you.

20        This is Envelope 63.

21        JUDGE BENSON:  In Envelope 63, the

22   Canvassing Board determines the following to be

23   a valid vote for the Republican candidate.

24        JUDGE CARPENTER-TOYE:  Is this Envelope

25   64?

1          JUDGE BENSON:  Yes.

2          JUDGE CARPENTER-TOYE:  In Envelope 64, we

3      have one agreed D.

4          MR. GOLDSTEIN:  Excuse me, your Honor, if

5      we can pause for a moment.

6          JUDGE CARPENTER-TOYE:  Okay, everybody.

7      Pause.  Pause.

8          MR. GOLDSTEIN:  We're finding out in the

9      table counting area that there is a manila

10      envelope that says U.S. Senate Race.  So we

11      have concerns as to whether the vote ballots

12      were properly sorted.  We night be having

13      duplicate.

14          JUDGE CARPENTER-TOYE:  You have to have,

15      then in the bottom left-hand corner, have

16      senate with a check mark, if they have that in

17      there and they still have a senate sticker, it

18      just means they didn't put another sticker on

19      top.  But we had to rerun the same ballots last

20      night.  So if the manila envelope has the --

21      the bottom left-hand corner has a senate with a

22      signature...

23          JUDGE BENSON:  Well, actually, it's me,

24      with an S check or senate with a check.

25          JUDGE CARPENTER-TOYE:  If there is a

1    marking on the envelope, it was processed.

2         JUDGE BENSON:  It's on the outside of the

3    envelope.  It's on the face on the -- down at

4    the bottom left-hand corner, see you'll see red

5    ink.

6         MR. GOLDSTEIN:  Yeah, I got it.

7         JUDGE BENSON:  That's where the board --

8         MR. GOLDSTEIN:  The issue, Your Honor --

9         JUDGE CARPENTER-TOYE:  Is Ms. Harrod here?

10        MS. HARROD:  Yes, ma'am.

11        JUDGE CARPENTER-TOYE:  Ms. Harrod in the

12    room?  Hang on a second, please.

13        MR. GOLDSTEIN:  Well, let me explain.  I

14    apologize for interrupting.  It's not just the

15    manila envelope.  It's what's inside of them.

16    The manila envelopes that have the senate

17    notation on them, there is a clear indication

18    for the vote for the AG race.  That's what

19    makes us concerned.

20        JUDGE BENSON:  I don't understand.  You

21    know what, I think we would be better if we get

22    the supervisor out here and you address the

23    supervisor.  I'm not understanding the issue.

24        MR. DAVIS:  Time out.

25        JUDGE BENSON:  We're going to go off

1     record.

2          JUDGE CARPENTER-TOYE:  Everybody in the

3     room, stop and pause.  Please don't do

4     anything.  If you are somewhere, sit down,

5     please.  Sit down at a table if you have an

6     assigned table.  If you're a runner, pause

7     where you are.  We're going to take a -- we're

8     going to be off the record for a second so we

9     can consult with the attorney and the

10    supervisor of elections.  Everybody stay where

11    you are.

12    (A discussion was held off the record.)

13         JUDGE CARPENTER-TOYE:  Judge Benson.

14    We're back in session.  We have a quorum here

15    at the Canvassing Board.  We are back in

16    session.  Is the record on?

17         So it appears that there may be some

18    envelopes from yesterday mixed in with the ones

19    that were run.  The new ones have the clear

20    label for this race on them.  If you are at a

21    table and you come across a manila envelope

22    that has a U.S. Senator label on the outside,

23    just raise your hand and one of the runners

24    will come get that envelope.  You do not need

25    to consider it.  All of the other envelopes --

1    what?

2         Anything that doesn't have a sticker for

3    today's race.  Ms. Harrod, am I -- it says:

4    Senate Election Day, with no race on them?

5         What I want you to do is if you have an

6    envelope that is delivered to your table and

7    that envelope says anything other than the race

8    that we are considering today, I want you to

9    raise your hand.  One of the runners will come

10   pick that envelope up.  We will keep those

11   envelopes separate so we can look at them and

12   see what the issue is, if there is an issue.

13   We've been told that all of the ballots were

14   rerun yesterday.  They were placed in envelopes

15   with the correct labels for today's race.

16        So if you have an envelope delivered to

17   your table that has a label on the outside of

18   the manila envelope with anything other than

19   the agricultural race, please raise your hand

20   immediately and give it back to a runner.  You

21   do not need to open it.  Okay?  Does everybody

22   understand?  Yes?

23        MR. DAVIS:  Can we make it -- my

24   understanding is that there were three tubs

25   this is happening.  Tub 87.  Table 87, Table 70

1      and 55.  I would look at that.

2            JUDGE BENSON:  Is that right?

3            JUDGE CARPENTER-TOYE:  The tables are

4      random.  The tables are random.  The tables are

5      random.

6            MR. GOTHA:  That's where those were.

7            JUDGE CARPENTER-TOYE:  The tables are

8      totally random.  They're being delivered by

9      runners.  I'm telling you, if you get an

10     envelope that it does not have today's race on

11     it, then raise your hand.  Raise your hand and

12     a runner will pick that up.

13           You, at the tables that we're depending on

14     you to do what you're doing here today, keep

15     doing the good work you are doing.  Just focus

16     on looking at the exterior of the envelope and

17     make sure that it says that it's the

18     agricultural race.  Okay?  Everybody clear?

19     Okay.

20           We'll hear from the board.  You all can go

21     to work.

22           MR. DAVIS:  The other issue is that maybe

23     this is where the 2,000 ballots are that they

24     couldn't find yesterday.  That maybe this is --

25           JUDGE CARPENTER-TOYE:  Are you

 1    speculating?

 2         MS. BENSONDT:  I don't know if I'm

 3    speculating.  I just know that the count from

 4    yesterday was 2,000 less than the count that

 5    was --

 6         JUDGE CARPENTER-TOYE:  We haven't done any

 7    count.  We haven't released any count from

 8    yesterday.  So I don't know what...

 9         MR. DAVIS:  The machine recount.

10         JUDGE CARPENTER-TOYE:  Okay.  If you want

11    to make an objection of anything we're doing

12    here today, we're happy to hear it.

13         MR. DAVIS:  Well, no, I just want to know

14    if -- when the board thinks we can address the

15    numbers that --

16         JUDGE CARPENTER-TOYE:  Not right now.  We

17    are in the middle of this race.

18         MR. DAVIS:  No, but maybe at one of their

19    breaks, we can do that.

20         JUDGE CARPENTER-TOYE:  Perhaps.

21         MR. DAVIS:  Thanks.

22         JUDGE CARPENTER-TOYE:  We're going to

23    proceed.  Everybody go back --

24         MR. GOLDSTEIN:  Yes.  On behalf of the

25    Republican Party and the candidate, Matt

1    Caldwell, we join the concerns raised by the

2    Democratic party.  And from our observations of

3    what we saw in the ballots, that the envelopes

4    that we saw, it was at least ten ballots,

5    there's clearly an under-vote for the senate

6    campaign.  And when you review the agricultural

7    commission race, it clearly was a clear intent

8    for one candidate or the other.  We have

9    concerns that switching out the envelopes is

10   an -- we appreciate the effort to try and

11   correct it, but we would move that today's hand

12   recount be ceased and a new resorting of all

13   the ballots occur to make sure we are only

14   doing out-stack ballots for the commissioner of

15   agriculture.

16        There are clearly ballots out there that

17   are out-stacked ballots for only the senate

18   race.  And the recount should cease until that

19   is corrected more than just pulling the manila

20   envelopes that might be marked incorrectly.

21        JUDGE CARPENTER-TOYE:  So my understanding

22   is from hearing what everybody said is that the

23   out-stacked ballots for the senate race are in

24   envelopes that are marked "senator."  That's

25   the reason we are asking to pull the envelopes

1    that say "senator" to the side.  So that we can

2    keep them separate in a stack.  You'll see

3    where they are.  We'll put them in a separate

4    bin and can you agree to hold any concerns you

5    have until that time.  Yes?

6         MS. HARROD:  Your Honor, under the rule

7    for the recount, the board has the authority,

8    if issues or circumstances arise that the rule

9    doesn't cover, the Canvassing Board can decide

10   the issue by majority vote.

11        My suggestion to the board would be:

12   Identify the handful of envelopes, and I

13   believe it's only a couple, let's bring them

14   back to the sorting table, make them identified

15   by precinct so that everybody has the benefit

16   of the information of what envelopes are at

17   issue.  That way, we can confirm, in fact,

18   there are AG envelopes for that precinct for

19   that type of ballot that are out on the floor.

20   It's simply an issue of bringing out extra

21   ballots -- extra envelopes.

22        JUDGE CARPENTER-TOYE:  And that's why I

23   said, I want everybody that's working out there

24   to be careful and pay attention.  If it has a

25   U.S. Senator sticker on the outside, just raise

1     your hand.  We are going to have a runner pick

2     up and we're going to set those in a separate

3     stack so they'll be identifiable.

4          JUDGE BENSON:  And pending the

5     identification of those envelopes, the recount

6     will continue.

7          JUDGE CARPENTER-TOYE:  Yes.

8          JUDGE BENSON:  So we note your objection

9     and we would continue the recount.

10         MR. DAVIS:  Is it possible that the

11    ballots that you've already gone through -- I

12    think we are up to...

13         JUDGE CARPENTER-TOYE:  Those would not be

14    included, because those are all early voting

15    ballots.  They're not sorted by precinct.

16         MR. DAVIS:  Okay.  Perfect.

17         JUDGE CARPENTER-TOYE:  The ones they have

18    processed here at the board this morning have

19    all been early voting so far.

20         JUDGE BENSON:  Should we wait to confirm

21    that we have those envelopes?

22         JUDGE CARPENTER-TOYE:  Let's go ahead and

23    proceed with the recount.  Thank you very much.

24    Sorry for the interruption.

25          It's going to block the screen.  It's

1      going to block their view.  Keep them on a

2      separate side for now.  Wait a second.  It does

3      not block their view.  Can you all see the

4      screen from here with those bins there?

5          MR. GOLDSTEIN:  We're fine.

6          JUDGE CARPENTER-TOYE:  Thank you very

7      much.  So those are the ones that are going to

8      be separated and kept track of.  All right?

9          JUDGE BENSON:  In Envelope 65, the

10     Canvassing Board deems the following a valid

11     vote for the Democratic candidate.

12         MR. GOLDSTEIN:  Rene is explaining this.

13     Can you hold on a second?

14         JUDGE CARPENTER-TOYE:  That was Envelope

15     65.

16         That's not going to work.  They're not

17     going to be able to see.  You guys can take

18     those back into the secured area.  There is a

19     secured area with security back for the secured

20     ballots and there is a table there so they're

21     visible.

22         MR. SAUTTER:  We have got some

23     distractions here, Your Honor.  For whom was

24     that, was this count?

25         JUDGE BENSON:  This was a valid vote for

1        the Democrat in Package Number 65.

2               MR. SAUTTER:  Thank you.

3               JUDGE CARPENTER-TOYE:  66, one agreed D.

4               MR. VAN DE BOGART:  Excuse me.  The last

5        ballot we are going to object to because only

6        the D is bubbled, nothing else, and there is no

7        consistency with only that D being bubbled.

8        And that should be a no vote on behalf of the

9        Republican party.

10               JUDGE BENSON:  We note the objection of

11        the candidate and the Republican party.  I am

12        sure the objection goes for both parties.  Is

13        that correct, Mr. Goldstein?

14               MR. GOLDSTEIN:  When one of those speaks,

15        that goes for both.

16               JUDGE CARPENTER-TOYE:  Same for you,

17        Mr. Davis?  I am saying when one of you speaks,

18        it's for both of you.

19               MR. DAVIS:  Correct.

20               JUDGE CARPENTER-TOYE:  That's what we did

21        yesterday, so the record is clear.

22               67, all under.

23               MR. SAUTTER:  Can I be heard?

24               JUDGE CARPENTER-TOYE:  Sure.

25               MR. SAUTTER:  Just for our tracking, can

1          we know the precinct?

2                JUDGE CARPENTER-TOYE:  These are not

3          precincts.

4                MR. SAUTTER:  These are all early voting?

5                JUDGE CARPENTER-TOYE:  These are early

6          voting, so there's no prescient.

7                MR. SAUTTER:  I apologize.

8                JUDGE CARPENTER-TOYE:  No problem.  We'll

9          let you know when we go to -- when they're

10         divided by precinct.

11               JUDGE BENSON:  The following vote is

12         deemed invalid or a no vote by the Canvassing

13         Board in Package 68.

14               JUDGE CARPENTER-TOYE:  69.

15               JUDGE BENSON:  The following ballot is

16         deemed a valid vote for the Democratic party in

17         Package 69.

18               JUDGE CARPENTER-TOYE:  Package Number 70,

19         we have two agreed Rs, seven agreed Ds.

20               Nothing for us to look at in that one?

21               JUDGE BENSON:  That's correct.

22               JUDGE CARPENTER-TOYE:  71.  Two greens

23         actually.  We have two to look at.  So I would

24         say that's valid there and valid there.

25               JUDGE BENSON:  In Package Number 71, the

1        Canvassing Board agrees that the first vote is

2        a valid vote for the Republicans and the second

3        vote is a valid vote for the Democrats.

4            JUDGE CARPENTER-TOYE:  In Envelope 72 we

5        have two -- three agreed Ds -- no, no, no,

6        sorry.  One agreed D.  One agreed D and two for

7        us to look at.

8            JUDGE BENSON:  The following two ballots

9        in Package 72 are deemed invalid by the

10       Canvassing Board.

11           JUDGE CARPENTER-TOYE:  Show the rest of

12       the ballot, please, on that one.

13           MR. SAUTTER:  Your Honor, we object on

14       voter intent.

15           JUDGE BENSON:  We note your objection

16       Democrat party and candidate.  That is invalid

17       in Package 72.

18           There are ballots that the Canvassing

19       Board deems invalid.  This one is the second

20       one.

21           MR. GOLDSTEIN:  I'm sorry.  She needs to

22       show it and then slowly show the ballot.

23           JUDGE CARPENTER-TOYE:  For the purposes of

24       the camera, if we can, on the overhead, go

25       directly to the race itself and pause for a

1     minute and let them see it, please.  Then

2     slowly move the ballot down so they can see the

3     other races or up and around so they can see

4     the other races on the ballot, please.  Thank

5     you.

6          What is that?

7          JUDGE BENSON:  73.

8          JUDGE CARPENTER-TOYE:  73.  This is

9     Envelope 74.  All unders.  One agreed D.

10         75.  One to consider.  That looks like a

11    pen rest to me.

12         JUDGE BENSON:  The Canvassing Board deems

13    the following vote an invalid vote, no vote.

14    It's in Package 75.

15         JUDGE CARPENTER-TOYE:  76?  Was that 76?

16         JUDGE BENSON:  That was 75.

17         JUDGE CARPENTER-TOYE:  On 76, a valid DEM.

18         JUDGE BENSON:  In this Package Number 76,

19    the Canvassing Board deems this a valid vote

20    for the Democratic candidate.

