![AUDIT USA - Americans United for Democracy, Integrity and Transparency in Elections]

**Election System & Software advertised that their system also for "auditing and adjudication."**

### *"ES&S DS200 - Clay County Supervisor of Elections"*

Quick Start Guide for Voters Digital Image Scanner from **Clay County, Florida**: https://www.clayelections.com/portals/clay/documents/PDF/qs_ds200_fl_v3.pdf

"<u>Auditable Paper Trial</u> The DS200 retains your ballot in a secure, locked container for verification in the event of a recount."

"<u>Patented Digital Image Technology</u> Patented image technology provides exceptional mark-recognition capability and retains individual digital ballot images for auditing and adjudication."



**FEATURES AND BENEFITS**

The ES&S DS200 Digital Image Scanner offers the next generation in paper-based vote tabulation.

✓ **Large Touch Screen Display**
A 12" color LCD touch screen display provides easy-to-read instructions and feedback to voters. The display supports messaging that aids the voting process, system setup, and diagnostic testing.

✓ **2005 VVSG Compliant**
With important usability, accessibility, and security enhancements, the DS200 is designed to be fully compliant with the more rigorous 2005 Voluntary Voting System Guidelines.

✓ **Auditable Paper Trail**
The DS200 retains your ballot in a secure, locked container for verification in the event of a recount.

✓ **Patented Digital Image Technology**
Patented image technology provides exceptional mark-recognition capability and retains individual digital ballot images for auditing and adjudication.

**FOR MORE INFORMATION**
Election Systems & Software, Inc.
11208 John Galt Blvd.
Omaha, NE 68137 USA

Toll Free: 1-800-247-8683
Fax: 402-593-8107

**ELECTION SYSTEMS & SOFTWARE**

**QUICK START GUIDE FOR VOTERS**

**ES&S intElect DS200**
**DIGITAL IMAGE SCANNER**

www.essvote.com

Link to complete brochure: https://www.clayelections.com/portals/clay/documents/PDF/qs_ds200_fl_v3.pdf

# AUDIT USA
## Americans United for Democracy, Integrity and Transparency in Elections

**"ENHANCING THE ELECTION PROCESS FOR THE COMMONWEALTH OF VIRGINIA   CAPACITY TO PROVIDE VOTING SYSTEMS TO THE COMMONWEALTH OF VIRGINIA April 7, 2015"  See page 5 of Proposals,** Link:
https://www.elections.virginia.gov/Files/CastYourBallot/VotingSystems/VotingEquipReport/proposals/ESSProposal.pdf

With the most accurate and reliable digital scan technology available, the DS200:

*DS200 devices sold and installed in North America*

- **SAFEGUARDS VOTER INTENT.** The system captures and retains digital images and cast vote records of every scanned ballot for auditing and adjudication. ES&S does not alter a single retained and captured digital image.

- **EXCEEDS ACCURACY STANDARDS.** Digital scanning technology that provides exceptional mark recognition capabilities. Our Intelligent Mark Recognition® (IMR) and Positive Target Recognition & Alignment Compensation® (PTRAC) routines are **patented** and powerful and the basis for our certified products.

- **IDENTIFIES OVERVOTED, UNDERVOTED, AND MISMARKED BALLOTS.** Displays a warning message on the terminal's large text 12-inch LCD display and plays an audible alert. The DS200 accurately determines voter intent and significantly reduces the need for ballot adjudication.

- **OFFERS GREATEST EASE OF USE.** The DS200's unique lid-up, power-on approach allows the Officers of Election to easily open polls in one simple step.



Capacity to Provide Voting Systems  
Commonwealth of Virginia

April 7, 2015  
Page 5

https://www.elections.virginia.gov/Files/CastYourBallot/VotingSystems/VotingEquipReport/proposals/ESSProposal.pdf