# AUDIT USA
## Americans United for Democracy, Integrity and Transparency in Elections

**The DOMINION DIFFERENCE "DIGITAL BALLOT AUDITMARK",
auto saves and uses ballot images for auditing and adjudication:**
https://www.dominionvoting.com/pdf/DD%20Digital%20Ballot%20AuditMark.pdf



## DIGITAL BALLOT AUDITMARK®

Dominion's exclusive AuditMark technology is a unique, patented visual audit trail, which allows results to be audited down to each individual ballot. This technology allows jurisdictions to provide greater transparency in the electoral process. The AuditMark® can be used for visual inspection or in Risk-Limiting Audits. Once the election is complete, all of the ballot images are in one location for the purpose of searching, reviewing and performing Risk Limiting Audits. Dominion can provide tools to be able to efficiently perform these types of tasks.

Dominion Voting has created a patented process that not only images and stores a copy of the ballot, but also records on that image how that ballot was counted by the scanner on Election Day. Using this process, the comparison can easily be made by any Election Official.

### Ballot image with audit trail:

This is a sample ballot image for a ballot processed by the system. All ballots are imaged and stored for auditing purposes. The image contains:

1. Image of front side of ballot (if the reverse side of the ballot is used, the image is also captured)
2. Clear image of all text, ballot identifiers, candidates and voter markings.
3. AuditMark: Ballot-level audit trail feature showing the results interpreted by the system for this ballot.







Plaintiffs' Exhibit #10, page 1

# AUDIT USA
## Americans United for Democracy, Integrity and Transparency in Elections

DOMINION's "**STATE-OF-THE-ART SECURITY**"

**AuditMark® technology:**
- Each digital ballot image has an AuditMark® appended at the bottom, showing a record of how that ballot was interpreted by the tabulator on Election Day. Why bother purchasing a scanner if it can't tell you what it read?

**Marginal Mark detection:**
- This feature makes it possible for voters to clarify their intent when they cast their ballot. Thresholds can be configured to jurisdictional requirements.

**Complete end-to-end system auditability:**
- Every action taken on the tabulator and the election management system is recorded in a permanent, unalterable digital audit log.

"Security is a big factor when you choose an election solutions provider."

"Democracy Suite is designed to ensure a high level of security that meets the latest EAC VVSG requirements while maintaining ease of use. **The Democracy Suite system also features Dominion's patented, exclusive ballot-level audit trail, AuditMark®, which not only creates a digital image of every ballot scanned, but also appends to that image a record of how the voter's intent was interpreted by the voting system.**"

"You can rest assured that the integrity of your election data is fully maintained at all times." Link
https://www.dominionvoting.com/products

**City and County of San Francisco RFI: REG2015-01 System Hardware, Firmware, Software, and Service August 28th, 2015, excerpt below from page 22.** Link to RFI:
https://sfelections.sfgov.org/ftp/uploadedfiles/elections/rfi/20150828_Dominion.pdf

August 28th, 2015
Page 22 of 42

**Dominion Voting Response (o)**

Dominion's Democracy Suite EMS includes the ImageCast Adjudication module, a Microsoft Gold software application, which allows officials and observers to audit and clarify voter intent in real-time. As ballots are being scanned on the ImageCast Central, ballots with conditions – which are customizable by the jurisdiction – will be automatically sent to the ImageCast Adjudication module for review and adjudication. This allows minimal disturbance of operations, as the ImageCast Central will continuously scans ballots without stopping.




19 times in RFI the word adjudication is used: Link

In ImageCast Adjudication, users can see the full ballot image, and the AuditMark showing the tabulator interpretation at the bottom, thereby confirming that the system is operating successfully. If an adjudication decision is made, the adjudication decision will be appended to the original ballot image, producing a transparent, easy to read chain of custody and activity log (as illustrated here).

https://sfelections.sfgov.org/ftp/uploadedfiles/elections/rfi/20150828_Dominion.pdf