# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION
# CASE NO. 4:18cv529-MW/CAS

**MIKE FOX, et al.,**
    *Plaintiffs*,

versus

**KEN DETZNER, in his official capacity as Florida Secretary of State, et al.,**
    *Defendants*.

_____/

## NOTICE OF DROPPING ONLY TWO DEFENDANTS: GERTRUDE WALKER (ST. LUCIE COUNTY SOE) AND R. JOYCE GRIFFIN (MONROE COUNTY SOE)

Plaintiffs, pursuant to Rule 21 of the Federal Rules of Civil Procedure, drop only named party-defendants Gertrude Walker, St. Lucie County Supervisor of Elections, and R. Joyce Griffin, Monroe County Supervisor of Elections. Plaintiffs only recently confirmed that both SOEs use Dominion voting systems and are preserving digital ballot images, despite having not preserved the images in prior elections.

Respectfully submitted on December 30, 2018.

*S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**
**KUEHNE DAVIS LAW, P.A.**
Miami Tower, Suite 3550
100 S.E. 2nd Street
Miami, FL 33131-2154
Florida Bar No. 233293
Tel: (305) 789-5989
Fax: (305) 789-5987
ben.kuehne@kuehnelaw.com
efiling@kuehnelaw.com

*S/ Carl Christian Sautter*
**CARL CHRISTIAN SAUTTER**
3623 Everett Street NW
Washington, DC 20008
Indiana Bar No. 45-53
*Pro Hac Vice*
Tel: 202-285-7560
sauttercom@aol.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on December 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the CM/ECF and transmitted in accordance with CM/ECF requirements.

*S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**