IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MIKE FOX, et al.,

    Plaintiffs,

v.                              Case No. 4:18cv529-MW/CAS

KEN DETZNER, in his official capacity
as Florida Secretary of State, et al.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANTS
## GERTRUDE WALKER AND R. JOYCE GRIFFIN

Plaintiffs have filed their Notice of Dropping Only Two Defendants: Gertrude Walker (St. Lucie County SOE) and R. Joyce Griffin (Monroe County SOE). ECF No. 40. Neither party has filed a responsive pleading. "Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant." *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A).

This action shall proceed against the remaining defendants.

**SO ORDERED on January 3, 2019.**

                                        s/Mark E. Walker    
                                        **United States District Judge**