UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MIKE FOX, et al.,

    Plaintiffs,

v.                                          Case No. 4:18-cv-529-MW/CAS

KEN DETZNER, in his official
capacity as Florida Secretary of State, et al.,

    Defendants.

_____/

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Defendants, Ken Detzner, in his official capacity as the Secretary of the Florida Department of State ("Secretary"), and Maria Matthews, in her official capacity as the Director of the Florida Division of Elections ("Director") (collectively "State Defendants"), move for an extension of time to January 23, 2019, to respond to the motion for preliminary injunction, and say:

On December 26, 2018, the plaintiffs filed an amended complaint, a motion for preliminary injunction, and a memorandum and evidence in support of the motion for preliminary injunction. See ECF Nos. 28, 30, 32-36, 39. The State Defendants oppose the motion. By rule, responses to the motion for preliminary injunction are due on or before January 9, 2019. The State Defendants request an extension (of two weeks) to January 23, 2019, to respond.

Good cause exists for the requested extension. The state government is in the midst of transitioning elected and appointed officials. This includes the Secretary. The new Secretary is expected to take office the week of January 7 (the week responses are currently due) and will need to be substituted into the case. Counsel will need to confer with the new Secretary for direction in the case.

The State Defendants request that the extension to respond be afforded to their co-defendants as well. Counsel for the State Defendants conferred with counsel for the plaintiffs before filing its motion. <u>The plaintiffs consent to the requested extension of time to respond to the motion for preliminary injunction</u>.

Wherefore, the State Defendants request that the Court grant all named defendants an extension of time to January 23, 2019, to respond to the motion for preliminary injunction, and such further relief as the Court deems just and proper.

Respectfully submitted this 4th day of January, 2019.

/s/ *Anthony L. Bajoczky, Jr.*
Erik M. Figlio
Florida Bar No.: 0745251
Anthony L. Bajoczky, Jr.
Florida Bar No.: 0096631
Ausley McMullen
123 South Calhoun Street (32301)
Post Office Box 391
Tallahassee, Florida  32302
Phone No.:  (850) 224-9115
Facsimile No.:  (850) 222-7560
rfiglio@ausley.com
tbajoczky@ausley.com
csullivan@ausley.com

ATTORNEYS FOR DEFENDANTS
DETZNER AND MATTHEWS

## CERTIFICATE OF COMPLIANCE

I certify that undersigned counsel conferred with counsel for the plaintiffs before filing this motion and that the plaintiffs consent to the requested relief.

/s/ *Anthony L. Bajoczky, Jr.*
Anthony L. Bajoczky, Jr.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically via the CM/ECF System on this 4th day of January, 2019.

/s/ *Anthony L. Bajoczky, Jr.*
Anthony L. Bajoczky, Jr.