**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

MIKE FOX, NATHAN GANT, JAMES
SHAWN HUNTER, GREGORY NASON,
SUSAN PYNCHON, JEFFREY
RICHARDS, RYAN ROSS, and
KINDRA MUNTZ

    VS                            CASE NO. 4:18cv529-MW/CAS

MARIA MATTHEWS, DEBORAH CLARK,
MICHAEL ERTEL, SUSAN GILL, LORI A
SCOTT, CHRIS H CHAMBLESS, ALAN
HAYES, VICKY OAKES, MIKE HOGAN,
TOMMY DOYLE, VICKY DAVIS, CRAIG
LATIMER, BILL COWLES, BRIAN E
CORLEY, PETER ANTONACCI, LORI
EDWARDS, and LAUREL M LEE

## JUDGMENT

Plaintiffs' federal claims against Defendants are dismissed with prejudice and Plaintiffs' state claim is dismissed without prejudice.

                                         JESSICA J. LYUBLANOVITS
                                         CLERK OF COURT

April 2, 2019                  s/ *Kimberly J. Westphal*
DATE                                Deputy Clerk: Kimberly J. Westphal