21         JUDGE CARPENTER-TOYE:  Put it aside and

22    we'll do it up here.  Put it aside.  It says it

23    on the ballot so it's okay.

24         This is Number 77.  Is this 77?  Yes.  I

25    want to count.  Agreed, one R.  One R, agreed.

1      One D, agreed.

2           JUDGE BENSON:  The Canvassing Board deems

3      the following vote in Package 77 a valid vote

4      for the Democratic candidate.  That's two Ds

5      and one R in 77.

6           JUDGE CARPENTER-TOYE:  Did you have a

7      question?  Which one is that?

8           MR. GOLDSTEIN:  Democrat?

9           JUDGE CARPENTER-TOYE:  One D per the

10     board.

11          MR. GOLDSTEIN:  Objection -- a pen rest.

12          JUDGE CARPENTER-TOYE:  Note your

13     objection.

14          79.  One agreed D.

15          This is 80.  One agreed D.

16          On 81, there is one for the board to

17     consider.  I vote invalid on that.

18          JUDGE BENSON:  On 81, Package 81, the

19     board finds the following to be an invalid or a

20     no vote.

21          JUDGE CARPENTER-TOYE:  This is 82.  One

22     agreed D.

23          83.  All under.  What are those the -- so

24     that was 83?

25          JUDGE BENSON:  Yes, that was 83.

1          JUDGE CARPENTER-TOYE:  84.

2          JUDGE BENSON:  In the following vote on

3     Package 84, the Canvassing Board deems this a

4     no vote or an invalid vote.

5          JUDGE CARPENTER-TOYE:  85, last envelope

6     for early voting.  Let's do this.  This is

7     Envelope Number 85.  The last envelope of early

8     voting and we have one agreed R and one valid D

9     and a valid D.

10          MS. BENSONDT:  In Package 85, the last

11     early voting package, the following two ballots

12     are deemed Democrat by the Canvassing Board.

13          MR. GOLDSTEIN:  Objection.

14          JUDGE CARPENTER-TOYE:  Okay.  We note your

15     objection.  Thank you.

16          So that concludes the early voting

17     considered by the board.

18          JUDGE BENSON:  We're going to election

19     day, so we will be able to give the precinct to

20     you all.

21          We are waiting to determine how to sort

22     precincts for the West Park race that we still

23     have to recount.

24          JUDGE CARPENTER-TOYE:  One second.

25          MS. HARROD:  Good morning, everyone.  You

1      are doing such a fabulous job that it's taking

2      us a little while to get you enough work.  And

3      I know that it's not as exciting to sit here as

4      it is fascinating and scintillating to count

5      these votes on the ballots, but if you can do

6      it for a little while longer and just a little

7      bit quieter because they're working really hard

8      up there.  And they have been working really

9      hard pretty much 24/7 for three weeks, so

10     they're a little tired.  Give me a little more

11     grace.  If you guys can keep it down.  We'll

12     have the last bit for you and then hopefully I

13     can report back some good news and early lunch

14     for everyone shortly.  Thank you.

15          JUDGE CARPENTER-TOYE:  We are going to

16     start election day.  Yes.  We are going to

17     start election day.

18          MS. HARROD:  Guys, come on.

19          JUDGE CARPENTER-TOYE:  R012.  R012.  Let's

20     talk to you guys.  You want the precinct and

21     the agreeds?  What do you want?  Do you want

22     the agreeds with -- we are on election day.

23     Just the agreeds?

24          MR. GOLDSTEIN:  Yeah, that's fine with us.

25          JUDGE CARPENTER-TOYE:  We have one agreed

1    D.

2         JUDGE BENSON:  Why are you guys so quiet?

3         JUDGE CARPENTER-TOYE:  Now you're making

4    us really nervous.  We're going to work while

5    you guys are really quiet.

6         So we have one agreed R.  One agreed D.

7         JUDGE BENSON:  In Precinct K003, the

8    Canvassing Board deems the following ballot to

9    be no vote, invalid.

10         JUDGE CARPENTER-TOYE:  That was J011?

11    Okay.  I want to make sure.

12         Next one.  D030.  Judge, instead of a P,

13    it's a Q030.  We have one R, agreed.

14         Next, 020.

15         Next one R031.

16         JUDGE BENSON:  The following vote from

17    Precinct B003 is deemed a valid vote for the

18    Republican candidate by the Canvassing Board.

19         MR. SAUTTER:  Can you show the last one?

20         JUDGE BENSON:  Sure.

21         MR. GOTHA:  Can we see the "senate" to the

22    right?

23         JUDGE CARPENTER-TOYE:  To the left.

24         MR. GOTHA:  To the left.  We would object

25    to that.

1          JUDGE CARPENTER-TOYE:  We note your

2     objection for the record.

3          MR. GOTHA:  Thank you.

4          JUDGE CARPENTER-TOYE:  One agreed D.

5     0124, one agreed D.

6          JUDGE BENSON:  Precinct R015, the

7     Canvassing Board deems the following a valid

8     vote for the Republican Rick Scott -- not Rick

9     Scott -- the Republican candidate,

10    Mr. Caldwell.

11         JUDGE CARPENTER-TOYE:  It's very generous

12    of you, sir.

13         MR. GOTHA:  I'm a nice guy.

14         JUDGE BENSON:  In R060, the Canvassing

15    Board finds this to be a no vote, an invalid

16    vote.

17         JUDGE CARPENTER-TOYE:  R033.

18         Q072.  That's close to West Palm.

19         JUDGE BENSON:  Yep.

20         MS. HARROD:  All right, Team.  We've got

21    an update for you.  You guys can all grab a

22    seat real quick.  It's getting a little rowdy

23    out here.

24         So if anyone didn't have breakfast, maybe

25    you're getting ready, due for lunch soon, which

1    is a hint.

2        If you have ballots on your table, would

3    you mind raising a hand for me?  So these

4    wonderful folks up front are doing the last

5    couple sets of ballots we have out here.  Take

6    your time.  There's no pressure.  We're all

7    getting paid to be here.  The rest of the folks

8    here, if you wouldn't mind keeping it down for

9    just a little while longer.

10        A couple of details for you for the County

11    folks.  I think Alfonso has talked to you this

12    morning about the details work for the County

13    folks, SOE folks.  Just a little bit of

14    logistics.  For the SOE folks, lunch will be

15    available on your way out the back door.  For

16    the party folks, they also are providing lunch

17    for you.  It will be available outside.  You

18    might get to hang a little bit because most

19    folks don't eat lunch at about 9:30.  Lunch is

20    coming a little bit later.

21        If you guys don't mind, we are going to

22    walk out in sort of an organized fashion so we

23    don't completely overwhelm the nice security

24    folks out front.

25        In this particular case, if you give me

1    about five or ten minutes for the folks with

2    the ballots to finish so I can clear all the

3    ballots off the floor.  And then we will start

4    taking folks from the back of the room to the

5    front.

6         Ten more minutes of quiet, if you could,

7    so they can focus.

8         Wait.  I've got one more assignment for

9    you.  And some of you folks are already

10   starting to -- thank you for that.  As much fun

11   as you've had here today, we get to do this

12   again for at least one more race.  So if you

13   can help put your tables back in the pristine,

14   beautiful condition in which you found them.

15        JUDGE CARPENTER-TOYE:  We've got to do

16   these.  J014 was the last one.  Next one is

17   048.  020.

18        JUDGE BENSON:  In Precinct R049, the

19   Canvassing Board finds the following ballot to

20   be a valid vote for the Democrat.  It was a DEM

21   vote.

22        Q031.

23        JUDGE CARPENTER-TOYE:  Q031.

24        MR. VAN DE BOGART:  Your Honor, we object

25   to that ballot.

1          JUDGE CARPENTER-TOYE:  We note your

2     objection.  That was the R049.

3          MR. VAN DE BOGART:  On behalf of the

4     Republican Party.

5          JUDGE CARPENTER-TOYE:  We're on precincts

6     from election day.

7          JUDGE BENSON:  We told you that.  Keep up.

8          JUDGE CARPENTER-TOYE:  Hang on a second.

9     We can match them up.

10         MS. HARROD:  Who's got ballots left out

11    here?  Anybody with ballots left out here?

12    Raise your hand.  All right.

13         So, folks, if you give me your attention

14    for one last minute here.  I have a very

15    important -- you're raising your hands for

16    ballots back there or are you waving at me?

17         Anyone with ballots?  Raise your hand.  I

18    don't see any more hands raised.

19         Two things.  One, thank you, and give

20    yourselves a big hand.  You're awesome.  And,

21    two, you're officially out.  But do it in

22    orderly manner, please.  This time we are going

23    to let the back of the room start clearing out

24    first.  Slowly.  Gracefully.

25         JUDGE CARPENTER-TOYE:  013.  R063.  We

1       have two of these agreed.

2            JUDGE BENSON:  Did you hear that?  We have

3       for your tally, the table agreed, two DEMS.

4       Mr. Goldstein?

5            JUDGE CARPENTER-TOYE:  It was two Ds

6       agreed.

7            JUDGE BENSON:  It was two DEMS agreed in

8       R063.  If you're not keeping track, we're not

9       going to announce it.

10           JUDGE CARPENTER-TOYE:  They're keeping

11      track out there in the audience right there.

12           MR. GOLDSTEIN:  I was trying to keep

13      track, but I got distracted.

14           JUDGE BENSON:  The board recognizes that

15      Mr. Goldstein distracts easily.

16           JUDGE CARPENTER-TOYE:  Q020.

17           MS. HARROD:  County folks, you're going

18      out the door to pick up your lunch, remember.

19      County and SOE, out the back door.  The mall

20      side where you came in.

21           JUDGE CARPENTER-TOYE:  405 --

22           MS. HARROD:  County and SOE go out the

23      mall side to pick up your lunch.  441 side is

24      the lunch side for County and SOE.

25           JUDGE BENSON:  One agreed DEM in Q062.

1              JUDGE CARPENTER-TOYE:  One agreed DEM,

2        Q062.

3              One agreed R in A012.  And one valid for

4        the DEM for the board.

5              JUDGE BENSON:  The Canvassing Board deems

6        the following ballot valid for the DEM in --

7              JUDGE CARPENTER-TOYE:  A012.  Sorry, it

8        was an R.

9              JUDGE BENSON:  One agreed DEM.

10             JUDGE CARPENTER-TOYE:  One agreed

11       Republican, right?  I have one agreed.

12             One agreed DEM in R041.

13             JUDGE BENSON:  In Precinct R043, the

14       Canvassing Board deems the following vote a

15       valid vote for the Democrat.

16             JUDGE CARPENTER-TOYE:  I'm going to write

17       it twice.  I'll make a note like that just so

18       it's the same, just so I know there were two of

19       them.  One agreed R.  R044.

20             Welcome to our core crowd.  We have a few

21       new, but the core is here.

22             A010.  We take a break at 11:00 or would

23       you like a break sooner?

24             MR. DAVIS:  Whatever is...

25             JUDGE BENSON:  This is the same one that

1       brought the water in.  He wants a break.

2            JUDGE CARPENTER-TOYE:  Was that S002?

3            JUDGE BENSON:  Yes, ma'am.

4            JUDGE CARPENTER-TOYE:  S005.  That's as

5       far away as you can get.

6            022.  What's going on?

7            MS. HARROD:  This is West Park.

8            JUDGE BENSON:  Let's do them right now.

9            JUDGE CARPENTER-TOYE:  Are they early

10      voting?  Election day?

11           MR. MEYERS:  Election day.

12           JUDGE BENSON:  C022.

13           JUDGE CARPENTER-TOYE:  Are they all

14      unders?  Okay.

15           MS. HARROD:  These are the West Park.

16           JUDGE CARPENTER-TOYE:  So we have been

17      advised by the supervisor of elections that the

18      precincts that need to be sorted for the West

19      Park manual recount tomorrow have been -- have

20      been pulled and isolated.  They're asking us if

21      we would take a look at those now so that we

22      give them back to them to run that so they can

23      get that done for us.

24           We're going to be clear that we are

25      starting -- the precincts that we're going to

1    be -- so the ones that are right there on the

2    right-hand side are what?

3         MS. HARROD:  West Park.

4         JUDGE CARPENTER-TOYE:  These are election

5    day.  How do you know those are not mixed in

6    with those other election days?  They were

7    brought out last and brought into the bin last.

8         JUDGE BENSON:  So we are now going -- CO22

9    was the last one in that bin for election day

10   precincts.  We are going to do a West Park bin.

11        JUDGE CARPENTER-TOYE:  Q050 election day,

12   all under.

13        It doesn't matter.  We are going to note

14   it when you tell us.

15        Q080.  Is that election day?  Election

16   day, all under.

17        Q081 election day?  Election day, all

18   unders.

19        What is that?  Is that food?  There is no

20   food or drink in this room.  Put it back in the

21   box and take it outside.  On top of being a

22   Canvassing Board member and on top of being a

23   county court judge, we're now food police.

24        Vote by mail.  Q083.  All unders.

25        082 vote by mail, all unders.

1              Q080 vote by mail, all unders.

2              Vote by mail.  There is one agreed D.

3              They're checking right now in all those

4       other bins to see if there are any more.

5              JUDGE BENSON:  Can we set this aside?

6              JUDGE CARPENTER-TOYE:  We can probably

7       tell from this right here.  It was only

8       election day, vote by mail that you're looking

9       for, right?  Election day and vote by mail.

10             So we have a 50 vote by mail and a 50

11      election day.  We have an 80 vote by mail and

12      an 80 election day.  We have an 81 election

13      day, no 81 vote by mail.  But that doesn't mean

14      there wasn't any vote by mail in 81.  82 we

15      have both election day and vote by mail.  And

16      83 we have election day and vote by mail.

17             So the only one that would be out there

18      would be 81 vote by mail.  That's all you would

19      find.  So the vote by mail is the only one you

20      need to check.  You don't need to check

21      election day.  We have all of them.  Vote by

22      mail, if you find an 81.

23             These are some ballots that were handed to

24      us that they were machine-unreadable.  It means

25      we need to read them individually.  So I just

1     want to make sure none of them have nothing to

2     do with West Park, so we might as well go ahead

3     and do them now.

4          JUDGE BENSON:  That's fine, Judge.

5          JUDGE CARPENTER-TOYE:  This is for the

6     agricultural machine-unreadable.  Just means

7     they went through and the machine wouldn't read

8     them, they put them in envelopes to make sure

9     that we looked at them.

10          JUDGE BENSON:  I see one of them was torn

11     at the bottom, Mr. Davis, so it might --

12          JUDGE CARPENTER-TOYE:  It kicks it out.

13          We'll look at them individually.  How do

14     we know?  West Park should be the number or

15     the...

16          JUDGE BENSON:  Q069 is not.

17          JUDGE CARPENTER-TOYE:  This is a --

18          JUDGE BENSON:  No vote under.

19          JUDGE CARPENTER-TOYE:  In this race.

20          JUDGE BENSON:  This one is blank vote for

21     the commissioner race.

22          JUDGE CARPENTER-TOYE:  Should we write

23     this down to show that we read them?

24          JUDGE BENSON:  We can put it back in the

25     envelope and I will mark that we read them.

1           JUDGE CARPENTER-TOYE:  I'm going to put

2      machine unreadable.  We're going to have --

3      again, this is Number 1.  We're going to have

4      more of those.  That's a no vote.  And then

5      there is a Republican vote with a torn one.

6           JUDGE BENSON:  We are reading machine

7      unreadables and the Canvassing Board finds that

8      this is a valid vote for the Republican in the

9      agricultural race.

10          JUDGE CARPENTER-TOYE:  Find this as a

11     valid D.

12          MR. DAVIS:  Are you going to do a ballot

13     and run it?

14          JUDGE CARPENTER-TOYE:  No.  That's why I'm

15     saying, there are only a few, so they want us

16     to manually recount them.  They'll be in an

17     envelope showing that they were

18     manual-recounted.  That's why we're counting.

19          JUDGE BENSON:  That's why I heard your

20     counter make sure we said one Democrat.

21          JUDGE CARPENTER-TOYE:  That was one R.

22     What has been said so far?

23          He said one R and one D.  Right, but she

24     hasn't checked that yet.  Do you agree that's a

25     D?

1             JUDGE BENSON:  Yes.

2             JUDGE CARPENTER-TOYE:  One D.  Do you want

3       to show them?  Show them, please.

4             This is a D.  This is an R.  So we have

5       two Rs, one D in this particular envelope.  And

6       this is an R.  Three Rs and one D.  We need to

7       check the precincts on all of those and make

8       sure they're not West Park.

9             JUDGE BENSON:  X043.

10            JUDGE CARPENTER-TOYE:  These are machine

11      unreadables that we are doing.

12            MR. SAUTTER:  Can you put the one before?

13            JUDGE CARPENTER-TOYE:  Let's go.  Let's do

14      them one at a time.  Just this race.  That's an

15      R.

16            Next.  Don't stack them.  That's an R.

17            It's three Rs and one D.

18            JUDGE BENSON:  That's the end of this

19      stack.

20            JUDGE CARPENTER-TOYE:  Number of them

21      pertain to West Park?

22            JUDGE BENSON:  Yes, ma'am.

23            JUDGE CARPENTER-TOYE:  You confirmed that?

24            JUDGE BENSON:  Yes, ma'am.  None of them

25      pertain to that precinct.  We're on Machine

1      Number 2.

2           JUDGE CARPENTER-TOYE:  These were machine

3      unreadables that were brought to us in

4      envelopes by the counter in the back.  They

5      didn't read in the machines and they are

6      programmed for this race.  This is machine

7      unreadable Number 2.  The first one is nothing.

8      An under-vote.

9           JUDGE BENSON:  It's blank.

10          JUDGE CARPENTER-TOYE:  The next one is

11     nothing.  Check the precinct, please.

12          JUDGE BENSON:  X049.  X049 another one.

13     X049.

14          JUDGE CARPENTER-TOYE:  Those were all

15     unders.

16          JUDGE BENSON:  That takes us...

17          JUDGE CARPENTER-TOYE:  That goes back in

18     that envelope, please.

19          JUDGE BENSON:  Envelope Number 3 for the

20     manual.

21          JUDGE CARPENTER-TOYE:  We need to check

22     precincts, please.

23          JUDGE BENSON:  C101 under.  C101 under.

24          JUDGE CARPENTER-TOYE:  You don't have to

25     announce that, just check.

1           So from this group of machine unreadables

2      in Envelope Number 3, there was one Democrat.

3           JUDGE BENSON:  Machine Number 4.

4           JUDGE CARPENTER-TOYE:  Just check the

5      precinct.

6           JUDGE BENSON:  All under.

7           JUDGE CARPENTER-TOYE:  Number 5.  In

8      Envelope Number 5, the Canvassing Board finds

9      five valid Ds.  Four?  Three.  Sorry.  That's

10     Envelope 5, three votes DEM.

11          JUDGE BENSON:  Yes.

12          JUDGE CARPENTER-TOYE:  It looks like we

13     have concluded selecting out the ballots that

14     need to be sorted for tomorrow's recount for

15     the West Park race.  We will proceed back to

16     election day.

17          So these were machine unreadables.  Is

18     West Park set aside?  We can close that.

19          We're ready to go.

20          JUDGE BENSON:  Back to election day.  One

21     agreed R.  They're all under.  That has one D?

22     T004.

23          JUDGE CARPENTER-TOYE:  They're all under.

24          One agreed R.

25          I say no.

1           JUDGE BENSON:  The following ballot is

2     Precinct A009, an invalid or no vote.  That's a

3     no vote.  That's no vote.  It's inconsistent

4     with the rest of the ballot.  Thank you.

5           JUDGE CARPENTER-TOYE:  One agreed D.

6           One agreed D.

7           C015.

8           One agreed R.

9           JUDGE BENSON:  Excuse me, sir.  I don't

10    mean to ask, but could you please step outside

11    if you're going to use the phone?  We have to

12    make sure we're going to stay focused.

13          UNIDENTIFIED MALE:  I understand.

14          JUDGE BENSON:  Thank you.

15          In Precinct Q010, the Canvassing Board

16    finds the following to be a valid vote for the

17    Democratic candidate.

18          MR. GOLDSTEIN:  It's three different types

19    of little indications, so it's inconsistent.

20          JUDGE BENSON:  We note your objection,

21    Mr. Goldstein, on behalf of the Republican

22    Party and Republican candidate.

23          JUDGE CARPENTER-TOYE:  Nothing to really

24    be excited about.  One of the ballots was not

25    the envelope it needed to be in, so we found

 1    it.  And it's an under ballot, but it needs to

 2    go to the right spot.  T006, right?  The other

 3    one we're looking for is M12.

 4         Q067 and this is an agreed D.

 5         One agreed D.  That's on 004, right?

 6         R032.

 7         You can take these empties, if you want,

 8    away, which will make some room.  Make some

 9    room for Ms. Santiago.  It's hard for her to

10    move.  So if we can just push them up as close

11    as to her as possible.

12         Is this E003?  What do we have?  One

13    agreed R.

14         Then those others, if we can push those

15    down to Ms. Santiago as we can.  Appreciate it.

16    Thanks for your help.

17         Next.  It looks like this is one agreed D.

18         One for board determination.

19         JUDGE BENSON:  Precinct C001, the

20    Canvassing Board determines this is an invalid

21    or no vote.  Okay.

22         Two agreed Ds.

23         JUDGE CARPENTER-TOYE:  Fifteen-minute

24    break.

25    (A recess was taken from 10:26 a.m. - 10:53 a.m.)

1          JUDGE BENSON:  One agreed Republican in

2     H006.

3          JUDGE CARPENTER-TOYE:  One agreed D.

4          One agreed red.  B015.

5          That bin is complete.  Now they can take

6     it.

7          C021.

8          JUDGE BENSON:  In Precinct CO21, the

9     Canvassing Board finds a valid vote for the

10    Republican candidate for commission of

11    agriculture.

12         CO21 has already been done?

13         JUDGE CARPENTER-TOYE:  Yes.

14         Agreed R.

15         One agreed D.

16         One agreed D.

17         JUDGE BENSON:  J0016, one agreed DEM.

18         The Canvassing Board finds the following

19    ballot in Precinct F012 to be an invalid or no

20    vote.

21         JUDGE CARPENTER-TOYE:  One agreed DEM.

22    One agreed DEM.

23         JUDGE BENSON:  One agreed DEM in 2051.

24         The Canvassing Board finds the following

25    ballot in J014 to be a valid vote for the

1      Democratic candidate.

2           JUDGE CARPENTER-TOYE:  One agreed R.

3           Two Agreed Rs.

4           One agreed D.

5           JUDGE BENSON:  In Precinct J015, the

6      Canvassing Board finds the following ballot to

7      be a valid vote for the Republican candidate

8      for the secretary.  I meant commissioner.  I

9      said secretary.

10          JUDGE CARPENTER-TOYE:  One agreed DEM in

11     J012.

12          R063 right here, we should scratch that?

13     Scratch that for now and then we'll go to the

14     next one, which is?

15          JUDGE BENSON:  Canvassing Board finds the

16     following ballot a Democratic vote in E006 for

17     the Democratic candidate for commissioner.

18          JUDGE CARPENTER-TOYE:  One valid DEM.

19          One agreed R.

20          029.

21          One agreed DEM.

22          JUDGE BENSON:  Canvassing Board deems the

23     following ballot in Precinct X050 an overvote,

24     invalid.

25          JUDGE CARPENTER-TOYE:  He are M020.

Page 61

1        M015.

2        One agreed R.

3        One agreed D.

4        One agreed R.

5        JUDGE BENSON:  In Precinct T018, the

6    Canvassing Board deems the following ballot a

7    valid vote for the Democrat.

8        MR. GOLDSTEIN:  We are going to object to

9    that.  Its an overvote.

10        JUDGE BENSON:  We note your objection.

11    Thank you, sir.

12        In N008, the Canvassing Board deems the

13    following ballot a valid vote for the Democrat.

14        MR. VAN DE BOGART:  Objection, Your Honor.

15    Overvote.

16        JUDGE BENSON:  Thank you, sir.  We note

17    your objection.

18        In Precinct C023, the Canvassing Board

19    deems this a valid vote for the Republican.

20        MR. GOTHA:  Your Honor.

21        JUDGE BENSON:  Would you like to adopt the

22    previous objection?

23        MR. GOTHA:  Same objection.

24        JUDGE BENSON:  So noted.

25        MR. GOLDSTEIN:  For the record, I would

 1      say that that was a bit (inaudible.)

 2           JUDGE BENSON:  The pen did not take a full

 3      nap.  More like just closed its eyes for a

 4      minute?

 5           MR. GOLDSTEIN:  Yes, Your Honor.

 6           JUDGE CARPENTER-TOYE:  These are two that

 7      we identified that should be in that other

 8      stack of bins with the senator.

 9           MR. VAN DE BOGART:  Thank you, Your Honor.

10           JUDGE BENSON:  The Canvassing Board finds

11      a valid vote for the Democrat for the

12      Commissioner of Agriculture on this next

13      ballot.

14           JUDGE CARPENTER-TOYE:  O27.

15           JUDGE BENSON:  Canvassing Board finds the

16      following ballot a no vote, invalid vote.

17           JUDGE CARPENTER-TOYE:  One agreed D.

18           JUDGE BENSON:  The Canvassing Board finds

19      the following ballot valid for the Democratic

20      candidate in Precinct W016.

21           MR. GOLDSTEIN:  Object as an overvote.

22           JUDGE BENSON:  We note your objection.

23           JUDGE CARPENTER-TOYE:  One agreed R.

24           JUDGE BENSON:  The Canvassing Board finds

25      the following vote a valid vote for the

1    Democrat.

2         JUDGE CARPENTER-TOYE:  This is agreed D.

3         I'm sorry.  Wait.

4         JUDGE BENSON:  The Canvassing Board has

5    deemed the following ballot in Precinct E033 a

6    valid vote for the Democrat.

7         Did you have a question?

8         MR. DAVIS:  Inaudible.

9         JUDGE CARPENTER-TOYE:  Would you like do

10   that now?

11        MR. DAVIS:  Can you finish the bin you're

12   in?

13        JUDGE BENSON:  Finish the bin we're in.

14        JUDGE CARPENTER-TOYE:  Y007.

15        JUDGE BENSON:  The Canvassing Board finds

16   the following vote an invalid vote, no vote, in

17   Precinct B041.

18        MR. DAVIS:  Valid vote or invalid?

19        JUDGE BENSON:  Invalid.  No vote.  When I

20   say no vote...

21        MR. GOLDSTEIN:  The other races -- can I

22   see the other races, the governor's race?  More

23   down.  Okay.

24        JUDGE BENSON:  You're good.  He says fine.

25        JUDGE CARPENTER-TOYE:  Q.  Q as in queen.

1          JUDGE BENSON:  The Canvassing Board deems

2     the following ballot in Precinct Z001 a valid

3     vote for the Democrat.

4          MR. GOLDSTEIN:  Crossed out like that.

5          JUDGE BENSON:  Mr. Goldstein, were you

6     registering an objection on that one?

7          MR. GOLDSTEIN:  No.  I was letting her

8     know that I didn't object.  She didn't need to

9     show the ballot.

10          JUDGE CARPENTER-TOYE:  That was the end of

11     the bin.

12          MR. DAVIS:  (Inaudible.)

13          JUDGE CARPENTER-TOYE:  It's being recorded

14     right here and the court reporters are trying

15     to take it down.

16          MR. DAVIS:  Nikki Fried came to --

17          JUDGE CARPENTER-TOYE:  We can't hear you.

18          JUDGE BENSON:  Those court reporters have

19     been here for 16 hours a day.  Thank you for

20     all of the time you all have been here.

21          MR. DAVIS:  They're doing it for nothing,

22     too.  Just kidding.

23          Judge, apparently, from what our

24     understanding is in the Nikki Fried campaign,

25     there are -- we're dealing with two different

1    sets of numbers.  The original one that was

2    done and went up to the secretary of state on

3    Saturday, last Saturday -- seems like a long

4    time ago.  I bet to you guys, too -- showed

5    2,000 more votes than -- it's really 2,045 more

6    votes -- than what came out of the machine

7    recount from yesterday.  Two days ago, sorry.

8         And our position is that, at this point,

9    it's up to the supervisor of election's office

10   to find those 2,045 ballots to try to

11   explain -- because it makes no sense to us

12   where you have ballots being counted and going

13   up to the, you know, secretary of state, where

14   if there would have been a problem with those

15   ballots in the first place -- in other words,

16   if there were too many ballots in the first

17   place, it wouldn't have matched up with the

18   number of voters and it would have kicked out

19   the count in the first place.  That didn't

20   happen.  They found it to be invalid.  And then

21   they went up.

22        Then they did the recount through the

23   machines and somehow 2,045 ballots were either

24   lost or were either misplaced and not put

25   through the machines.  There is no way with

 1    these type of ballots that you would lose that

 2    amount of votes running through the machine

 3    again.

 4        So what we would like to do is request

 5    this Canvassing Board to basically order the

 6    supervisor's office to spend the next 24 hours

 7    finding out where those ballots are or at least

 8    give us some type of an explanation, because

 9    everybody is losing votes in this.  It's just

10    not the Democrats.  Republicans are losing

11    votes as well.  Obviously, because it's Broward

12    County, more votes are being lost by the

13    Democratic party.  My candidate is losing a lot

14    of votes that we believe should be in her

15    corner and being voted.  We don't know the best

16    way to do this.

17        There was an emergency hearing that

18    Mr. Meyers was on the phone call about that the

19    Republican party had filed an Emergency Writ of

20    Mandamus in Tallahassee asking the secretary of

21    state to accept the ballots that went up after

22    the 3:00 p.m. statutory requirement.

23        The judge up there read the statute.  And

24    I can cite it to you, it's 102.1417C.  He

25    indicated that it needs to be in Tallahassee

1    timely.  That's a shall.  And that, if not,

2    then what you're supposed to do, according to

3    the statute, is count the ballots that were

4    initially counted through the supervisor's

5    office.  So it's...

6        JUDGE BENSON:  Kind of mirrors the machine

7    recount, the one we just dealt with.

8        MR. DAVIS:  It does in a way.  But if they

9    don't find these 2,000 ballots, there is going

10   to be 2,000 Broward County citizens who voted,

11   both for Democrats and Republicans, that are

12   not going to have their vote counted.

13       JUDGE CARPENTER-TOYE:  My understanding,

14   and I'm going to defer to Canvassing Board

15   counsel, but my understanding is that the first

16   unofficial results went to Tallahassee

17   sufficiently and legally and the Canvassing

18   Board certified those and they went up.

19       Subsequent to that, we participated in the

20   machine recount.  And, as you know, and as

21   everyone knows, the results were sent to

22   Tallahassee; however, they were rejected by

23   Tallahassee.  And we got word back from

24   Tallahassee, the Canvassing Board I'm saying,

25   got word back from Tallahassee that we had to

1    proceed based on the first unofficial report of

2    the numbers that had come from Broward County.

3    So we did that.

4         And so we proceeded, the manual recount

5    continued as the statute requires.  And the

6    Canvassing Board continued to operate and

7    proceed under the first unofficial result

8    count; is that right?

9         As the second, yes.

10        MS. HARROD:  (Inaudible) -- the statute --

11        MR. MEYERS:  But that is just for filing

12   purposes and what constitutes the second

13   unofficial recount.  If the second doesn't get

14   in in time, then what is filed is the first.

15   But you do complete the manual recount and the

16   manual recount was completed at some point

17   after 3:02.

18        JUDGE CARPENTER-TOYE:  Do you mean the

19   machine?

20        MR. MEYERS:  Excuse me.  The machine

21   recount.  Sorry.  It was easier when they

22   called them the handwritten counts.

23        The vote differed.  And we did have a call

24   this morning of a Judge Doddson in Tallahassee,

25   because the Caldwell campaign was seeking an

1    emergency mandamus, but then ended up

2    withdrawing.

3         But we announced in court was that it

4    would be our advice that the base number to

5    which you would add the overseas ballots, you

6    would add the cures (phonetic) and you would

7    add valid votes from the recount would be the

8    number that was finished after 3:02 yesterday,

9    that shows on my printout a total of 712,989

10   ballots cast, which jumped up sightly from the

11   302 numbers which were 712,819.

12        However, Mr. Davis makes a fair point.

13   We're not sure why the numbers went down from

14   the first unofficials until the second.  And it

15   is the Canvassing Board's responsibility to

16   count all valid ballots that are presented to

17   the board.  So if there were an explanation as

18   to what happened and the Canvassing Board

19   determined that valid ballots dropped out and

20   were not -- we don't know right now.  Then that

21   is something that we would advise the board on.

22        JUDGE BENSON:  Well, my recollection is

23   that we directed SOE to do that.  I am happy to

24   direct them again.

25        But I think that we have directed the

1      supervisor all along to do exactly what

2      Mr. Davis is requesting; that they find and

3      tabulate all valid ballots.  And that any

4      ballots that they find that are of a

5      questionable nature, they bring to us to canvas

6      and we make those determinations in a public

7      forum.

8          So I'm happy to direct them again.  But I

9      don't think -- I don't want to leave the

10     impression that this is the first time we have

11     addressed this issue.  We have addressed it

12     previously.

13         MR. MEYERS:  Judge, your direction to the

14     supervisor has been consistent.  You'll canvas

15     what's presented to you.  You will ensure that

16     all valid ballots that are presented are

17     canvassed and included in the totals.

18         JUDGE CARPENTER-TOYE:  She's also correct

19     in that we did after that the second unofficial

20     went up and, actually, right after it was

21     rejected, but when we thought it might be

22     accepted, we did indicate that there was a

23     difference in the numbers and we did, at that

24     time, direct the supervisor of election's

25     office to find out the answer to the question

1    and present it to the board.

2         And as we sit here today, I don't have an

3    answer to the question.  I don't think anyone

4    on the board has heard the answer.

5    MR. MEYERS:  Mr. Davis, I think, is just

6    trying to make a record of this.  If something

7    is presented to the Canvassing Board, it would

8    be considered.  But unless something is

9    presented, it is our guidance to go off the

10   second unofficial recount numbers that were

11   presented after.

12   MR. DAVIS:  Right.  And if that's the

13   case, if there is no way -- from what I am

14   hearing from the County is that if there is no

15   way to determine where these 2,000 ballots are

16   at this point, it sounds like what they are

17   going -- the County is going to request that

18   you do is send up the second ones that came

19   from the machine count which would

20   disenfranchise over 2,000 Broward County

21   Citizens who voted in these elections, went to

22   the poles, early vote, you know, went to their

23   precincts, they're not going to have their vote

24   counted.

25        I spoke with Mr. Meyers about this on a

1        number of occasions and Mr. Petties as well,

2        from the supervisor's office, and so far -- and

3        I understand how busy everybody was.  I was

4        here this morning at 5:30.  I saw the amount of

5        work that went into this.

6            But we have 24 hours to get this thing

7        straight from now.  Twelve o'clock tomorrow.  I

8        know that we still have a little bit to finish

9        today and you've got that small recount

10       tomorrow.

11           But to my view, there are ways that this

12       could be done.  This could be done with another

13       count through the machine which would maybe

14       validate which it is.  There is an optical

15       scanner possibility to use it to see which is

16       an accurate count that went through it.

17           JUDGE CARPENTER-TOYE:  Perhaps before we

18       go forward on possibilities, perhaps we ought

19       to hear from the supervisor's office as to

20       whether or not they have, in fact, an

21       explanation for the difference in the numbers.

22           MR. DAVIS:  Dr. Snipes is right there,

23       maybe she can help.

24           JUDGE CARPENTER-TOYE:  Maybe Dr. Snipes

25       can report to the board as a supervisor and not

1    as an acting member board the right now since

2    we have a member of the county sitting as a

3    member of the Canvassing Board.

4         So if you could maybe report as the

5    supervisor of elections.

6         MS. SNIPES:  As the supervisor of

7    elections, we have been trying to determine

8    what could have caused the drop.  What we

9    believe is that in the recount area, most of

10   you had an opportunity to see that, I believe

11   those ballots were probably mixed in with

12   another stack.

13        The ballots are in the building.  The

14   ballots are in the building.  So I cannot prove

15   that the ballots are in with votes that were

16   from another group.  But I do believe with the

17   close proximity of how everybody had work, it's

18   my thinking and Joe's and my staff, is that

19   somebody must have put their stack in a tray

20   where it didn't belong and we didn't pick that

21   up, so we continued to count.

22        What we can do is go back and recount.  I

23   believe the shortest looks like it's in early

24   voting.  We can go back and recount that.

25   Because if we're talking about having the West

1    Park event this afternoon, then that would give

2    us an opportunity to go ahead and recount the

3    ballots where we think the discrepancy might

4    be.

5         The ballots are in this building.  There

6    would be nowhere else for them to be, but they

7    are misfiled in this building.

8         MR. DAVIS:  Dr. Snipes, in all due respect

9    to you and your office, again, I reiterate how

10   hard you guys have been working and how

11   difficult the process has been with recount.

12        Nonetheless, the ballots being in the

13   building doesn't get them counted.  There are

14   2,000 people that have ballots in the building

15   that are going to be disenfranchised.

16   Candidates for statewide and other offices are

17   losing votes.

18        We only have 24 hours to get this done at

19   this point.  I would just ask that this --

20        JUDGE CARPENTER-TOYE:  Have we isolated

21   where the 2,045 votes -- ballots are from?

22   What particular portion of the --

23        JUDGE BENSON:  I think Judge Carpenter

24   means:  Are they early voting votes?  Are they

25   election day votes?

1          MS. SNIPES:  I think they're vote by mail

2     ballots.  It's early voting -- sorry about

3     that.  It's early voting.

4          JUDGE CARPENTER-TOYE:  How are you able to

5     isolate that, that they come from -- that the

6     2,045 comes from early voting?

7          MS. SNIPES:  It's because of where the

8     reduction in the numbers were according to

9     our --

10         JUDGE CARPENTER-TOYE:  Second unofficial?

11         MS. SNIPES:  Yes.

12         JUDGE CARPENTER-TOYE:  Is that consistent

13    with what everybody sees in the numbers?  That

14    the 2,045 is reflected in the --

15         MS. SNIPES:  I believe that's it.  I don't

16    have the thing in front of me.  If you would

17    allow us to go back and look more carefully and

18    determine exactly where we think the shortage

19    might be.

20         MR. DAVIS:  Apparently, it's not all early

21    voting, but I don't know.  I don't have access

22    to...

23         MS. SNIPES:  If I can go back and meet

24    with the staff to make a determination where

25    they believe the shortages lie.

1          JUDGE CARPENTER-TOYE:  That's why we would

2     like to hear from you and staff as to where

3     they lie.  We are continuing to go forward on

4     the manual recount and we are intending to do

5     that and continuing forward.  And if you could

6     report back.  It's about 10 to 12:00 now.

7     Maybe if we could hear something from you by

8     one o'clock just as to a report.  Okay?

9          JUDGE BENSON:  Mr. Goldstein wants to be

10    heard.  Briefly, Mr. Goldstein.

11         MR. GOLDSTEIN:  Yes, thank you.

12         On that topic that we are talking,

13    Ms. Snipes, the one thing -- we certainly want

14    all valid votes to be counted, but we don't

15    want valid votes to be counted twice.  When we

16    are going back and doing this review, please

17    make sure you'll be able to tell us and the

18    public that no votes are being counted twice

19    when we go back to look at that.

20         On a second point -- and I hate to bring

21    up a second point, but it relates to counting.

22    We finished the senate recount yesterday.  I

23    know we all are working around the clock, but

24    everyone in this room and everybody listening

25    and everybody watching would like to know the

1          totals there, at least, before it gets up and

2          certified.

3               JUDGE CARPENTER-TOYE:  We're ready to give

4          you those.

5               MR. GOLDSTEIN:  I appreciate that.  Thank

6          you.

7               JUDGE CARPENTER-TOYE:  We're ready to give

8          you those numbers.

9               Go ahead.

10              Thank you very much, Dr. Snipes.

11              Yes?

12              MR. SAMUELS:  Lenoard Samuels on behalf of

13         the Florida Democratic party.  And of course we

14         are concerned about the roughly 2,000 votes

15         that are missing.  And just to state on the

16         record, from the initial recount -- from the

17         initial count, the unofficial results that were

18         sent to the state versus the recount, the

19         machine recount that came in late, Mr. Scott --

20         I'm sorry, Governor Scott lost 606 votes,

21         Mr. DeSantis lost 621 votes, Mr. Caldwell lost

22         616 votes, Senator Nelson lost 1,385 votes,

23         Mr. Gillum lost 1,373 and Ms. Fried lost 1,341.

24              So it is clear to us that should the

25         machine recount get sent up without accounting

1    for these missing votes, there will be voters

2    who will be disenfranchised and there will be

3    candidates of the Florida Democratic party who

4    will be prejudiced as a result of that

5    disenfranchisement.

6          Of course it's important that all valid

7    votes get counted.  And we all seem to be in

8    agreement on that.

9          We're concerned about what's happened.  I

10   am not sure what the supervisor of election is

11   doing now or able to do and so I just want to

12   make a couple of points.

13         Optimal scanners cannot lose votes.  Votes

14   were lost --

15   JUDGE BENSON:  Mr. Samuels, I understand

16   your concerns, but we are the Canvassing Board.

17   We can, and as we indicated on the record, have

18   directed the supervisor to find and look for

19   the votes.

20         But in terms of the mechanics of it, sir,

21   I think you're speaking to the wrong forum.

22   MR. SAMUELS:  Thank you.  I'll be very

23   brief and just send my recommendations on the

24   record.  I'll be very, very brief.  I have

25   three things.

1           One is we think that the images can be

2      compared from the first run to the second run.

3      We think that the technology has the ability to

4      do this.  And we will be addressing that with

5      the supervisor as well.

6           We think that if those votes are lost,

7      people should not be disenfranchised.  And this

8      is an issue for you, I believe, the initial

9      count, plus whatever the hand recount finds is

10     what should be sent up to the state.  And,

11     also, if necessary, a hand count of all the

12     votes takes place once again if we can't locate

13     these 2,000 votes.

14          I'm telling you what our position is in

15     terms of what should happen to rectify the

16     possible disenfranchisement of these voters.

17          JUDGE CARPENTER-TOYE:  Can anybody tell

18     me -- I've heard the numbers the particular

19     candidates have lost from the first unofficial

20     to the second unofficial.  But in terms of

21     coming up with the number 2,045, I hear that

22     number kicked around.

23          MR. DAVIS:  That is what I got from the

24     supervisor.  That was a number that we were

25     given from the supervisor's office.

1          JUDGE CARPENTER-TOYE:  Okay.  I just

2     wanted that to be clear on the record, because

3     there has been a lot of different numbers.

4          The supervisor reported that 2,045 votes

5     were the difference that went up in the first

6     and the second?

7          MR. MEYERS:  Judge Carpenter-Toye, if

8     you -- just comparing the two printouts, and

9     again, this isn't the end of the machine

10    recount because the numbers went up slightly,

11    but just comparing the two numbers that were

12    transmitted to the state, it looks to us like

13    there is -- it's 2,040.  It's 714,859 was the

14    first number.  The second number looks to be

15    712,819.

16         JUDGE CARPENTER-TOYE:  So 2,040.

17         MR. MEYERS:  Yes.

18         JUDGE CARPENTER-TOYE:  Thank you.  I

19    wanted a clarification on the record on that.

20         We are going to move forward, right?

21         MR. SAMUELS:  Thank you.  I appreciate you

22    considering our request as well.

23         JUDGE CARPENTER-TOYE:  No problem.  Thank

24    you.

25         If you would like to hear yesterday's

1    report while we are reporting numbers.

2         MR. GOLDSTEIN:  Yes, if you don't mind.

3         MS. HARROD:  A quick update.  This is just

4    the additional of the overs and unders for

5    which a true indication of a definite voter --

6    pardon me.

7         So from the Florida -- from the Canvassing

8    Board's determination yesterday for which you

9    maintain the tallies, the total tally was --

10   would be an additional 410 votes for the

11   Democrat candidate and a total additional 136

12   votes for the Republican candidate.  That's 410

13   Democratic candidate and 136 Republican.

14        I actually just received the completed

15   tally sheet that I'll be providing to Your

16   Honor for your view.

17        JUDGE CARPENTER-TOYE:  Because they took

18   our handwritten tally from yesterday from 12

19   hours worth of tallying and compiled them for

20   us overnight and got that number for us.  So we

21   appreciate that.  Thank you.  We appreciate

22   that.  Thank you.

23        JUDGE BENSON:  We are still on election

24   day for the agriculture commissioner.

25        JUDGE CARPENTER-TOYE:  The next one is

1    X019.

2         JUDGE BENSON:  In Precinct X019, it is the

3    decision of the Canvassing Board that this is a

4    valid vote for the Republican candidate.

5         In Precinct X019, it is the decision of

6    the Canvassing Board that the following is a

7    valid vote for the Democratic candidate.

8         MR. GOLDSTEIN:  Can you show me the

9    bubbles for the governor's race?

10        JUDGE BENSON:  Keep going down.  Keep

11   going.  Keep going.  You said governor.

12        MR. GOLDSTEIN:  I'm sorry.  The governor

13   too.  I want to see if it's bubbled.

14        We'll object as to two different type of

15   checkmarks.  There are circles on the oval and

16   then circles on the D.  They're inconsistent

17   intent and should not be counted.

18        JUDGE BENSON:  Thank you, sir.

19        JUDGE CARPENTER-TOYE:  One agreed D.

20        JUDGE BENSON:  It's the decision of the

21   Canvassing Board that the following is a valid

22   vote for the Democratic candidate.  These are

23   two DEMS.

24        JUDGE CARPENTER-TOYE:  028.

25        JUDGE BENSON:  It is the decision of the

1    Canvassing Board that the following ballot in

2    Precinct Q041 is a valid vote for the

3    Democratic candidate.

4         JUDGE CARPENTER-TOYE:  M021.  Are you

5    signing those?

6         JUDGE BENSON:  Yes.

7         JUDGE CARPENTER-TOYE:  One agreed DEM.

8         W025.

9         One agreed DEM.

10        JUDGE BENSON:  The Canvassing Board in

11   Precinct M005 decrees the following to be a

12   valid vote for the Democratic candidate.

13        JUDGE CARPENTER-TOYE:  One valid R.  One

14   agreed R.  Sorry.

15        022.  One agreed DEM.

16        MS. BENSONDT:  Precinct E021, it is the

17   decision of the Canvassing Board that this is a

18   valid vote for the Democrat.

19        MR. GOLDSTEIN:  We object.  It's more than

20   a pen rest.  It should be an overvote and

21   invalid.

22        JUDGE BENSON:  We note your objection to

23   Precinct EO21.

24        JUDGE CARPENTER-TOYE:  This is election

25   day.  I think there are some just on the other

1     side.

2           We got that.  All good.

3           All right.  2018.

4           It's agreed.  One agreed R.

5           JUDGE BENSON:  The following vote is

6     deemed invalid by the board.  It's in Precinct

7     Y001.

8           JUDGE CARPENTER-TOYE:  Agreed R.

9           013.

10          Where are we?  You want to take a minute?

11    You're good.  Okay.

12          H007.

13          JUDGE BENSON:  It's the Canvassing Board's

14    decision that this a valid vote for the

15    Democratic candidate in H007.

16          MR. GOLDSTEIN:  We object as to an

17    overvote.  They about 50/50 half circled the R

18    and half circled the D.

19          JUDGE BENSON:  We note your objection.

20    Thank you, sir.

21          The Canvassing Board finds a valid vote

22    for Precinct N015 for the following ballot.

23          JUDGE CARPENTER-TOYE:  Three Ds.

24          JUDGE BENSON:  One agreed Democrat in

25    B043.

1          JUDGE CARPENTER-TOYE:  One agreed D.

2          I have A011.

3          One agreed R.

4          JUDGE BENSON:  In Precinct L005, the

5     Canvassing Board agrees that this is a valid

6     vote for the Democrat.

7          In Precinct M032, the Canvassing Board

8     finds this an invalid or overvote.  There is

9     also an agreed DEM.

10         JUDGE CARPENTER-TOYE:  One agreed R.

11         One agreed D.  One agreed R.

12         Three Ds.

13         Agreed D.  Sorry.  Three agreed Ds.  Three

14    agreed Ds.

15         G002.

16         Two agreed Ds.

17         One agreed D.

18         JUDGE BENSON:  In Precinct D005, the

19    Canvassing Board determines the ballot to be a

20    valid vote for the Democrat.

21         JUDGE CARPENTER-TOYE:  One agreed R.

22         JUDGE BENSON:  In Precinct D006, the

23    Canvassing Board determines that the following

24    vote is a valid ballot for the Democrat.  A

25    valid vote.

1          MR. VAN DE BOGART:  Can you go back to

2    that?

3          JUDGE CARPENTER-TOYE:  One agreed D.  It

4    goes to D006.

5          JUDGE BENSON:  In Precinct X033, the

6    Canvassing Board finds the following to be a

7    valid vote for the Democratic candidate.

8          MR. VAN DE BOGART:  Objection on behalf of

9    the Republican party.  That's more than just a

10   pen rest.

11         JUDGE BENSON:  Yes, sir.  We note your

12   objection.  And that is in Precinct X033.

13         In Precinct X021, it is the decision of

14   the Canvassing Board that the following is a

15   valid vote for the Democratic candidate.

16         In Precinct X024, it is the decision of

17   the Canvassing Board that the following is a

18   valid vote for the Democratic candidate.

19         JUDGE CARPENTER-TOYE:  One agreed D.

20         Two agreed Rs.

21         JUDGE BENSON:  In Precinct E002, it is the

22   decision of the Canvassing Board that the

23   following is an invalid vote, no vote.

24         029.

25         One agreed DEM.

Page 87

1          JUDGE CARPENTER-TOYE:  One agreed D.

2          Agreed R.

3          JUDGE BENSON:  Precinct W019, the

4    following vote is deemed invalid or no vote by

5    the Canvassing Board.

6          JUDGE CARPENTER-TOYE:  One agreed D.

7          One agreed R.

8          One agreed D.  Agreed D.

9          JUDGE BENSON:  In Precinct G016, the

10   Canvassing Board agrees that the following

11   ballot is invalid.  It's an under-vote.

12          That's the end of election day.  Now we're

13   going to go off the record.

14   (A recess was taken starting at 12:56 p.m.)

15          * * END OF TRANSCRIPT * *

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF REPORTER


STATE OF FLORIDA)

COUNTY OF BROWARD)



     I, Lisa Kessling, Notary Public, certify that I

was authorized to and did stenographically report

the matter before the Canvassing Board, pages 1

through    ; and that the transcript is a true

record of my stenographic notes.

     I further certify that I am not a relative,

employee, attorney, or counsel of any of the

parties, nor am I a relative or employee of any of

the parties' attorney or counsel connected with the

action, nor am I financially interested in the

action.

     Dated this 18th day of November, 2018.




_____
Lisa Kessling, FPR
Notary Public - State of Florida

## 0

**004** 58:5
**0124** 43:5
**013** 46:25
**020** 42:14 45:17
**022** 49:6
**029** 60:20
**048** 45:17
**082** 50:25

## 1

**1** 3:25 53:3
**1,341** 77:23
**1,373** 77:23
**1,385** 77:22
**10** 6:2 76:6
**102.1417C** 66:24
**10:26** 58:25
**10:53** 58:25
**11** 6:5
**11:00** 48:22
**12** 6:8 81:18
**12:00** 76:6
**13** 6:18
**136** 81:11,13
**14** 6:23 14:14,16
**16** 15:5,18 64:19
**17** 15:17,18,19
**18** 15:20
**19** 15:21

## 2

**2** 55:1,7
**2,000** 29:23 30:4 65:5 67:9,
   10 71:15,20 74:14 77:14
   79:13
**2,040** 80:13,16
**2,045** 65:5,10,23 74:21 75:6,
   14 79:21 80:4
**2051** 59:23
**21** 15:23 16:1,3
**22** 16:5,6
**23** 16:8
**24** 66:6 72:6 74:18

**24/7** 41:9
**25** 16:24
**26** 16:25
**27** 17:2
**28** 17:3
**29** 17:8

## 3

**3** 4:3 55:19 56:2
**30** 17:12 19:2
**302** 69:11
**31** 17:13
**32** 17:14
**33** 17:15
**34** 17:16,18
**35** 17:20,21
**36** 17:23
**37** 17:24 18:4,12
**38** 17:25 18:1,3,7,16
**39** 19:15
**3:00** 66:22
**3:02** 68:17 69:8

## 4

**4** 4:10 13:17 56:3
**405** 47:21
**41** 19:16
**410** 81:10,12
**42** 19:18,19,21
**43** 20:1
**44** 20:2,3
**441** 47:23
**45** 20:6
**46** 20:7
**47** 20:9
**48** 20:11,13
**49** 20:15,22

## 5

**5** 4:16 13:25 56:7,8,10
**50** 20:16,23,24 51:10
**51** 21:6
**52** 21:8,13
**54** 21:18
**55** 29:1

**56** 21:19
**57** 21:21 22:2,3,7,21,22
**58** 22:19,23 23:5,6
**59** 23:7,11
**5:30** 72:4

## 6

**6** 4:23
**60** 23:15,16 24:4
**606** 77:20
**61** 24:5,7
**616** 77:22
**62** 24:10,12
**621** 77:21
**63** 24:15,20,21
**64** 24:25 25:2
**65** 34:9,15 35:1
**66** 35:3
**67** 35:22
**68** 36:13
**69** 36:14,17

## 7

**7** 5:2
**70** 28:25 36:18
**71** 36:22,25
**712,819** 69:11 80:15
**712,989** 69:9
**714,859** 80:13
**72** 37:4,9,17
**73** 38:7,8
**74** 38:9
**75** 38:10,14,16
**76** 38:15,17,18
**77** 38:24 39:3,5
**79** 39:14

## 8

**8** 5:8 14:3,4
**80** 39:15 51:11,12
**81** 39:16,18 51:12,13,14,18,
   22
**82** 39:21 51:14
**83** 39:23,24,25 51:16
**84** 40:1,3

**85** 40:5,7,10
**87** 28:25

---

**9**

**9** 5:20 14:6
**9:30** 44:19

---

**A**

**a.m.** 58:25
**A009** 57:2
**A010** 48:22
**A012** 48:3,7
**ability** 8:12 79:3
**accept** 66:21
**accepted** 70:22
**access** 75:21
**accounting** 77:25
**accurate** 72:16
**acting** 2:10 73:1
**action** 12:10
**add** 69:5,6,7
**addition** 8:7
**additional** 4:23 5:23 81:4, 10,11
**address** 26:22 30:14
**addressed** 70:11
**addressing** 79:4
**adopt** 61:21
**advice** 69:4
**advise** 69:21
**advised** 49:17
**afternoon** 74:1
**AG** 26:18 32:18
**agree** 9:24 22:15 32:4 53:24
**agreed** 12:25 13:1,3 14:9 15:19,23,24 16:9,25 17:2,3, 5,8,14,15,16,22,24 18:12 20:8,9,10,14 21:7,20,23,24, 25 22:1 23:7,8 24:11 25:3 35:3 36:19 37:5,6 38:9,25 39:1,14,15,22 40:8 41:25 42:6,13 43:4,5 47:1,3,6,7,25 48:1,3,9,10,11,12,19 51:2 56:21,24 57:5,6,8 58:4,5,13, 17,22 59:1,3,4,14,15,16,17, 21,22,23 60:2,3,4,10,19,21 61:2,3,4 62:17,23 63:2

**agreeds** 41:21,22,23
**agreement** 78:8
**agrees** 37:1
**agricultural** 13:14 15:14 28:19 29:18 31:6 52:6 53:9
**agriculture** 12:18,19 13:10 31:15 59:11 62:12 81:24
**ahead** 3:24 33:22 52:2 74:2 77:9
**airline** 10:11
**Alfonso** 44:11
**amount** 66:2 72:4
**announce** 47:9 55:25
**announced** 69:3
**announcement** 24:16,17
**apologize** 26:14 36:7
**apparently** 64:23 75:20
**appears** 27:17
**area** 25:9 34:18,19 73:9
**arise** 32:8
**assigned** 27:6
**assignment** 45:8
**attend** 12:4
**attendant** 10:12
**attention** 8:21 14:21 32:24 46:13
**attorney** 2:21 10:8 27:9
**Attorney's** 2:20
**audience** 13:5,6 47:11
**authority** 32:7
**awesome** 46:20

---

**B**

**B003** 42:17
**B015** 59:4
**B041** 63:17
**back** 2:6,23 3:3,10 7:22 11:2,11,17 12:1 13:16 27:14,15 28:20 30:23 32:14 34:18,19 41:13 44:15 45:4, 13 46:16,23 47:19 49:22 50:20 52:24 55:4,17 56:15, 20 67:23,25 73:22,24 75:17, 23 76:6,16,19
**Bad-faith** 8:13
**Ball** 5:6
**ballot** 3:18 4:1,6,11 7:3,24 9:7,9 10:8 12:17 13:12,18, 21 15:13,25 16:7,13 18:18,

21 19:1,8,21,25 20:25 21:2, 10 32:19 35:5 36:15 37:12, 22 38:2,4,23 42:8 45:19,25 48:6 53:12 57:1,4 58:1 59:19,25 60:6,16,23 61:6,13 62:13,16,19 63:5 64:2,9
**ballots** 2:18 3:15,16 4:1 7:23 8:4,19,23,25 11:2,11,21 12:21,24 14:6 18:24 25:11, 19 28:13 29:23 31:3,4,13, 14,16,17,23 32:21 33:11,15 34:20 37:8,18 40:11 41:5 44:2,5 45:2,3 46:10,11,16, 17 51:23 56:13 57:24 65:10, 12,15,16,23 66:1,7,21 67:3, 9 69:5,10,16,19 70:3,4,16 71:15 73:11,13,14,15 74:3, 5,12,14,21 75:2
**base** 69:4
**based** 68:1
**basically** 66:5
**beautiful** 45:14
**behalf** 30:24 35:8 46:3 57:21 77:12
**believes** 9:16,18
**belong** 73:20
**bend** 11:13
**benefit** 32:15
**Benny** 5:6 7:4,14,15
**Benson** 2:10 13:18 14:4,9, 16 15:5,25 16:4,6 17:10,17 18:1,5,14,16 19:17,21 20:3, 12,17,21,24 21:10,15 22:3, 18,22 23:1,5,11,14,16 24:2, 7,12,21 25:1,23 26:2,7,20, 25 27:13 29:2 33:4,8,20 34:9,25 35:10 36:11,15,21, 25 37:8,15 38:7,12,16,18 39:2,18,25 40:2,18 42:2,7, 16,20 43:6,14,19 45:18 46:7 47:2,7,14,25 48:5,9,13,25 49:3,8,12 50:8 51:5 52:4,10, 16,18,20,24 53:6,19 54:1,9, 18,22,24 55:9,12,16,19,23 56:3,6,11,20 57:1,9,14,20 58:19 59:1,8,17,23 60:5,15, 22 61:5,10,16,21,24 62:2, 10,15,18,22,24 63:4,13,15, 19,24 64:1,5,18 67:6 69:22 74:23 76:9 78:15 81:23
**BENSONDT** 30:2 40:10

---

**bet** 65:4
**big** 46:20
**bin** 32:4 50:7,9,10 59:5
63:11,13 64:11
**bins** 10:3,6 34:4 51:4 62:8
**bit** 3:3 5:2 16:21 41:7,12
44:13,18,20 62:1 72:8
**blank** 9:13 52:20 55:9
**bless** 16:17
**block** 33:25 34:1,3
**blue** 10:10,15 11:5 15:3
**board** 2:1,5,12 3:12 8:19
9:25 10:1 11:8 13:19,22
14:5,17 15:6 16:1,6,19
17:17 18:2 19:12,19,23 20:3
21:1,11 22:4,23 23:17 24:8,
22 26:7 27:15 29:20 30:14
32:7,9,11 33:18 34:10 36:13
37:1,10,19 38:12,19 39:2,
10,16,19 40:3,12,17 42:8,18
43:7,15 45:19 47:14 48:4,5,
14 50:22 53:7 56:8 57:15
58:18,20 59:9,18,24 60:6,
15,22 61:6,12,18 62:10,15,
18,24 63:4,15 64:1 66:5
67:14,18,24 68:6 69:17,18,
21 71:1,4,7 72:25 73:1,3
78:16
**Board's** 18:17 69:15 81:8
**BOGART** 35:4 45:24 46:3
61:14 62:9
**bottom** 25:15,21 26:4 52:11
**box** 50:21
**boxes** 4:25
**break** 12:3 48:22,23 49:1
58:24
**breakfast** 43:24
**breaks** 30:19
**Briefly** 76:10
**bring** 9:2 11:15,19,21,22,23
12:21 32:13 70:5 76:20
**bringing** 12:23 32:20
**brought** 49:1 50:7 55:3
**Broward** 66:11 67:10 68:2
71:20
**Bruce** 6:4
**bubble** 19:7
**bubbled** 22:13,17 35:6,7
**building** 73:13,14 74:5,7,13,
14

**busy** 72:3

---

# C

**C001** 58:19
**C015** 57:7
**C021** 59:7
**C022** 49:12
**C023** 61:18
**C101** 55:23
**Caldwell** 31:1 43:10 68:25
77:21
**call** 66:18 68:23
**called** 7:24 68:22
**camera** 37:24
**campaign** 31:6 64:24 68:25
**candidate** 5:18,22,25 6:1,3,
13,16,17 7:3,6,8,9 13:20
14:7 15:12 20:5 21:3,5
24:23 30:25 31:8 34:11
35:11 37:16 38:20 39:4
42:18 43:9 57:17,22 59:10
60:1,7,17 62:20 66:13
81:11,12,13
**candidate's** 6:10
**candidates** 3:14 7:7 74:16
78:3 79:19
**canvas** 70:5,14
**canvassed** 70:17
**canvassing** 2:1,5,12,17 3:12
8:19 9:25 10:1 11:8 13:21
14:17 15:6 16:19 17:17
18:2,17 21:1,11 22:4 23:17
24:8,22 27:15 32:9 34:10
36:12 37:1,10,18 38:12,19
39:2 40:3,12 42:8,18 43:7,
14 45:19 48:5,14 50:22 53:7
56:8 57:15 58:20 59:9,18,24
60:6,15,22 61:6,12,18
62:10,15,18,24 63:4,15 64:1
66:5 67:14,17,24 68:6
69:15,18 71:7 73:3 78:16
81:7
**careful** 11:14 32:24
**carefully** 75:17
**Carpenter** 74:23
**Carpenter-toye** 2:2,9 12:22
13:24 14:8,10,19 15:8,10
16:3,5,8,24 17:11,20 18:3,7,
10,20 19:3,6,11,15,18,24
20:6,13,19,23 21:6,13,16

**22:6,12,16,21 23:6,12,15,
19,21 24:3,10,15,24 25:2,6,
14,25 26:9,11 27:2,13 29:3,
7,25 30:6,10,16,20,22 31:21
32:22 33:7,13,17,22 34:6,14
35:3,16,20,24 36:2,5,8,14,
18,22 37:4,11,23 38:8,15,
17,21 39:6,9,12,21 40:1,5,
14,24 41:15,19,25 42:3,10,
23 43:1,4,11,17 45:15,23
46:1,5,8,25 47:5,10,16,21
48:1,7,10,16 49:2,4,9,13,16
50:4,11 51:6 52:5,12,17,19,
22 53:1,10,14,21 54:2,10,
13,20,23 55:2,10,14,17,21,
24 56:4,7,12,23 57:5,23
58:23 59:3,13,21 60:2,10,
18,25 62:6,14,17,23 63:2,9,
14,25 64:10,13,17 67:13
68:18 70:18 72:17,24 74:20
75:4,10,12 76:1 77:3,7
79:17 80:1,7,16,18,23
81:17,25**
**case** 6:2 10:19 44:25 71:13
**cast** 69:10
**caused** 73:8
**cease** 31:18
**ceased** 31:12
**cell** 7:19
**center** 9:9
**certified** 67:18 77:2
**chair** 2:10
**check** 4:24 5:3,5 25:16,24
51:20 54:7 55:11,21,25 56:4
**checked** 22:11,13,15,16,17
53:24
**checking** 51:3
**choice** 4:14 5:22
**choices** 5:21 6:19,23,24
**circle** 4:20
**circled** 4:5,19 5:25 6:16
**circumstances** 32:8
**cite** 66:24
**citizens** 67:10 71:21
**clarification** 80:19
**clarifies** 5:21
**clear** 9:20 13:14 26:17 27:19
29:18 31:7 35:21 45:2 49:24
77:24 80:2
**clearing** 46:23

clip 10:21,24,25
clips 14:19,20,22 15:1 24:18
clock 76:23
close 43:18 56:18 58:10
  73:17
closed 62:3
CO21 59:8,12
CO22 50:8
coded 11:24
coding 11:4
coffee 7:18
color 11:4 14:23,24 24:19
colored 9:5
commission 31:7 59:10
commissioner 12:17,19
  13:10 31:14 52:21 60:8,17
  62:12 81:24
compared 79:2
comparing 80:8,11
compiled 81:19
complete 17:12 59:5 68:15
completed 68:16 81:14
completely 44:23
complicated 5:12
concentrate 13:7 15:15
concerned 26:19 77:14 78:9
concerns 25:11 31:1,9 32:4
  78:16
concluded 56:13
concludes 40:16
condition 45:14
confirm 32:17 33:20
confirmed 54:23
considered 40:17 71:8
consistency 4:2,11,17,22
  5:1 12:7,16 13:12 35:7
consistent 4:13 70:14 75:12
consistently 4:7
constitutes 68:12
consult 27:9
continue 33:6,9
continued 68:5,6 73:21
continuing 76:3,5
convenience 10:4
core 48:20,21
corner 25:15,21 26:4 66:15
correct 18:14 21:15 28:15
  31:11 35:13,19 36:21 70:18

corrected 31:19
counsel 67:15
count 30:3,4,7 34:24 38:25
  41:4 65:19 67:3 68:8 69:16
  71:19 72:13,16 73:21 77:17
  79:9,11
counted 65:12 67:4,12
  71:24 74:13 76:14,15,18
  78:7
counter 53:20 55:4
counters 7:21 9:6,11
counting 2:17 3:11,14,17
  9:16,18,23 11:8,16 12:14,15
  25:9 53:18 76:21
counts 68:22
county 2:13,20,21 44:10,12
  47:17,19,22,24 50:23 66:12
  67:10 68:2 71:14,17,20 73:2
couple 8:2 32:13 44:5,10
  78:12
court 50:23 64:14,18 69:3
cover 32:9
Crossed 64:4
crosses 6:20
crowd 48:20
cures 69:6

---

# D

D030 42:12
Davis 18:19 22:9,15,25
  26:24 28:23 29:22 30:9,13,
  18,21 33:10,16 35:17,19
  48:24 52:11 53:12 63:8,11,
  18 64:12,16,21 67:8 69:12
  70:2 71:5,12 72:22 74:8
  75:20 79:23
day 28:4 40:19 41:16,17,22
  46:6 49:10,11 50:5,9,11,15,
  16,17 51:8,9,11,12,13,15,
  16,21 56:16,20 64:19 74:25
  81:24
days 50:6 65:7
DE 35:4 45:24 46:3 61:14
  62:9
dealing 64:25
dealt 67:7
Deborah 2:9
decide 32:9
decision 3:18

declared 19:22
declares 17:18
deemed 20:25 21:2,4,11
  22:4 36:12,16 37:9 40:12
  42:17 63:5
deems 22:23 34:10 37:19
  38:12,19 39:2 40:3 42:8
  43:7 48:5,14 60:22 61:6,12,
  19 64:1
defer 67:14
definite 4:7,13 81:5
delivered 28:6,16 29:8
DEM 12:25 13:17 14:1 15:19
  23:14 38:17 45:20 47:25
  48:1,4,6,9,12 56:10 59:17,
  21,22,23 60:10,18,21
democracy 12:10
Democrat 9:14,19 11:6
  14:18 16:2 21:12 24:9 35:1
  37:16 39:8 40:12 45:20
  48:15 53:20 56:2 61:7,13
  62:11 63:1,6 64:3 81:11
Democratic 13:20 14:7 21:3
  23:3 31:2 34:11 36:16 38:20
  39:4 57:17 60:1,16,17 62:19
  66:13 77:18 78:3 81:13
Democrats 9:20 21:23 37:3
  66:10 67:11
DEMS 47:3,7
depending 29:13
Deputy 2:21
Desantis 77:21
details 44:10,12
determination 9:12 58:18
  75:24 81:8
determinations 70:6
determine 40:21 71:15 73:7
  75:18
determined 13:19,22 14:5
  15:6 24:13 69:19
determines 23:17 24:22
  58:20
devices 8:8
diagonal 5:16
differed 68:23
difference 70:23 72:21 80:5
difficult 74:11
direct 69:24 70:8,24
directed 69:23,25 78:18
direction 3:11 70:13

**directly** 37:25
**disagreement** 17:7
**disagrees** 11:9
**discrepancy** 74:3
**discussion** 27:12
**disenfranchise** 71:20
**disenfranchised** 74:15 78:2
  79:7
**disenfranchisement** 78:5
  79:16
**disregard** 6:21
**distracted** 47:13
**distractions** 34:23
**distracts** 47:15
**divided** 36:10
**Doddson** 68:24
**door** 44:15 47:18,19
**drink** 50:20
**drinks** 7:18
**drop** 73:8
**dropped** 69:19
**Ds** 13:4 14:8 15:4 17:8,22
  20:10 21:7,20,24,25 36:19
  37:5 39:4 47:5 56:9 58:22
**due** 43:25 74:8
**duplicate** 25:13

---

### E

**E003** 58:12
**E006** 60:16
**E033** 63:5
**early** 14:6 15:5 17:9,11,12
  20:17 22:19,22 33:14,19
  36:4,5 40:6,7,11,16 41:13
  49:9 71:22 73:23 74:24
  75:2,3,6,20
**easier** 68:21
**easily** 47:15
**eat** 44:19
**efficient** 9:8
**effort** 31:10
**ejected** 8:14
**election** 28:4 40:18 41:16,
  17,22 46:6 49:10,11 50:4,6,
  9,11,15,17 51:8,9,11,12,15,
  16,21 56:16,20 74:25 78:10
  81:23
**election's** 12:23 65:9 70:24

**elections** 27:10 49:17 71:21
  73:5,7
**em** 8:5
**emergency** 66:17,19 69:1
**empties** 58:7
**end** 54:18 64:10 80:9
**ended** 69:1
**ensure** 70:15
**enter** 5:4
**enters** 5:6
**entire** 4:1,10
**envelope** 9:4 11:3,12,15
  13:17,24,25 14:6 15:18,23
  16:1 17:8,21 19:19,21 20:7,
  22,24 21:6,8,19 22:2,19,23
  23:7,9,15,16 24:3,5,7,10,12,
  15,20,21,24 25:2,10,20
  26:1,3,15 27:21,24 28:6,7,
  10,16,18 29:10,16 34:9,14
  37:4 38:9 40:5,7 52:25
  53:17 54:5 55:18,19 56:2,8,
  10 57:25
**envelopes** 9:1 26:16 27:18,
  25 28:11,14 31:3,9,20,24,25
  32:12,16,18,21 33:5,21 52:8
  55:4
**essentially** 23:2
**event** 74:1
**everyone's** 14:21
**examples** 4:18,23
**excited** 57:24
**exciting** 41:3
**Excuse** 18:9 25:4 35:4 57:9
  68:20
**explain** 3:20 26:13 65:11
**explaining** 34:12
**explanation** 66:8 69:17
  72:21
**exterior** 29:16
**extra** 32:20,21
**eyes** 62:3

---

### F

**F012** 59:19
**fabulous** 16:12 41:1
**face** 26:3
**facing** 3:10,11,12 7:22 8:11
**fact** 12:2 32:17 72:20

**fair** 69:12
**fascinating** 41:4
**fashion** 44:22
**faster** 16:13
**fatigue** 7:25 10:7,8
**feel** 10:11
**Fifteen-minute** 58:23
**filed** 66:19 68:14
**filing** 68:11
**fill** 4:12
**filled** 5:24 19:4,7
**filling** 4:19
**fills** 6:5
**find** 20:2 24:5 29:24 51:19,
  22 53:10 65:10 67:9 70:2,4,
  25 78:18
**finding** 18:18 25:8 66:7
**finds** 14:17 16:1,6 18:2 20:4
  24:8 39:19 43:15 45:19 53:7
  56:8 57:16 59:9,18,24 60:6,
  15 62:10,15,18,24 63:15
  79:9
**fine** 34:5 41:24 52:4 63:24
**finish** 11:10 45:2 63:11,13
  72:8
**finished** 69:8 76:22
**fits** 8:6
**floor** 11:23 32:19 45:3
**Florida** 77:13 78:3 81:7
**focus** 29:15 45:7
**focused** 57:12
**folds** 11:12
**folks** 2:25 3:2,10,12,14 7:22
  8:12 44:4,7,11,13,14,16,19,
  24 45:1,4,9 46:13 47:17
**food** 7:19 50:19,20,23
**forgot** 12:12,13
**forum** 70:7 78:21
**forward** 2:17 3:21 72:18
  76:3,5 80:20
**found** 19:12 45:14 57:25
  65:20
**frequent** 19:1
**Fried** 64:16,24 77:23
**front** 3:6 8:11 10:20 11:1
  15:13 16:20 44:4,24 45:5
  75:16
**full** 62:2
**fun** 45:10

## G

**general** 24:16,17
**generous** 43:11
**Gillum** 77:23
**give** 8:20 9:15 16:14 28:20
40:19 41:10 44:25 46:13,19
49:22 66:8 74:1 77:3,7
**gloves** 8:4
**Goldstein** 15:9 25:4,8 26:6,
8,13 30:24 34:5,12 35:13,14
37:21 39:8,11 40:13 41:24
47:4,12,15 57:18,21 61:8,25
62:5,21 63:21 64:4,5,7 76:9,
10,11 77:5 81:2
**good** 2:2,4,23 16:10 29:15
40:25 41:13 63:24
**GOTHA** 29:6 42:21,24 43:3,
13 61:20,23
**Governor** 77:20
**governor's** 63:22
**grab** 43:21
**grace** 41:11
**Gracefully** 46:24
**green** 10:1,2,10,16 11:7
13:13 15:3
**greens** 36:22
**group** 56:1 73:16
**guidance** 71:9
**guy** 43:13
**guys** 7:17 12:7,9,21 13:2
16:11,20 34:17 41:11,18,20
42:2,5 43:21 44:21 65:4
74:10

## H

**H006** 59:2
**hand** 8:16 11:16 12:3,4
27:23 28:9,19 29:11 31:11
33:1 44:3 46:12,17,20 79:9,
11
**handed** 51:23
**handful** 32:12
**hands** 46:15,18
**handwritten** 68:22 81:18
**hang** 14:12 22:7 26:12 44:18
46:8

**happen** 65:20 79:15
**happened** 69:18 78:9
**happening** 28:25
**happy** 30:12 69:23 70:8
**hard** 16:20 41:7,9 58:9 74:10
**Harrod** 2:20,22 16:10 26:9,
10,11 28:3 32:6 40:25 41:18
43:20 46:10 47:17,22 49:7,
15 50:3 68:10 81:3
**hate** 76:20
**hear** 3:3 16:11 29:20 30:12
47:2 64:17 72:19 76:2,7
79:21 80:25
**heard** 35:23 53:19 71:4
76:10 79:18
**hearing** 31:22 66:17 71:14
**held** 27:12
**helpful** 10:4
**Hey** 16:10
**hint** 44:1
**hold** 23:22 32:4 34:13
**Honor** 18:15 25:4 26:8 32:6
34:23 37:13 45:24 61:14,20
62:5,9 81:16
**hours** 64:19 66:6 72:6 74:18
81:19

## I

**identifiable** 33:3
**identification** 33:5
**identified** 32:14 62:7
**identify** 32:12
**ignore** 6:19 12:15
**images** 79:1
**immediately** 28:20
**impact** 3:20
**important** 8:22 9:23 12:6,8
46:15 78:6
**impression** 70:10
**inaudible** 62:1 63:8 64:12
68:10
**included** 33:14 70:17
**inconsistency** 19:12
**inconsistent** 57:3,19
**incorrectly** 31:20
**indication** 9:20 26:17 81:5
**indications** 10:9 57:19
**individually** 51:25 52:13

**information** 32:16
**initial** 77:16,17 79:8
**initially** 67:4
**ink** 26:5
**inside** 16:22 26:15
**intending** 76:4
**intent** 4:7 6:13,21 9:12,21
24:1 31:7 37:14
**intention** 4:14
**interrupting** 26:14
**interruption** 33:24
**intersect** 5:9
**intersects** 5:8
**interval** 11:19
**invalid** 4:9 5:7 6:17,25 7:9
13:23 15:7,8 17:18 18:7,12
19:22 20:25 22:4,24 23:18,
19 24:14 36:12 37:9,16,19
38:13 39:17,19 40:4 42:9
43:15 57:2 58:20 59:19
60:24 62:16 63:16,18,19
65:20
**invalidate** 7:12
**isolate** 75:5
**isolated** 49:20 74:20
**issue** 4:16 8:16 26:8,23
28:12 29:22 32:10,17,20
70:11 79:8
**issues** 8:15 32:8

## J

**J0016** 59:17
**J011** 42:10
**J012** 60:11
**J014** 45:16 59:25
**J015** 60:5
**Jack** 5:5 7:4,13
**job** 16:12 41:1
**Joe's** 73:18
**join** 31:1
**judge** 2:2,9,10,22 12:22
13:18,24 14:4,8,9,10,16,19
15:5,8,10,25 16:3,4,5,6,8,24
17:10,11,17,20 18:1,3,5,7,
10,14,16,20 19:3,6,11,15,
17,18,21,24 20:3,6,12,13,
17,19,21,23,24 21:6,10,13,
15,16 22:3,6,12,16,18,21,22
23:1,5,6,11,12,14,15,16,19,

21 24:2,3,7,10,12,15,21,24
25:1,2,6,14,23,25 26:2,7,9,
11,20,25 27:2,13 29:2,3,7,
25 30:6,10,16,20,22 31:21
32:22 33:4,7,8,13,17,20,22
34:6,9,14,25 35:3,10,16,20,
24 36:2,5,8,11,14,15,18,21,
22,25 37:4,8,11,15,23 38:7,
8,12,15,16,17,18,21 39:2,6,
9,12,18,21,25 40:1,2,5,14,
18,24 41:15,19,25 42:2,3,7,
10,12,16,20,23 43:1,4,6,11,
14,17,19 45:15,18,23 46:1,
5,7,8,25 47:2,5,7,10,14,16,
21,25 48:1,5,7,9,10,13,16,
25 49:2,3,4,8,9,12,13,16
50:4,8,11,23 51:5,6 52:4,5,
10,12,16,17,18,19,20,22,24
53:1,6,10,14,19,21 54:1,2,9,
10,13,18,20,22,23,24 55:2,
9,10,12,14,16,17,19,21,23,
24 56:3,4,6,7,11,12,20,23
57:1,5,9,14,20,23 58:19,23
59:1,3,8,13,17,21,23 60:2,5,
10,15,18,22,25 61:5,10,16,
21,24 62:2,6,10,14,15,17,
18,22,23,24 63:2,4,9,13,14,
15,19,24,25 64:1,5,10,13,
17,18,23 66:23 67:6,13
68:18,24 69:22 70:13,18
72:17,24 74:20,23 75:4,10,
12 76:1,9 77:3,7 78:15
79:17 80:1,7,16,18,23
81:17,23,25
**jumped** 69:10

**K**

**K003** 42:7
**keeping** 44:8 47:8,10
**kick** 11:25
**kicked** 65:18 79:22
**kicks** 52:12
**kidding** 64:22
**Kind** 67:6

**L**

**label** 27:20,22 28:17
**labels** 28:15
**large** 10:17,25

**late** 77:19
**lay** 9:9
**leave** 22:7 70:9
**left** 5:13 6:4,14 7:3 42:23,24
46:10,11
**left-hand** 25:15,21 26:4
**legally** 67:17
**Lenny** 6:4
**Lenoard** 77:12
**letting** 64:7
**lie** 75:25 76:3
**lines** 5:14
**listen** 13:6
**listening** 76:24
**lists** 6:10
**locate** 79:12
**logistics** 3:8 44:14
**long** 5:10,17 6:12 65:3
**longer** 41:6 44:9
**looked** 52:9
**lose** 66:1 78:13
**losing** 66:9,10,13 74:17
**lost** 65:24 66:12 77:20,21,
22,23 78:14 79:6,19
**lot** 10:17 11:7 16:18 66:13
80:3
**lots** 15:1
**louder** 3:4
**Lucille** 5:6
**lunch** 41:13 43:25 44:14,16,
19 47:18,23,24

**M**

**M015** 61:1
**M020** 60:25
**M12** 58:3
**machine** 8:1 30:9 52:7 53:2,
6 54:10,25 55:2,6 56:1,3,17
65:6 66:2 67:6,20 68:19,20
71:19 72:13 77:19,25 80:9
**machine-unreadable** 51:24
52:6
**machines** 11:24 55:5 65:23,
25
**mail** 50:24,25 51:1,2,8,9,10,
11,13,14,15,16,18,19,22
75:1
**maintain** 81:9

**majority** 6:5 32:10
**make** 8:1 9:12 18:4 28:23
29:17 30:11 31:13 32:14
42:11 48:17 52:1,8 53:20
54:7 57:12 58:8 70:6 71:6
75:24 76:17 78:12
**makes** 3:17 5:3 26:19 65:11
69:12
**making** 10:9 12:11 42:3
**MALE** 57:13
**mall** 47:19,23
**mandamus** 66:20 69:1
**manila** 9:1,3 11:3,17,20
25:9,20 26:15,16 27:21
28:18 31:19
**manner** 46:22
**manual** 49:19 55:20 68:4,15,
16 76:4
**manual-recounted** 53:18
**manually** 53:16
**mark** 4:6,13 5:3,5 7:5 25:16
52:25
**marked** 4:4 6:7 7:3,4 31:20,
24
**marking** 5:4 6:22 8:8 26:1
**marks** 4:17,24 5:20,23 6:18,
23 7:8
**marvelous** 16:23
**match** 46:9
**matched** 65:17
**Matt** 30:25
**matter** 2:16 5:16 50:13
**means** 8:3 10:1 11:5,6,7,25
25:18 51:24 52:6 74:24
**meant** 21:24 60:8
**mechanics** 78:20
**meet** 75:23
**member** 50:22 73:1,2,3
**Meyers** 49:11 66:18 68:11,
20 70:13 71:5,25 80:7,17
**middle** 30:17
**mind** 18:11 44:3,8,21 81:2
**minute** 38:1 46:14 62:4
**minutes** 45:1,6
**mirrors** 67:6
**misfiled** 74:7
**misplaced** 65:24
**missed** 2:24
**missing** 77:15 78:1

misspellings 7:11
mixed 27:18 50:5 73:11
moment 25:5
morning 2:2,4,8,10,15,18,23
   3:2,24 8:18 16:10,16 33:18
   40:25 44:12 68:24 72:4
move 31:11 38:2 58:10
   80:20
multiple 14:22 24:18

### N

N008 61:12
nap 62:3
nature 70:5
needed 57:25
Nelson 77:22
nervous 42:4
news 41:13
nice 43:13 44:23
night 25:12,20
Nikki 64:16,24
noise-wise 16:21
Nonetheless 74:12
notation 26:17
note 7:10 15:10 22:18,19
   23:1 24:2 33:8 35:10 37:15
   39:12 40:14 43:1 46:1 48:17
   50:13 57:20 61:10,16 62:22
noted 18:24 61:24
nuanced 5:3
number 3:25 13:25 14:3,4,
   16 17:20,21 20:1,11 21:19,
   21 23:15 24:4,7 35:1 36:18,
   25 38:18,24 40:7 52:14 53:3
   54:20 55:1,7,19 56:2,3,7,8
   65:18 69:4,8 72:1 79:21,22,
   24 80:14 81:20
numbers 30:15 65:1 68:2
   69:11,13 70:23 71:10 72:21
   75:8,13 77:8 79:18 80:3,10,
   11 81:1

### O

O27 62:14
object 3:19 8:12 9:15 22:9
   23:25 35:5 37:13 42:24
   45:24 61:8 62:21 64:8

objected 19:1
objecting 18:17
objection 9:25 11:9 15:9,11
   17:7 22:18,19,25 23:1 24:2
   30:11 33:8 35:10,12 37:15
   39:11,13 40:13,15 43:2 46:2
   57:20 61:10,14,17,22,23
   62:22 64:6
objectors 3:18 8:13 9:15
observations 31:2
occasions 72:1
occur 31:13
office 2:20 65:9 66:6 67:5
   70:25 72:2,19 74:9 79:25
offices 74:16
officially 46:21
open 28:21
operate 68:6
opportunity 3:19 9:15 73:10
   74:2
optical 72:14
Optimal 78:13
order 11:10 66:5
orderly 46:22
organized 44:22
original 65:1
out-stack 31:14
out-stacked 31:17,23
oval 4:12,19 5:5,6,9,10,15,
   19,24
ovals 4:3 6:6
overhead 37:24
overnight 81:20
overs 81:4
overseas 69:5
overvote 6:24 13:22,23
   17:18 60:23 61:9,15 62:21
overwhelm 44:23

### P

p.m. 66:22
package 17:18 18:1,16 20:3
   22:3 23:5 35:1 36:13,17,18,
   25 37:9,17 38:14,18 39:3,18
   40:3,10,11
Packet 15:5
paid 44:7
Palm 43:18

paper 24:18
paperclip 10:14
pardon 8:10 81:6
Park 40:22 49:7,15,19 50:3,
   10 52:2,14 54:8,21 56:15,18
   74:1
part 9:23 12:10 23:2
participated 67:19
parties 3:13 17:5 35:12
party 4:20 8:13,14 15:11
   23:3 30:25 31:2 35:9,11
   36:16 37:16 44:16 46:4
   57:22 66:13,19 77:13 78:3
patience 16:14
pause 25:5,7 27:3,6 37:25
pay 32:24
pen 38:11 39:11 62:2
pencils 8:8
pending 33:4
pens 8:8
people 3:16 8:3,10,11 74:14
   79:7
Perfect 33:16
person 7:13
pertain 54:21,25
Petties 72:1
phone 57:11 66:18
phones 7:19
phonetic 69:6
pick 11:18 28:10 29:12 33:1
   47:18,23 73:20
place 65:15,17,19 79:12
point 65:8 68:16 69:12 71:16
   74:19 76:20,21
points 5:9,14,17 78:12
poles 71:22
police 50:23
portion 74:22
position 65:8 79:14
possibilities 72:18
possibility 72:15
Post-it 10:11,12
Post-its 14:23
Powerpoint 3:7,23
precinct 32:15,18 33:15
   36:1,10 40:19 41:20 42:7,17
   43:6 45:18 48:13 54:25
   55:11 56:5 57:2,15 58:19
   59:8,19 60:5,23 61:5,18
   62:20 63:5,17 64:2

**precincts** 36:3 40:22 46:5
  49:18,25 50:10 54:7 55:22
  71:23
**prejudiced** 78:4
**prescient** 36:6
**present** 2:12 9:7 71:1
**presented** 69:16 70:15,16
  71:7,9,11
**pressure** 44:6
**pretty** 41:9
**previous** 61:22
**previously** 70:12
**printout** 69:9
**printouts** 80:8
**pristine** 8:3 45:13
**problem** 36:8 65:14 80:23
**proceed** 30:23 33:23 56:15
  68:1,7
**proceeded** 68:4
**process** 12:8 74:11
**processed** 26:1 33:18
**program** 2:19
**programmed** 55:6
**properly** 4:4 25:12
**prove** 73:14
**provided** 10:3
**providing** 44:16 81:15
**proximity** 73:17
**Pruitt** 2:13
**public** 70:6 76:18
**pull** 31:25
**pulled** 49:20
**pulling** 31:19
**purposes** 37:23 68:12
**push** 58:10,14
**put** 9:17,19,21 10:1,12,13,
  19,22,23 11:1,2,17 14:24,25
  18:5 25:18 32:3 38:21,22
  45:13 50:20 52:8,24 53:1
  54:12 65:24 73:19

**Q**

**Q010** 57:15
**Q020** 47:16
**Q030** 42:13
**Q031** 45:22,23
**Q050** 50:11

**Q062** 47:25 48:2
**Q067** 58:4
**Q069** 52:16
**Q072** 43:18
**Q080** 50:15 51:1
**Q081** 50:17
**Q083** 50:24
**queen** 63:25
**question** 39:7 63:7 70:25
  71:3
**questionable** 70:5
**questions** 12:2
**quick** 43:22 81:3
**quiet** 42:2,5 45:6
**quieter** 41:7
**quorum** 2:12,14 27:14

**R**

**R012** 41:19
**R015** 43:6
**R031** 42:15
**R032** 58:6
**R033** 43:17
**R041** 48:12
**R043** 48:13
**R044** 48:19
**R049** 45:18 46:2
**R060** 43:14
**R063** 46:25 47:8 60:12
**race** 4:5,8 5:21 12:14,15,18
  13:8,14 15:14 19:9 25:10
  26:18 27:20 28:3,4,7,15,19
  29:10,18 30:17 31:7,18,23
  37:25 40:22 45:12 52:19,21
  53:9 54:14 55:6 56:15 63:22
**races** 4:4 6:6 38:3,4 63:21,
  22
**raise** 8:16 11:16 12:3 27:23
  28:9,19 29:11 32:25 46:12,
  17
**raised** 31:1 46:18
**raising** 44:3 46:15
**random** 29:4,5,8
**read** 51:25 52:7,23,25 55:5
  66:23
**reading** 53:6
**ready** 43:25 56:19 77:3,7
**real** 43:22

**reason** 31:25
**received** 81:14
**recess** 58:25
**recognizes** 47:14
**recollection** 69:22
**recommendations** 78:23
**record** 2:6,7 18:15,23 27:1,
  8,12,16 35:21 43:2 61:25
  71:6 77:16 78:17,24 80:2,19
**recorded** 64:13
**recount** 30:9 31:12,18 32:7
  33:5,9,23 40:23 49:19 53:16
  56:14 65:7,22 67:7,20 68:4,
  13,15,16,21 69:7 71:10 72:9
  73:9,22,24 74:2,11 76:4,22
  77:16,18,19,25 79:9 80:10
**rectify** 79:15
**red** 10:10,15 11:5 13:13 15:3
  26:4 59:4
**reduction** 75:8
**reflected** 75:14
**registering** 64:6
**reiterate** 74:9
**rejected** 67:22 70:21
**relates** 76:21
**relax** 12:1
**released** 30:7
**remember** 10:7 13:8 47:18
**remove** 14:20
**Rene** 2:19 34:12
**report** 41:13 68:1 72:25 73:4
  76:6,8 81:1
**reported** 80:4
**reporters** 64:14,18
**reporting** 81:1
**representatives** 3:13 8:14
**Republican** 9:14,17 11:5
  13:1 15:11 20:5 21:4 23:14
  24:23 30:25 35:9,11 42:18
  43:8,9 46:4 48:11 53:5,8
  57:21,22 59:1,10 60:7 61:19
  66:19 81:12,13
**Republicans** 9:18 37:2
  66:10 67:11
**request** 66:4 71:17 80:22
**requesting** 70:2
**require** 3:23
**requirement** 66:22
**requires** 68:5

**rerun** 25:19 28:14
**resolve** 8:15
**resorting** 31:12
**respect** 74:8
**responsibility** 69:15
**rest** 22:6 37:11 38:11 39:11 44:7 57:4
**result** 68:7 78:4
**results** 67:16,21 77:17
**review** 3:23,25 9:8 31:6 76:16
**Rick** 43:8
**right-hand** 50:2
**roaming** 8:12
**room** 8:9 26:12 27:3 45:4 46:23 50:20 58:8,9 76:24
**roughly** 77:14
**rowdy** 43:22
**Rs** 17:22 36:19 54:5,6,17 60:3
**rule** 3:25 4:10,17,22,25 12:6, 16 32:6,8
**rules** 3:23 7:17
**run** 27:19 49:22 53:13 79:2
**runner** 11:15,18 27:6 28:20 29:12 33:1
**runners** 16:13 27:23 28:9 29:9
**running** 66:2

**S**

**S002** 49:2
**S005** 49:4
**Samuels** 77:12 78:15,22 80:21
**Santiago** 58:9,15
**Saturday** 16:16 65:3
**SAUTTER** 18:9,15,22 19:4, 10,14 23:4,20,25 34:22 35:2,23,25 36:4,7 37:13 42:19 54:12
**scanner** 72:15
**scanners** 78:13
**scintillating** 41:4
**Scott** 43:8,9 77:19,20
**scratch** 60:12,13
**screen** 33:25 34:4
**seat** 43:22
**seated** 9:2
**secretary** 60:8,9 65:2,13 66:20
**section** 10:13
**secured** 34:18,19
**security** 34:19 44:23
**seeking** 68:25
**sees** 75:13
**selecting** 56:13
**senate** 25:10,16,17,21,24 26:16 28:4 31:5,17,23 42:21 76:22
**senator** 27:22 31:24 32:1,25 62:8 77:22
**send** 71:18 78:23
**sends** 8:19
**sense** 65:11
**separate** 28:11 32:2,3 33:2 34:2
**separated** 34:8
**service** 12:9
**session** 2:6 27:14,16
**set** 33:2 51:5 56:18
**sets** 44:5 65:1
**sheet** 81:15
**shortage** 75:18
**shortages** 75:25
**shortest** 73:23
**shortly** 2:11 41:14
**show** 19:24,25 23:23 37:11, 22 42:19 52:23 54:3 64:9
**showed** 65:4
**showing** 53:17
**shown** 21:22
**shows** 4:13 69:9
**side** 32:1 34:2 47:20,23,24 50:2
**sideways** 5:15
**sightly** 69:10
**sign** 13:25 14:10
**signature** 25:22
**similarly** 6:19
**simply** 32:20
**single** 10:21,23
**sir** 43:12 57:9 61:11,16 78:20
**sit** 27:4,5 41:3 71:2
**sitting** 16:16 73:2
**size** 8:6
**slide** 3:7,8 4:3,10,16,23 5:2, 8,20 6:2,5,8,18,23
**slightly** 80:10
**slowly** 23:23 37:22 38:2 46:24
**small** 10:5,14,15 72:9
**Snipes** 72:22,24 73:6 74:8 75:1,7,11,15,23 76:13 77:10
**SOE** 44:13,14 47:19,22,24 69:23
**sooner** 48:23
**sort** 40:21 44:22
**sorted** 25:12 33:15 49:18 56:14
**sorting** 32:14
**sounds** 71:16
**speaking** 78:21
**speaks** 35:14,17
**speculating** 30:1,3
**spend** 66:6
**spoke** 71:25
**spot** 18:6 58:2
**stack** 9:17,19,22 10:2,5,20, 24 11:1 14:24,25 32:2 33:3 54:16,19 62:8 73:12,19
**stacks** 10:15,17
**staff** 73:18 75:24 76:2
**start** 12:23 41:16,17 45:3 46:23
**started** 2:15
**starting** 45:10 49:25
**state** 65:2,13 66:21 77:15,18 79:10 80:12
**statewide** 74:16
**statute** 66:23 67:3 68:5,10
**statutory** 66:22
**stay** 9:1 27:10 57:12
**step** 57:10
**stick-ums** 15:2
**sticker** 25:17,18 28:2 32:25
**stickers** 13:13 24:18
**stickies** 9:6
**sticky** 10:22 11:1
**stop** 27:3
**straight** 11:13 72:7
**strike** 5:11,14
**struck** 6:2
**stuff** 8:22

**subject** 4:16,22,25
**Subsequent** 67:19
**sufficiently** 67:17
**suggestion** 32:11
**supervisor** 12:23 26:22,23
  27:10 49:17 65:9 70:1,14,24
  72:25 73:5,6 78:10,18 79:5,
  24 80:4
**supervisor's** 66:6 67:4 72:2,
  19 79:25
**supposed** 67:2
**switching** 31:9

**T**

**T004** 56:22
**T006** 58:2
**T018** 61:5
**table** 7:17 8:16 9:1,3,5,7,10
  17:5,7 25:9 27:5,6,21 28:6,
  17,25 32:14 34:20 44:2 47:3
**tables** 7:21 11:5 29:3,4,7,13
  45:13
**tabulate** 70:3
**takes** 55:16 79:12
**taking** 41:1 45:4
**talk** 7:1 41:20
**talked** 44:11
**talking** 73:25 76:12
**Tallahassee** 66:20,25 67:16,
  22,23,24,25 68:24
**tallies** 81:9
**tally** 47:3 81:9,15,18
**tallying** 81:19
**Tanya** 2:13
**team** 3:12,14,17 9:16,18,24
  11:8 12:23 43:20
**technology** 79:3
**telling** 29:9 79:14
**ten** 31:4 45:1,6
**terms** 13:9,12 78:20 79:15,
  20
**thing** 10:7 72:6 75:16 76:13
**things** 6:9 7:11 46:19 78:25
**thinking** 73:18
**thinks** 30:14
**thought** 70:21
**thunk** 16:15
**time** 2:3 4:12 9:4 11:22,25
  26:24 32:5 44:6 46:2 54:14

64:20 65:4 68:14 70:10,24
**timely** 67:1
**times** 8:2
**tired** 7:25 41:10
**today** 2:5 3:9 12:13,17 13:9
  28:8 29:14 30:12 45:11 71:2
  72:9
**today's** 28:3,15 29:10 31:11
**told** 28:13 46:7
**tomorrow** 49:19 72:7,10
**tomorrow's** 56:14
**top** 10:13,24 14:24 25:19
  50:21,22
**topic** 76:12
**torn** 52:10 53:5
**total** 69:9 81:9,11
**totally** 29:8
**totals** 70:17 77:1
**touching** 3:16 7:23 8:4
**track** 34:8 47:8,11,13
**tracking** 35:25
**training** 3:2
**transmitted** 80:12
**tray** 73:19
**true** 81:5
**Tub** 28:25
**tubs** 28:24
**turn** 2:19
**Twelve** 72:7
**type** 11:23,24 19:1 32:19
  66:1,8
**types** 11:21 57:18
**typically** 10:14

**U**

**U.S.** 25:10 27:22 32:25
**under-vote** 31:5 55:8
**under-votes** 10:18
**underline** 4:21
**unders** 15:21,22 38:9 49:14
  50:18,24,25 51:1 55:15 81:4
**understand** 3:8 26:20 28:22
  57:13 72:3 78:15
**understanding** 26:23 28:24
  31:21 64:24 67:13,15
**UNIDENTIFIED** 57:13
**unofficial** 67:16 68:1,7,13
  70:19 71:10 75:10 77:17

79:19,20
**unofficials** 69:14
**unreadable** 53:2 55:7
**unreadables** 53:7 54:11
  55:3 56:1,17
**update** 43:21 81:3

**V**

**valid** 4:14,17,20,21,22,24
  5:1,10,17,23,25 6:4,7,11,15,
  22 7:5,7,14,16 13:17,19
  14:14,17 16:1 20:2,4,20
  21:2,4,9,11 24:6,9,23 34:10,
  25 36:16,24 37:2,3 38:17,19
  39:3 40:8,9 42:17 43:7
  45:20 48:3,6,15 53:8,11
  56:9 57:16 59:9,25 60:7,18
  61:7,13,19 62:11,19,25
  63:6,18 64:2 69:7,16,19
  70:3,16 76:14,15 78:6
**validate** 72:14
**VAN** 35:4 45:24 46:3 61:14
  62:9
**versus** 77:18
**view** 34:1,3 72:11 81:16
**visible** 34:21
**voices** 16:22
**vote** 4:9,15,20,21,22 5:1,7,
  23 6:1,4,7,9,15,17,22,25
  7:5,7,12 9:17,19,21 13:19
  14:14,17 15:7 16:1,5,7
  17:19 18:2,18,25 19:13,22
  20:2,4,19,21 21:1,2,3,4,8,12
  22:5,24 23:18 24:6,9,13,14,
  23 25:11 26:18 32:10 34:11,
  25 35:8 36:11,12,16 37:1,2,
  3 38:13,19 39:3,17,20 40:2,
  4 42:9,16,17 43:8,15,16
  45:20,21 48:14,15 50:24,25
  51:1,2,8,9,10,11,13,14,15,
  16,18,19,21 52:18,20 53:4,
  5,8 57:2,3,16 58:21 59:9,20,
  25 60:7,16 61:7,13,19
  62:11,16,25 63:6,16,18,19,
  20 64:3 67:12 68:23 71:22,
  23 75:1
**voted** 66:15 67:10 71:21
**voter** 4:5,6,7,14 5:3,20,25
  6:2,5,8,11,14,18,23 7:2,5,7
  9:12,21 10:7 23:25 37:14
  81:5

**voter's** 5:11
**voters** 65:18 78:1 79:16
**votes** 4:18,24 11:6 18:25
  21:23 41:5 56:10 65:5,6
  66:2,9,11,12,14 69:7 73:15
  74:17,21,24,25 76:14,15,18
  77:14,20,21,22 78:1,7,13,19
  79:6,12,13 80:4 81:10,12
**voting** 14:6 15:6 17:9,11,12
  20:18 22:20,22 33:14,19
  36:4,6 40:6,8,11,16 49:10
  73:24 74:24 75:2,3,6,21

---

### W

**W016** 62:20
**wait** 33:20 34:2 45:8 63:3
**waiting** 40:21
**walk** 5:12 8:23,25 44:22
**wall** 3:10 7:22 8:11
**Wallace** 12:13
**wanted** 80:2,19
**watch** 16:20
**watching** 76:25
**water** 49:1
**waving** 46:16
**ways** 72:11
**wear** 8:4
**weeks** 41:9
**West** 40:22 43:18 49:7,15,18
  50:3,10 52:2,14 54:8,21
  56:15,18 73:25
**whatsoever** 8:8
**Who'd** 16:15
**withdrawing** 69:2
**wonderful** 3:5 44:4
**word** 67:23,25
**words** 6:8 65:15
**work** 3:24 8:18 11:10 12:11
  13:16 16:15,17 29:15,21
  34:16 41:2 42:4 44:12 72:5
  73:17
**working** 3:9 16:19 32:23
  41:7,8 74:10 76:23
**worried** 13:9
**worth** 81:19
**Writ** 66:19
**write** 7:13 48:16 52:22
**write-ins** 7:1,10

**writes** 6:8,11,19 7:2,6,8
**written** 7:15
**wrong** 6:20 18:5 78:21
**wrote** 6:16 7:4,14

---

### X

**X043** 54:9
**X049** 55:12,13
**X050** 60:23

---

### Y

**Y007** 63:14
**yellow** 9:22 10:10,16,19
  11:6 13:13
**yellows** 10:16
**yesterday** 3:1 12:12 18:23
  27:18 28:14 29:24 30:4,8
  35:21 65:7 69:8 76:22 81:8,
  18
**yesterday's** 2:7 80:25

---

### Z

**Z001** 64:2